BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:   323-410-0330
Email:  brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice* to be filed)
CORBY R. VOWELL (*Pro Hac Vice* to be filed)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice* to be filed)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., | CASE NO. |
| Plaintiff, | |
| vs. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| QUSTODIO, LLC, | |
| Defendant. | **JURY TRIAL DEMANDED** |

Plaintiff KAJEET, INC. files this Original Complaint against Defendants

QUSTODIO LLC alleging as follows:

# I.    THE PARTIES

1.    KAJEET, INC. ("Plaintiff" or "Kajeet") is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 7901 Jones Branch Drive, Suite 350, McLean, Virginia 22102.

2.    Defendant QUSTODIO LLC ("Defendant" or "Qustodio") is a limited liability company organized under the laws of Delaware with a principal place of business at Passeig de Gracia, 18, 2nd Floor, Barcelona, Spain 08007.  Qustodio maintains its principal, and only, North American business location at 2110 Artesia Blvd, Suite 713, Redondo Beach, California 90278, within this District.  Qustodio may be served with process by serving National Registered Agents, Inc. at 160 Greentree Drive, Suite 101, Dover, Delaware 19904.

# II.    JURISDICTION AND VENUE

3.    This is an action for infringement of several United States patents.  Federal question jurisdiction is conferred to this Court over such action under 28 U.S.C. §§ 1331 and 1338(a).

4.    Defendant maintains its lone established and regular place of business in North America at 2110 Artesia Blvd, Suite 713, Redondo Beach, California 90278, within this District.  Defendant develops and/or sells its products, including the Accused Product described herein, from this location.

5.    Defendant has sufficient minimum contacts with the Central District of California such that this venue is fair and reasonable.  Defendant has committed such purposeful acts and/or transactions in this District that it reasonably should know and expect that they could be hailed into this Court as a consequence of such activity.  Defendant has transacted and, at the time of the filing of this Complaint, continues to transact business within the Central District of California.

6.    Further, upon information and belief, Defendant makes or sells products that are and have been used, offered for sale, sold, and/or purchased in the Central District of California.  Defendant directly and/or through its distribution network,

places infringing products or systems within the stream of commerce, which stream is directed at this district, with the knowledge and/or understanding that those products will be sold and/or used in the Central District of California.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b), respectively.

### III.   BACKGROUND AND FACTS

8.     Kajeet is the owner of all rights and title in and to U.S. Patent No. 8,712,371 ("the '371 Patent"), U.S. Patent No. 8,667,559 ("the '559 Patent"), and U.S. Patent No. 8,630,612 ("the '612 Patent").  These patents are sometimes referred to collectively hereinafter as "the Asserted Patents."  The respective inventions disclosed and claimed in the Asserted Patents were developed by the founders, entrepreneurs, and engineers of Kajeet and were assigned to Kajeet upon issuance.

9.     Kajeet is a U.S.-based company, founded in 2003, which develops software and hardware solutions promoting safe use of mobile devices by children both at home and in schools and libraries.  Kajeet was founded by three fathers who sought to develop systems and methods ensuring safe use of mobile phones, tablets, computers, and other mobile devices by their children.

10.     Kajeet has become an industry leader in this area of mobile device management, developing innovations that led to the issuance of thirty-one U.S. patents to date, including the Asserted Patents, and having implemented its solutions in hundreds of school districts comprising thousands of schools across the nation. These innovations were directly developed by the founders and engineers at Kajeet as part of Kajeet's continuous work to protect children from inappropriate and distracting online content, and to enable schools and families to keep children focused and safe from the many potential dangers associated with unconstrained access to online content.

11.     The disclosure and claims of the Asserted Patents describe improved control schemes implemented on communication devices, focusing on applications in

which it is undesirable for the user of the communication device to have unfettered or unconstrained access to some or all of the available functionality supported by the communication device.  A typical scenario addressed by the Asserted Patents is that of a smartphone, tablet, or laptop used by a child.  This is a relatively new problem that has arisen in the past decade as mobile communication devices have become more popular and more widely used throughout society, including in schools and at home by children.

12.    Prior art systems and methods for controlling mobile communication device usage in such settings were ineffective.  For example, prepaid phone plans placed limits on the charges that could be run up on a mobile communication device but did so through toggling access to the communication network off once the account reached a zero balance.  Beforehand, access to the communication network may be unconstrained while after, no access is provided whatsoever.  This control scheme was ineffective for preventing misuse of the mobile communication device by a child while still providing access to desirable features.  Likewise, unlimited use smartphone service plans could prevent the accumulation of excessive usage costs, but were ineffective to prevent overuse or use of a mobile communication device at inappropriate times or to access inappropriate content.

13.    The inventions disclosed and claimed in the Asserted Patents provide for systems and methods for providing access to desirable features, such as always allowing for calls to a parent, for example, while also preventing access to features deemed inappropriate because of cost (e.g., downloadable games or other applications), type of content (e.g., gambling or pornographic content), the time of day or night (e.g., during school hours or after bed time), and/or the device's location, among other criteria.  The Asserted Patents disclose the use of policies defining acceptable and unacceptable uses of a mobile communication device based on a variety of contexts which are set by administrators (e.g., parents or teachers) at the server level to control use of one or more mobile communication devices.  This

COMPLAINT FOR PATENT INFRINGEMENT

represented and unconventional scheme that was neither well known nor routine for addressing a newly emerging problem in society.  The inventions disclosed and claimed in the Asserted Patents provided for more robust control that was more resilient to manipulation and/or disablement by users of the controlled devices and, therefore, more effective than prior art systems and methods.

14.    Qustodio is a software developer of solutions accommodating feature management of computing devices configured for operation on communication networks, including laptops, tablets, smartphones, and the like.  Each comprises a computing device usable to access online content and applications over a communication network managed by a service provider, such as an internet service provider (ISP).

15.    The Accused Products of Qustodio include all versions and releases of Premium plans of the Qustodio Parental Control and Qustodio Professional Business applications.  Upon information and belief, each of these Accused Products comprise substantially similar features, functionality, and operation, accommodating management of mobile communication devices accessing content over communication networks via application of settings remotely configured by administrators (i.e., parents, teachers, and/or supervisors).

16.    The Accused Products comprise a system of hardware (Qustodio servers) and software (the Qustodio App) implementable on computing devices to accommodate management of certain features and functionality of computing devices. The Accused Products effect policy-based control over these devices via, among other things, routing traffic to and from the device through the Qustodio servers and App. Application of said policies defines when and what features and content are accessible on a managed device. Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.  Additionally, Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

17.     The Accused Products are marketed as "providing multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone" to enforce rules set by administrators via web-based dashboard in the Qustodio User Guide, attached hereto as Exhibit A and incorporated for all purposes.  The Accused Products allow parents and teachers to set rules enforcing time limits and prohibiting access to specified content; and, allows employers to prohibit inappropriate use of resources to improve employee productivity.   Exh. A at 3.

18.     Qustodio offers a Free Version of Qustodio which comprises a web filter which may be applied to a single device.  The Accused Products represent the Premium versions of Qustodio's product and accommodate feature management functionality beyond that provided by the Free Version, including: daily scheduling and time limit rules; games and application blocking; location tracking; call blocking; and, SMS blocking; among others.  Additionally, the Accused Products may be applied to multiple devices, which may be grouped by user(s).

19.     To use the Accused Products, the Qustodio App must be installed on each device to be managed as well as on an administrator device.  Qustodio provides links to download the App through its website and makes the App available on the iTunes store and Google Play store.

20.     The Accused Products manage Android and iOS smartphones, Windows or Mac laptops/computers, and on Kindles.  Upon download, the Accused Products require several permissions be provided to operate on a managed device.  For example, on Android devices Qustodio requires: access to WiFi connection information; App Supervision; Usage Access; and, Web Supervision.  These permissions allow the Accused Products to intercept and compare all usage requests to policies.  Similarly, on iOS devices, the Accused Products require Mobile Device Management and Remote Management to be enabled so Qustodio can intercept and compare all usage requests to policies.  The required access and permissions allow for

COMPLAINT FOR PATENT INFRINGEMENT

1    and cause all actions taken and content viewed on a managed device to be routed

2    through one or more servers of Qustodio.

3        21.    Qustodio's servers host its user interface dashboard from which

4    administrators can see all monitored devices and usage.  Qustodio comprises a policy

5    decider applying policies of a profile to manage the use of computing devices

6    associated to that profile.  Applying profile policies consists of accessing policies for

7    generating decisions on usage requests.  This comprises a policy decider element for

8    comparing requested uses to usage policies configured by an administrator (i.e., a

9    parent, teacher, or supervisor) via the administrator application or an online

10   dashboard.  Qustodio either permits requested usage or blocks it in accordance with

11   the decision generated by the policy decider.  Usage requests and decisions, all routed

12   through Qustodio software and hardware, are logged on Qustodio servers and

13   accessible to administrators via the online dashboard.  Disallowed requests result in a

14   "block screen" on the managed device.

15       22.    Qustodio accommodates Time Usage Limits and Schedules defining

16   daily maximum time allotments and usage scheduling.  Requests for access are

17   blocked once a time limit is met or a scheduled time period is exceeded.  The time

18   based limits define daily maximum time allotments and allowed usage scheduling by

19   profile, application, and/or by device.

20       23.    In operation, devices are named by an administrator and associated to a

21   particular user profile during installation and setup.  Policies are then set for a profile

22   via the online dashboard and applied to all devices associated to that user profile.  The

23   dashboard displays data for all devices associated to a particular profile.   Qustodio

24   policies, such as the time-based policies are accessible and configurable through an

25   application running on an administrator's mobile device.  Qustodio will alert users

26   when a usage request has been blocked, such as when the user requests access to a

27   disallowed website and update the usage log viewable by the administrator.

28

24.     Qustodio provides instructions to its customers and users of the Accused Products demonstrating how to install, set up, and use the Accused Products to manage computing devices.  For example, Qustodio provides user manuals and set up guides on Qustodio's website at URL: https://www.qustodio.com/en/help.  The 2017 release of Qustodio's User Guide describes the features and operation of the Accused Products and is attached hereto as Exhibit A and made a part hereof.

25.     The weblinks provided on Qustodio's help page access Qustodio's software applications for download onto computing devices, provide instructions to users on installation, setup, and configuration of the Accused Products on communication devices, and provide instructions for accessing and modifying policies to be applied to communication devices.  Use of the Accused Products in accordance with these instructions provided by Qustodio constitutes direct infringement of the Asserted Patents, either literally or under the doctrine of equivalents, by end users of the Accused Products.  Qustodio also maintains a YouTube channel with links to 10 videos created and/or uploaded by Qustodio which demonstrate how to set up and use the Accused Products in manners that infringe, either literally or under the doctrine of equivalents, one or more claims of the Asserted Patents at URL: https://www.youtube.com/channel/UCfqkXPNpfUGT2gpQ20jlmQA/featured.  These videos have been viewed over 40 thousand times, collectively.

26.     On June 8, 2018, Kajeet sent a letter to Qustodio to put Qustodio on notice of the Kajeet patents and alleging infringement of at least the Asserted Patents by Qustodio via its making, using, and selling of the Accused Products.  Attached to this correspondence was a representative claim chart detailing Kajeet's infringement allegations which are consistent with those presented herein.  Qustodio did not responded to Kajeet's letter and allegations.

27.     Qustodio has had actual knowledge of each of the Asserted Patents since at least June 2018 and, further, has had actual knowledge of Kajeet's claims of infringement relating to the Asserted Patents since that time.  Qustodio continues to

make, use, and sell the Accused Products despite having been on notice of Kajeet's

infringement claims since at least its receipt of the June 8, 2018 correspondence.

**COUNT I**

**PATENT INFRINGEMENT**

**U.S. Patent No. 8,667,559 B1**

28.     Kajeet repeats and re-alleges all preceding paragraphs of this Complaint, as though fully set forth herein.

29.     On March 4, 2014, United States Patent No. 8,667,559 B1 ("the '559 Patent") was duly and legally issued for "Feature Management of a Communication Device."  As of the filing of this Complaint, the '559 Patent remains in force.  A true and correct copy of the '559 Patent is attached hereto as Exhibit B and made a part hereof.

30.     Kajeet is the owner of all right and title in the '559 Patent, including all rights to enforce and prosecute action for infringement of the '559 Patent and to collect damages for all relevant times against infringers of the '559 Patent.  Accordingly, Kajeet possesses the exclusive right and standing to prosecute the present action for infringement of the '559 Patent by Qustodio.

31.     The '559 Patent generally discloses and claims systems and methods for controlling computing devices usable on communication networks to perform various functions, such as sending and receiving data over the Internet via one or more servers, for example.  The systems and methods accommodate enforcement of decisions granting or denying such requests to communicate with remote computing devices over a communication network.  The decisions are based on the application of one or more relevant use policies which may be administrator-configurable and may be stored remotely from the controlled computing device.  Decisions to grant or deny communication requests made by the controlled device may be made and effectuated in real-time.

32.     Qustodio has had actual knowledge of the existence of the '559 Patent since at least June 8, 2018 for at least the reasons discussed above.  As such, Qustodio's infringement of the '559 Patent has been willful since at least June 8, 2018.

33.     Qustodio, without authority, consent, right, or license, and in direct infringement of the '559 Patent, makes, has made, uses, and sells the Accused Products which practice the method claimed in at least claim 27 of the '559 Patent, among others.  By way of example only, Qustodio's quality testing and demonstrations of operation of the Accused Products, including several videos, to manage use of computing devices directly infringe, either literally or under the doctrine of equivalents, at least Claim 27 of the '559 Patent.

34.     Qustodio actively induces infringement of one or more of the claims of the '559 Patent by its customers and end users of at least the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(b).  Use of the Accused Products to manage use of computing devices in the manners described above infringes at least Claim 27 of the '559 Patent.  Qustodio makes and sells the Accused Products knowing that they are especially designed for and marketed toward such infringing use by users of these products, such as by parents or supervisors, for use in selectively permitting or denying use of computing device functionality by children, or employees.  Further, Qustodio provides step-by-step instructions for use of the Accused Products in ways that infringe, either literally or under the doctrine of equivalents, claims of the '559 Patent in the form of user manuals and online content available through Qustodio's website and YouTube channel.

35.     Qustodio contributes to the infringement of one or more of the claims of the '559 Patent by its customers and end users of at least the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(c).  Qustodio makes and sells the Accused Products which are especially designed for use to manage computing devices through the setting and enforcement of remotely stored

administrator-configured policies in the manner described above.  Policies are set using the Qustodio App and stored on Qustodio's servers and are implemented through Qustodio hardware and software on managed devices for remote management.  As such, the Qustodio software applications and servers comprise material aspects of the method claimed in at least claim 27 of the '559 Patent.  Further, upon information and belief, the Accused Products have no substantial non-infringing use, as they are specifically designed and marketed for use by parents and teachers in managing use of computing devices used by children, or employees.  Use by Qustodio's customers of the Accused Products in the manner proscribed by Qustodio constitutes direct infringement, either literally or under the doctrine of equivalents, of at least claim 27 of the '559 Patent.

36.    Kajeet expressly reserves the right to assert additional claims of the '559 Patent against Qustodio.

37.    Kajeet has been damaged as a result of Qustodio's infringing conduct. Qustodio is, thus, liable to Kajeet in an amount that adequately compensates for their infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

38.    Based on Qustodio's actual knowledge of the '559 Patent and of Kajeet's allegations of patent infringement which are consistent with those presented herein since at least June 8, 2018, if not earlier, as well as Qustodio's objective recklessness in continuing to offer for sale and selling the Accused Products since that time, Kajeet is further entitled to enhanced damages under 35 U.S.C. § 284.

## COUNT II

## PATENT INFRINGEMENT

### U.S. Patent No. 8,712,371 B2

39.    Kajeet repeats and re-alleges all preceding paragraphs of this Complaint, as though fully set forth herein.

40.     On April 29, 2014, United States Patent No. 8,712,371 B2 ("the '371 Patent") was duly and legally issued for "Feature Management of a Communication Device."  As of the filing of this Complaint the '371 Patent remains in force.  A true and correct copy of the '371 Patent is attached hereto as Exhibit C and made a part hereof.

41.     Kajeet is the owner of all right and title in the '371 Patent, including all rights to enforce and prosecute action for infringement of the '371 Patent and to collect damages for all relevant times against infringers of the '371 Patent.  Accordingly, Kajeet possesses the exclusive right and standing to prosecute the present action for infringement of the '371 Patent by Qustodio.

42.     The '371 Patent generally discloses and claims systems and methods for managing computing devices usable on communication networks to perform various functions, such as sending and receiving data over the Internet via one or more servers, for example.  The systems and methods comprise switches or nodes through which usage requests are routed along with decision making and enforcement functionality accommodated by software and/or hardware modules.  Policy decisions are based on the application of one or more relevant usage policies which may be administrator-configurable and may be stored remotely from the controlled computing device.  Decisions to grant or deny requests are enforced on the managed devices.

43.     Qustodio has had actual knowledge of the existence of the '371 Patent since at least early June 8, 2018 for at least the reasons discussed above.  As such, Qustodio's infringement of the '371 Patent has been willful since at least early June 8, 2018.

44.     Qustodio's Accused Products comprise hardware and software for accessing and enforcing usage policies stored on one or more Qustodio servers.  The Accused Products operate to access one or more servers of Qustodio over a communication network to compare usage requests to applicable usage policies where decisions regarding whether the requested use is permissible are made.  Data

indicative of these policy decisions are communicated, at least, back through the communication network to the computing device for enforcement.  Communications corresponding to requested functions which do not violate any relevant policy are permitted while communications corresponding to requested functions that violate any relevant policy are blocked.

45.    Qustodio, without authority, consent, right, or license, and in direct infringement of the '371 Patent, make, has made, uses, and/or sells products that practice the invention claimed in at least claims 1, 3, and 6 of the '371 Patent. By way of example only, Qustodio's selling and using, through quality testing and demonstrations of operation of the Accused Products, including on videos linked to the Qustodio website, directly infringe, either literally or under the doctrine of equivalents, at least Claims 1, 3, and 6 of the '371 Patent.

46.    Qustodio actively induces infringement of at least Claims 1, 3, and 6 of the '371 Patent by its customers and end users of at least the of the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(b).  Use of the of the Accused Products to manage use of computing devices in the manners described above infringes at least Claim 1 of the '371 Patent.  Qustodio makes, uses, and sells the of the Accused Products knowing that they are especially designed for and marketed toward such infringing use by users of these products, such as by parents for use in selectively permitting or denying use of computing device functionality by children, or employees.  Further, Qustodio provides step-by-step instructions for use of the of the Accused Products in ways that infringe, either literally or under the doctrine of equivalents,  at least Claims 1, 3, and 6 of the '371 Patent in the form of user manuals and online content available through Qustodio's website and YouTube channel.

47.    Qustodio contributes to the infringement of one or more of the claims of the '371 Patent by its customers and end users of at least the of the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(c).  Qustodio

makes and sells the of the Accused Products which are especially designed for use to manage computing devices through the setting and enforcement of remotely stored administrator-configured policies in the manner described above.  Policies are set via the Qustodio App, are stored on Qustodio servers, and implemented on managed devices through Qustodio hardware and software.  As such, Qustodio's servers and software comprise material aspects of the system claimed in at least Claims 1, 3, and 6 of the '371 Patent.  Further, upon information and belief, the of the Accused Products have no substantial non-infringing use, as they are specifically designed and marketed for use to manage use of computing device.  Use in the manner advertised by Qustodio constitutes direct infringement, either literally or under the doctrine of equivalents, of at least Claims 1, 3, and 6 of the '371 Patent.

48.     Kajeet expressly reserves the right to assert additional claims of the '371 Patent against Qustodio.

49.     Kajeet has been damaged as a result of Qustodio's infringing conduct. Qustodio is, thus, liable to Kajeet in an amount that adequately compensates for its infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

50.     Based on Qustodio's actual knowledge of the '371 Patent and of Kajeet's allegations of patent infringement which are consistent with those presented herein since at least June 8, 2018, if not earlier, as well as Qustodio's objective recklessness in continuing to offer for sale and selling the of the Accused Products since that time, Kajeet is further entitled to enhanced damages under 35 U.S.C. § 284.

## COUNT III

## PATENT INFRINGEMENT

## U.S. Patent No. 8,630,612 B1

51.     Kajeet repeats and re-alleges all preceding paragraphs of this Complaint, as though fully set forth herein.

52.     On January 14, 2014, United States Patent No. 8,630,612 B1 ("the '612 Patent") was duly and legally issued for "Feature Management of a Communication Device."  As of the filing of this Complaint, the '612 Patent remains in force.  A true and correct copy of the '612 Patent is attached hereto as Exhibit D and made a part hereof.

53.     Kajeet is the owner of all right and title in the '612 Patent, including all rights to enforce and prosecute action for infringement of the '612 Patent and to collect damages for all relevant times against infringers of the '612 Patent. Accordingly, Kajeet possesses the exclusive right and standing to prosecute the present action for infringement of the '612 Patent by Qustodio.

54.     The '612 Patent generally discloses and claims systems and methods for controlling computing devices usable on communication networks to perform various functions, such as sending and receiving data over the Internet via one or more servers, for example.  The systems and methods accommodate storing policies upon which usage decisions are based to grant or deny requests to communicate with remote computing devices.  The controlled devices may be grouped, with policies associated to a group applied to all devices comprising the group.  Policies may be administrator-configurable and may comprise time or location-based usage rules.

55.     Qustodio has had actual knowledge of the existence of the '612 Patent since at least June 8, 2018 for at least the reasons discussed above.  As such, Qustodio' infringement of the '612 Patent has been willful since at least June 8, 2018.

56.     Qustodio, without authority, consent, right, or license, and in direct infringement of the '612 Patent, makes, has made, uses, and sells the Accused Products which infringe at least Claims 1, 6, and 8 of the '612 Patent, among others. By way of example only, Qustodio's quality testing and demonstrations of operation of the Accused Products, including several videos, to manage use of computing devices directly infringe, either literally or under the doctrine of equivalents, at least Claims 1, 6, and 8 of the '612 Patent.

57.     Qustodio actively induces infringement of one or more of the claims of the '612 Patent by its customers and end users of at least the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(b).  Use of the Accused Products to manage use of computing devices as proscribed in Qustodio's product literature, including user manuals and online video tutorials for the Accused Products, infringes at least Claims 1, 6, and 8 of the '612 Patent.  Qustodio makes and sells the Accused Products knowing that they are especially designed for and marketed toward such infringing use by users of these products, such as by parents, for use in selectively permitting or denying use of computing device functionality by children, or employees, in accordance with daily time limits, among other uses.  Further, Qustodio provides step-by-step instructions for use of the Accused Products in ways that infringe, either literally or under the doctrine of equivalents,  at least Claims 1, 6, and 8 of the '612 Patent in the form of user manuals and online content available through Qustodio's website and YouTube channel.

58.     Qustodio contributes to the infringement of one or more of the claims of the '612 Patent by its customers and end users of at least the Accused Products and is therefore liable for indirect infringement under 35 U.S.C. § 271(c).  Qustodio makes and sells the Accused Products which are especially designed for use to manage computing devices configured to communicate over communication networks.  The Accused Products accommodate setting and enforcement of remotely stored Qustodio-configured and administrator-configured policies in the manner described above.  Policies are set using the Qustodio App, are stored on Qustodio's servers and/or by the Qustodio Home appliance.  These policies are implemented through Qustodio hardware and software within a home network and through the MyQustodio and/or Qustodio Go applications installed on managed devices while away from the home network.  The policies corresponding to a particular user, or family member, are applied to all devices within a defined group of devices associated with that user.  Additionally, all shared devices are grouped within a Home profile with all policies

corresponding to the Home profile applied to the shared devices.  As such, the Qustodio appliances, software applications, and servers comprise material aspects of the inventions claimed in at least Claims 1, 6, and 8 of the '612 Patent.

59.     The Accused Products have no substantial non-infringing use, as they are specifically designed and marketed for use by parents in managing use of computing devices used by children, or employees.  Use by Qustodio's customers of the Accused Products in the manner proscribed by Qustodio on the its website, product literature, and YouTube videos constitutes direct infringement, either literally or under the doctrine of equivalents, of at least Claims 1, 6, and 8 of the '612 Patent.

60.     Kajeet expressly reserves the right to assert additional claims of the '612 Patent against Qustodio.

61.     Kajeet has been damaged as a result of Qustodio's infringing conduct. Qustodio is, thus, liable to Kajeet in an amount that adequately compensates for their infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

62.     Based on Qustodio's actual knowledge of the '612 Patent and of Kajeet's allegations of patent infringement which are consistent with those presented herein since at least June 8, 2018, if not earlier, as well as Qustodio's objective recklessness in continuing to offer for sale and selling the Accused Products since that time, Kajeet is further entitled to enhanced damages under 35 U.S.C. § 284.

## IV.    JURY DEMAND

63.     Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that one or more claims of the Asserted Patents have been directly infringed, either literally or under the doctrine of equivalents, by

Defendant, or judgment that one or more of the claims of the Asserted Patents have been directly infringed by others and indirectly infringed by Defendant, to the extent Defendant contributed to or induced such direct infringement by others;

b.  Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, including enhanced damages as permitted by 35 U.S.C. § 284;

c.  Judgement that Qustodio's infringement is willful from the time Qustodio was made aware of the infringing nature of its products and methods and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

d.  That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein;

d.  That the Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; and

e.  That Qustodio, its officers, agents, servants and employees, and those persons in active concert and participation with any of them, be permanently enjoined from infringement of one or more claims of the Asserted Patents or, in the alternative, if the Court finds that an injunction is not warranted, Plaintiff requests an award of post judgment royalty to compensate for future infringement; and

f.  That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

DATED:  August 24, 2018            */s/ Brandon C. Fernald*

Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6TH Street, Suite 700
Los Angeles, California 90014
Telephone:  (323) 410-0320
Fax:  (323) 410-0330
Email:  brandon.fernald@fernaldlawgroup.com

Attorney for Plaintiff
KAJEET, INC.

Of Counsel:

Jonathan T. Suder
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

# EXHIBIT A



# The complete Parental Control solution

# Qustodio

## User Guide

Copyright Qustodio Technologies S.L. All rights reserved. Revised on June 2017.

# Table of Contents

1. INTRODUCTION ................................................................................................. 3

1.1. WHAT IS QUSTODIO? .......................................................................................... 3
1.2. FEATURES AND BENEFITS ...................................................................................... 4

2. INSTALLING QUSTODIO ................................................................................. 5

2.1. REQUIREMENTS ................................................................................................... 5
2.2. CREATE AN ACCOUNT AT QUSTODIO ..................................................................... 6
2.3. DOWNLOAD AND INSTALL QUSTODIO ON YOUR DEVICES ...................................... 8
2.3.1. DOWNLOADING THE QUSTODIO INSTALLATION FILE ............................................. 8
2.3.2. INSTALLING QUSTODIO ON A WINDOWS DEVICE ................................................... 8
2.3.3. INSTALLING QUSTODIO ON MAC ....................................................................... 16
2.3.4. INSTALLING QUSTODIO ON A CHILD'S ANDROID DEVICE ..................................... 26
2.3.5. INSTALLING QUSTODIO ON A CHILD'S IOS DEVICE .............................................. 44
2.3.6. INSTALLING QUSTODIO ON KINDLE .................................................................... 53
2.4. INSTALL QUSTODIO'S PARENTS` APP .................................................................. 67
2.4.1. INSTALLING PARENTS' APP ON YOUR DEVICE ..................................................... 67
2.4.2. HOW TO SWITCH FROM THE PARENTS' APP TO QUSTODIO CHILDREN'S APP ......... 69
2.5. ACCOUNT CONFIRMATION ................................................................................. 71

3. MANAGING QUSTODIO: THE ONLINE DASHBOARD .......................... 72

3.1. ACCESSING THE DASHBOARD ............................................................................. 72
3.2. GENERAL OVERVIEW ........................................................................................ 73
3.2.1. ACTIVITY SUMMARY ........................................................................................ 73
3.2.2. SOCIAL ACTIVITY ............................................................................................ 75
3.2.3. WEB ACTIVITY ................................................................................................ 75
3.2.4. ACTIVITY TIMELINE ......................................................................................... 77
3.2.5. RULES ............................................................................................................ 78

4. SETUP AND CONFIGURATION ................................................................... 79

4.1. DEFAULT QUSTODIO CONFIGURATION ................................................................ 79
4.2. UPDATING THE RULES ....................................................................................... 86
4.3. QUSTODIO FEATURES ........................................................................................ 87
4.3.1. WEB FILTERING .............................................................................................. 87
4.3.2. TIME USAGE LIMITS ......................................................................................... 94
4.3.3. APP CONTROLS ............................................................................................... 98
4.3.4. SOCIAL MONITORING ..................................................................................... 101
4.3.5. CALLS AND TEXT MESSAGES ......................................................................... 101
4.3.6. DEVICE LOCATION ........................................................................................ 104

4.3.7.   PANIC BUTTON ........................................................................................................... 105
**4.4.   USER PROFILES ........................................................................................................ 109**
4.4.1.   ADDING NEW USERS ................................................................................................. 109
4.4.2.   MODIFYING AN EXISTING USER .............................................................................. 110
4.4.3.   REMOVING A USER .................................................................................................... 111
**4.5.   DEVICES ................................................................................................................... 112**
4.5.1.   ADDING A NEW DEVICE ........................................................................................... 112
4.5.2.   MODIFYING THE SETTINGS OF AN EXISTING DEVICE ............................................. 113
4.5.3.   REMOVING A DEVICE ............................................................................................... 117
**4.6.   ACCOUNT SETTINGS ................................................................................................ 122**
4.6.1.   CHANGING YOUR ACCOUNT INFO ............................................................................ 122
4.6.2.   CHANGING YOUR EMAIL ADDRESS .......................................................................... 122
4.6.3.   CHANGING YOUR PASSWORD ................................................................................... 123
4.6.4.   LANGUAGE SELECTION ............................................................................................. 123
4.6.5.   TIME ZONE & COUNTRY ......................................................................................... 124
4.6.6.   EMAIL NOTIFICATIONS ............................................................................................ 124
**4.7.   USING THE PARENTS' APP ...................................................................................... 125**
4.7.1.   MONITORING YOUR KID'S ACTIVITY ....................................................................... 125
4.7.2.   SETTING UP TIME ALLOWANCES ............................................................................. 126

**5.   UNINSTALLING QUSTODIO ...................................................................................... 127**

**5.1.   REMOVE QUSTODIO FROM YOUR DEVICES ........................................................... 127**
5.1.1.   UNINSTALLING QUSTODIO FROM A WINDOWS PC .................................................. 127
5.1.2.   UNINSTALLING QUSTODIO FROM A MAC ................................................................ 127
5.1.3.   UNINSTALLING QUSTODIO FROM AN ANDROID DEVICE ......................................... 127
5.1.4.   UNINSTALLING QUSTODIO FROM AN IOS DEVICE ................................................. 128
5.1.5.   UNINSTALLING QUSTODIO FROM A KINDLE ........................................................... 128
5.1.6.   UNINSTALLING THE PARENTS APP .......................................................................... 128
**5.2.   CLOSING YOUR ACCOUNT ....................................................................................... 128**

**6.   TECHNICAL SUPPORT ............................................................................................ 129**

**6.1.   TROUBLESHOOTING ................................................................................................. 129**
**6.2.   FREQUENTLY ASKED QUESTIONS ............................................................................ 131**
**6.3.   CONTACT SUPPORT .................................................................................................. 132**

# 1.  Introduction

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

- **Qustodio for Business** is designed to improve productivity at work, by showing how users in the organization use devices and Internet resources. It helps users identify and resolve potential issues and helps eliminate time wasting or inappropriate use of resources.

3

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- "Smart" web filters: Qustodio protects users from unsafe harmful sites that can slip past ordinary monitors. Qustodio uses hybrid technology to ensure the maximum protection available.

- Social monitoring:  Qustodio monitors online social activity. It shows whom users are friends with and what type of content is being shared.

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Activity reports: Qustodio's activity reports show exactly what each monitored user is doing. The info is presented in clear, easy-to-read charts and graphs.

- Danger alerts: Qustodio monitors all questionable activities on the web and can send alerts if users visit potentially harmful sites. It also sends daily and weekly summary reports of activities by email.

- Panic alerts: Qustodio allows you to set up a Panic Button on Android smartphones. When enabled, users can send emergency alerts with location information from their smartphones to a list of trusted contacts.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

4

# 2.  Installing Qustodio

## 2.1.   Requirements

- **Basics**

To use Qustodio and set it up to protect devices, an Internet connection and a valid email address are required. Also on computers, it is highly recommended that the child has a user account without administrator rights.

- **Supported Operating Systems**

Qustodio protects devices with the following operating systems:

- Windows XP (with Service Pack 3)

- Windows Vista (x86 and x64, all editions)

- Windows 7 (x86 and x64, all editions)

- Windows 8 (x32 and x64, all editions)

- Windows 10 (x86 and x64, all editions)

- Android 4 or higher. Qustodio may be installed on 2.3 or higher but support has been dropped due to compatibility issues.

- Kindle OS 4.0.3 or higher

- iOS or higher

- Mac 10.6.8 or higher

- **Hardware Requirements for Win/Mac**

Recommended hardware requirements for Qustodio are as follows:

- CPU 1.8 GHz or faster

- 1024 MB or more of RAM memory

- 1.6 GB or more of free hard disk space

5

## 2.2.    Create an account at Qustodio

You can register for a Qustodio account directly on the website. Go to www.qustodio.com/get-started. The following is displayed:



- ▪ If you do not have an activation code:

- Enter the name of the user in the **Name** field.

- Enter a valid email address in the **Email address** field.

- Re-enter the email address in the **Repeat email address**.

- Enter a password for your account with Qustodio in the **Password** field.

- Click **Create an account**.


- ▪ If you have an activation code:

6

- Click the **Do you have an activation code?** link. This should display text boxes to enter the activation code as shown.



- Enter the activation code in the boxes and click **Next**. The following page is displayed.



- Enter the name of the user in the **Name** field.

- Enter a valid email address in the **Email address** field.

- Re-enter the email address in the **Repeat email address**.

- Enter a password for your account with Qustodio in the **Password** field.

- Click **Create an account**.

7

## 2.3.   Download and install Qustodio on your devices

### 2.3.1.  Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



### 2.3.2.  Installing Qustodio on a Windows device

Once the Qustodio installation file is downloaded on the Windows device you want to protect, you can run the installation.

1. Double-click the Qustodio installer.

2. In the first dialog window, **select the language** used for the installation process in the top right corner. Click the combo box to roll down the language menu and select the desired language.

3. The dialog also provides a link to the full wording of the Qustodio end-user license agreement. To confirm that you have read, understood, and accept the agreement, click **Accept and Install**. If you do not agree with the license agreement, press the Cancel button, and the installation process will be immediately terminated.



4. Qustodio will then download the latest components available.



5. Once the components are downloaded, the following page is displayed:



- ▪ *If you do not have a Qustodio account*

1. Select **I don't have a Qustodio account** option and click **Next**. The following page is displayed.



- Enter your name in the **Name** field.

- Enter your email address in the **Email address** field.

- Re-enter your email address in the **Verify email address** field.

10

- Enter the password you want to use for your account at Qustodio in the **Password** field.

 Re-enter the password in the **Verify password** field.

2. Click **Next**. The following page is displayed.



By default, the name of the device is displayed in the **Device Name** field but you can modify it by entering the name you want to use to make it easier to identify the device. This dialog window also offers the option to hide Qustodio on the device.

3. Next, you will be asked to name the user of the device.



- Please select the year of birth from the **Birth year** dropdown list.

- Select the **Gender** (Boy/Girl) and click the image to select the required **Avatar**.

4. Click **Next**. The Welcome screen is displayed. You can click **Next** until the following screen is displayed.



5. Click **Go to my Family or Management Portal**. The following Login page is displayed.



You can now log in using your registered Email address and Password.

Remember:

- Family users access their Portal via https://family.qustodio.com/.

- Professional users access their Portal via https://manage.qustodio.com/.

- ▪ *If you have a Qustodio account*

- Select **I already have a Qustodio account** and click **Next**.



- Enter the email address you used to register at Qustodio in the **Email address** field.



- Enter your password to authenticate in the **Password** field.

- Click **Next**. The following page is displayed.



By default, the name of the device is displayed in the **Device Name** field but you can modify it by entering the name you want to use to make it easier to identify the device. This dialog window also offers the option to hide Qustodio on the device.

- Click **Next**. The following page is displayed.



Select the account for the user using this device. To add a new user account on the computer, click **Add new**.

14

- Click **Next**. The Welcome screen is displayed. You can click **Next** until the following screen is displayed.



- Click **Go to my Family or Management Portal**. The following Login page is displayed.



You can now log in your Portal using your registered Email address and Password.

Remember:

- Family users access their Portal via https://family.qustodio.com/.

- Professional users access their Portal via https://manage.qustodio.com/.

15

### 2.3.3. Installing Qustodio on Mac

Once the Qustodio installation file is downloaded on the Mac device you want to protect, you can run the installation.

1. Double-click the Qustodio.dmg file to mount it.

2. Double-click the Qustodio.pkg file. The Qustodio will be launched.

3. In the first dialog window, click **Continue**.

4. The second dialog provides a link to the full wording of the Qustodio **end-user license agreement**. To confirm that you have read, understood, and accept the agreement, click **Continue,** and **Agree**. If you do not agree with the license agreement click Continue and Disagree or simply close the window, and the installation process will be immediately terminated.



16

5.  Click **Install**.



6.  A warning message is displayed if you have an open browser. Click **OK**.



7.  The following page is displayed:



- ***If you do not have a Qustodio account***

1. Select **I don't have a Qustodio account** option and click **Next**. The following page is displayed.



- Enter your name in the **Name** field.

- Enter your email address in the **Email address** field.

- Re-enter your email address in the **Verify email address** field.

- Enter the password you want to use for your account at Qustodio in the **Password** field.

 Re-enter the password in the **Verify password** field.

18

2. Click **Next**. The following page is displayed.



Select the number of users/children using this device.

3. Click **Next**. The following page is displayed.



4. Enter the name of the users and click **Next**. The following page is displayed:



- For each user, please select the year of birth from the **Birth year** dropdown list.

- Select the **Gender** (Boy/Girl) and click the image to select the required **Avatar**.

5. Click **Next**. The following page is displayed.



By default, the name of the device is displayed in the **Device Name** field but you can modify it by entering the name you want to use you want to use to make it easier to identify the device. This dialog window also offers the option to hide Qustodio on the device.

20

6.  Click **Next**. The following page is displayed.



Here you can associate each user profile created in Qustodio with its corresponding user account on the computer. For this, simply select the user account from the dropdown list. To add a new user account on the computer, click **Add new**.

7.  Click **Next**. The Welcome screen is displayed. You can click **Next** until the following screen is displayed.



8. Click **Go to my Family or Management Portal**. The following Login page is displayed.



You can now log in using your registered Email address and Password.

Remember:

- Family users access their Portal via https://family.qustodio.com/.

- Professional users access their Portal via https://manage.qustodio.com/.


▪ *In the case you have a Qustodio account*

- Select **I already have a Qustodio account** and click **Next**.



22

- Enter the email address you used to register at Qustodio in the **Email address** field.



- Enter your password to authenticate in the **Password** field.

- Click **Next**. The following page is displayed.



By default, the name of the device is displayed in the **Device Name** field but you can modify it by entering the name you want to use to make it easier to identify the device. This dialog window also offers the option to hide Qustodio on the device.

- Click **Next**. The following page is displayed.



- Select the user from the list or, if you wish to add a new user, click **Add new**.

- Once you do so, a tour will appear, please read carefully the instructions in the following tour to configure the device.



- Click **Go to my Family or Management Portal**. Here you will be able to associate each what child profile created in Qustodio with its corresponding user account on the computer



You can now log in your Portal using your registered Email address and Password.

Remember:

- Family users access their Portal via https://family.qustodio.com/.

- Professional users access their Portal via https://manage.qustodio.com/.

25

### 2.3.4.  Installing Qustodio on a child's Android device

- ▪ ***If you have a Qustodio account***

- Open the Google Play App and Search for Qustodio.



- Tap **Install**.



26

-  Review the Permissions. You must accept these permissions to use the app. Click **Accept**.



- Open the Qustodio app.



- Tap **I have an account**.



- Enter your email address and password.



- Choose the **This is a kid's device** Option.



- Enter a name for the device.



- Choose the user of the device.



- When prompted to Activate app supervision, choose **Activate Now**.



- Tap **Qustodio**.



- Toggle on **Permit usage access**.



- When prompted to Activate web Supervision, choose **Activate Now**.



- Tap **Qustodio**.



- Toggle **on** this option.



- Tap **OK**.



- When prompted to Activate uninstall protection, choose **Activate Now**.



- Tap **Activate**.



- Congratulations! You have now installed Qustodio.

■ ***If you do not have a Qustodio account***

- Open the Google Play App and Search for Qustodio.



- Tap **Install**.



-  Review the Permissions. You must accept these permissions to use the app. Click **Accept**.



- Open the Qustodio app.



- Tap **I'm new to Qustodio**.



- Enter your name and your email address twice.



Qustodio will send you an email to activate the account. Protection will not be active on the device until you have read the email and confirmed your account.

37

- Enter your **Password**. In order to help you remember it, you have to enter it twice but make sure you keep this safe, as you will need it later to configure the account.



- Enter a name for the device or use the provided default name.



- Enter the name of your child, year of birth, and gender.

- Select an Avatar.



- When prompted to Activate app supervision, choose **Activate Now**.



- Tap **Qustodio**.



- Toggle on **Permit usage access**.



- When prompted to Activate web Supervision, choose **Activate Now**.



- Tap **Qustodio**.



- Toggle **on** this option.



- Tap **OK**.



- When prompted to Activate uninstall protection, choose **Activate Now**.



- Tap **Activate**.



- Congratulations! You have now installed Qustodio.

43

### 2.3.5.  Installing Qustodio on a child's iOS device

▪ *If you have a Qustodio account*

- Open the AppStore on the iOS device you want to monitor.

- Search for Qustodio Parental Control for iPad and iPhone

- Install the Qustodio app.

- Open Qustodio, and choose **I have an account**.

- Enter your email address and password.



- Select the user for this device.



- Enter a name for the device.



- Tap **Install iOS Profile**.



-  Tap **Install** in the upper right corner.



- Enter the device passcode.



- Read the screen carefully and tap **Install** in the top right corner.



- Tap **Trust** and then tap **Done**.



- Swipe to go to the next screen and read all screens carefully until you reach the final one. Tap Close Tour.

- That's all! You can now go back to the home screen of your device.

- ▪ *If you do not have a Qustodio account*

- Open the AppStore on the iOS device you want to monitor.

- Search for Qustodio Parental Control for iPad and iPhone

- Install the Qustodio app.

- Open Qustodio, and choose **I am new to Qustodio**.

- Create a new account by entering your email address and your password.



- Enter a name, birth year and gender for the child you want to protect. Tap **Next**.

- Choose an avatar for that child.

- Enter a name for the device.



- Tap **Install iOS Profile**.



- Tap **Install** in the upper right corner.



- Enter the device passcode.



- Read the screen carefully and tap **Install** in the top right corner.



- Tap **Trust** and then tap **Done**.



- Swipe to go to the next screen and read all screens carefully until you reach the final one. Tap Close Tour.

- That's all! The following screen is shown, and you can now go back to the home screen of your device.

### 2.3.6. Installing Qustodio on Kindle

▪ *If you have a Qustodio account*

- On the home screen of the device, tap on **Apps**.



- Tap **Store**



53

- Search for Qustodio



- Tap on **Qustodio** and on **Download**



- Open the **Qustodio** app.

- Tap **I have an account**.



- Enter your email address and password.



- Choose the **This is a kid's device** Option.



- Enter a name for the device.

**Tip**. Choose a name that obviously and visibly links to this specific device, such as Jim's Kindle.

- Choose the user of the device.



- When prompted to Activate app supervision choose to **Activate Now**.



- Tap **Qustodio**.



- Toggle on **Permit usage access**.



- When prompted to Activate uninstall protection choose to **Activate Now**.



58

- Tap **Activate**.



- Congratulations! The install process is complete.

▪ ***If you're new to Qustodio***

- On the home screen of the device, tap on **Apps**.



- Tap **Store.**



- Search for Qustodio.



- Click on Qustodio and on **Download.**



- Open the **Qustodio** app.

- Tap **I'm new to Qustodio**.



61

- Enter your name and your email address you will use twice.



- Enter your **Password** twice.



- Enter a name for the device or use the provided default name.



- Enter the name of your child, year of birth, and gender.



- Select an Avatar.



- When prompted to Activate app supervision choose to **Activate Now**.



- Tap **Qustodio**.



- Toggle on **Permit usage access**.



- When prompted to Activate uninstall protection choose to **Activate Now**.



- Tap **Activate**.



- Congratulations! The install process is complete.

66

## 2.4.    Install Qustodio's Parents' App

Qustodio offers a Parents' App that allows you to monitor the kids' activity and set up time allowances. New features will be rolled out in the near future.

### 2.4.1.  Installing parents' App on your device

To install Qustodio as a Parents' App you will need to follow these steps:

- Download Qustodio from the Google Play app or Apple AppStore.

- If you have an account, choose **I have an account** and log in to your account.



- Choose the **This is a Parent's device** option.



- Tap **I understand**.



- Carefully read the instructions provided.



### 2.4.2.  How to switch from the Parents' App to Qustodio children's App

If you have accidentally installed the Parents' App onto your child's device you can switch to the child's app easily. Please note that this cannot be done the other way around.

To be able to switch from the Parents' App to the Qustodio children's App, follow these steps:

- On the top left side of the screen, tap the Menu icon

- In the drop down menu choose to **Logout**



69

- Tap **OK**



- Then tap the app again, and the configuration process will start all over



- Then follow the steps on this guide to install Qustodio again as a child's device.

## 2.5.   Account Confirmation

Once you've successfully registered with Qustodio, the email address associated with the account must be verified. You can do this by clicking the **Confirm Your Account** link available in the confirmation message sent by Qustodio to your email address.



This success message is displayed upon confirmation.



# 3.  Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

## 3.1.   Accessing the dashboard

▪ *For Families*

 Go to https://family.qustodio.com/. The following page is displayed.



- Enter a valid email address in the **Email address** field.

- Enter the password in the **Password** field.

- Click **Log in**.

▪ ***For Business & Schools***

- Go to [https://manage.qustodio.com/](https://manage.qustodio.com/). The following page is displayed.



- Enter a valid email address in the **Email address** field.

- Enter the password in the **Password** field.

- Click **Log in**.

# 3.2.   General overview

### 3.2.1.  Activity summary

The Activity Summary section provides an overview of the activities performed by each user. They are represented in the form of a pie chart and the time spent on each of the activity is shown as percentage.

The Activity Summary tab provides the following information:

**- Search Activity** – Displays key search keywords used by the user (in Google, Yahoo, Bing etc.).

**- App Usage** - Displays the applications used as well as active time for each application.

**- Web Activity** - Displays the list of websites visited along with the time spent on each website.

73

**- Social Activity** - Displays information about Facebook, Twitter and Yahoo Messenger activity, as well as Calls, Text Messages and their content.

**- Devices Used** – Displays information about the devices that have been used by the user and the current status of the device (online/offline).



### 3.2.2. Social activity

The Social Activity tab monitors and reports the activity of the user on Facebook, Twitter, Yahoo Messenger, as well as information on calls and text messages sent and received and SMS content.

For Facebook data to be displayed in this tab, this feature must be turned on and the user has to log in to Facebook from a device that is protected by Qustodio at least once. When the user logs into Facebook the first time after activating Social Monitoring by Qustodio, the following page is displayed. The user must click the Okay button to access their Facebook account at this point. Qustodio will then start monitoring social activity.



### 3.2.3. Web activity

The Web activity tab displays the list of websites visited by the user. When a website is selected, the information about the website, the visit summary and the navigation history is displayed. The calendar allows you to choose to view the activity for the current day (Today), any specific day or for the last 7, 15 or 30 days.

75



### 3.2.4.  Activity timeline

The Activity Timeline tab displays the list of activities performed by the user along with the device used and the time spent by the user on the activities. The Activity Timeline tab comprises the following sections:

**- All activity** – Displays all web and app activities performed by the user on the device along with the time spent on each activity.

**- Questionable activity** – Displays the list of activities that Qustodio has classified as potentially unsafe.

**- Web activity** – Displays the web activity performed by the user.

**- Applications** – Displays the list of applications used.

**- Calls and SMS** - Displays the list of calls and text messages sent, received and their contents.

**- Location updates** – Displays the last and previous locations of the device being monitored according to settings.



### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

**- Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

**- Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

**- Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

**- Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

**- Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

**- Location** - Allows you to track the locations of your kids Android mobile devices on a map. New location updates appear in the Activity Timeline tab.

**- Panic Button** – Allows you to set up a Panic Button on Android smartphones. When enabled, users can send emergency alerts with location information from their smartphones to a list of trusted contacts.

78

# Setup and configuration

## 3.3.   Default Qustodio configuration

When a new profile is created, Qustodio's default settings are automatically applied. To view the default configuration, click the **Rules** tab.

- ▪ **Web browsing rules**

By default the following options are enabled:

- Potentially unsafe Website Categories are blocked

- Websites that have not been categorized by Qustodio are not blocked

- Safe search is enforced

- No website exceptions are enforced



- **Time usage limits**

Click the **Time usage limits** tab. The following page is displayed:



By default, all time limits are disabled.

- **Application rules**

Click the **Applications rules** tab. The following page is displayed:



By default, the Application controls are disabled.

- **Social monitoring**

Click the **Social monitoring** tab. The following page is displayed:



By default, the Advanced Facebook monitoring feature is disabled.

- **Calls and SMS**

Click the **Calls and SMS** tab. The following page is displayed:



By default, the Calls and SMS Text Message Monitoring feature and the content monitoring are enabled and all Blocking Rules are toggled to **NO**.

▪ **Location**

Click the **Location** tab. The following page is displayed:



By default, the location monitoring feature is enabled and the device location is refreshed every hour.

▪ **Panic Button**

Click the **Panic Button** tab. The following page is displayed:



By default, the Panic Button feature is disabled.

## 3.4.   Updating the rules

Rules are updated across all device connected to the Internet every 30 minutes. To force an immediate update, you can do the following on desktop computers on which Qustodio is not hidden:

- Click the  icon in the app tray. The following menu pops up.



- Click **Update now**.

# 3.5.   Qustodio features

### 3.5.1.  Web filtering

The Web Filtering page comprises settings that allow you to limit or monitor the type of websites that users can access as well as the types of results they receive from search engines.

- ▪ **Block and/or monitor website categories**

*Blocking Website Categories*

This option blocks the navigation to websites that form part of the selected category.

To modify website categories:

- Log into Qustodio, and click the **Rules** tab. This takes you to the Web browsing page.

- Set the "Enable website category restrictions" option to Yes.

- Click the category to be blocked from the **Website categories** section. This will display the dropdown list.



- Select **Block website's category** to block the category.



*Monitoring Website Categories*

This option allows users to access the category, but sends an email alert when the category is accessed.

To monitor the website categories:

- Click the category to be monitored from the **Website categories** section. This will display the following dropdown.



- Select **Monitor website's category** to monitor the category.



▪ **How to add website exceptions: blocking specific websites**

This option allows you to block or monitor specific websites and takes preference over the category settings. You can also set exceptions to allow sites that belong to a blocked category. Note that Qustodio considers the domain or URL globally and it is not currently possible to block subdomains (e.g., you can block abc.com but you cannot block abc.com/news)

- After logging into Qustodio, click the **Rules** tab. This takes you to the Web browsing page.

- Enter the URL of the website in the **Add website exception** field.



- Select **the appropriate action** from the dropdown list adjacent to the **Add website exception** field**.**

- Click **Add**.

- The website is added to the Domain exceptions section

You can then modify the rule for a domain by clicking directly on the name of that domain, or remove completely the exception by clicking on the cross next to the name.



▪ **Blocking uncategorized websites**

This option allows you to block access to websites that Qustodio is not able to categorize, to ensure that no potentially harmful websites can be accessed.

- After logging into Qustodio, click the **Rules** tab. This takes you to the Web browsing page.

- Toggle the **Allow unknown websites** option to **No** in the Uncategorized websites section.



▪ **Enforce safe search**

This option enables you to specify whether Qustodio should limit search results to eliminate potentially harmful content.

- After logging into Qustodio, click the **Rules** tab. This takes you to the Web browsing rules page.

- In the Safe Search section, set the **Enforce Safe Search** option to **Yes**.



- ▪ **Monitoring incognito browsing**

On Windows, Mac and iOS, Qustodio monitors and filters incognito browsing just as well as regular browsing and there is no special setting needed to activate for this to happen.

On Android devices with Android 5.0 and later Qustodio will also monitor and filter incognito browsing but in earlier versions, when a user opens a browsing tab in incognito mode, the browsing activity is hidden from Qustodio. Since Qustodio cannot monitor any webpages that are in Incognito mode, a feature is available in Qustodio that blocks Incognito browsing on Android. Note, however, that this feature is still experimental.

To block incognito browsing on Android using Qustodio, you have two options to activate it:

- On the device, click on Qustodio and after logging in, go to **Configure this Device > Device Settings**. Toggle the option to **Yes** in the Block Incognito Browsing section.

- In your Family Portal, click on **Settings > Devices > Edit device options**. The following screen is shown:



Click on **Android Device Settings**. The following screen is shown:



Toggle the option to **Yes** in the Block Incognito Browsing section.

*Once this option is set, what happens if Qustodio detects incognito browsing on the device?*

- If Qustodio detects that the user is browsing the Internet in incognito, it completely blocks the use of the web browser. To unlock the device, the administrator of the Qustodio account must enter the Qustodio password.

- In the Family Portal, the administrator of the Qustodio account will see a red notification in Settings > Devices as shown:



In **Settings > Devices**, notifications are shown to inform the account administrator that a device has been locked due to incognito detection.



It is possible to filter the list of devices using the dropdown in the top right corner of the frame, to quickly identify which ones have been locked, as they are marked in **Devices with Alerts** as shown below:



To unblock the web browser click on **Unblock browser**. The following confirmation message is shown:



93

### 3.5.2. Time usage limits

This page contains settings that enable you to limit or monitor the time a user can spend on a device or on the Internet. You can select the time blocks to restrict and/or set total a time allowance per day. Five minutes before time is up, Qustodio will show a notification on Windows and Mac computers, if the user is not doing any activity in full screen.

- ▪ **Setting a time schedule for internet and/or computer use**

This option allows you to limit the user from accessing the device/Internet during certain time or days.

- Go to **Rules > Time Usage Limits**. The following page is displayed.



- In the Usage Schedule section, toggle the **Enable schedule** option to **Yes**.



- Select/deselect the time blocks to restrict/allow access.

☐ - Allowed hours

🟥 - Restricted hours

- ▪ **Set a time limit per day of Internet and/or computer use**

This option enables you to set daily limits for the user to access the device or Internet.

- Go to **Rules > Time Usage Limits**.

- In the Time allowance section, toggle the Weekday allowance and Weekend allowance to **Yes**.

You can select the number of hours per day by clicking next to the clock icon and clicking the ▲ and ▼ buttons.



- ▪ **Time's up email alerts**

Select this option to receive notifications when the time limit is reached.

- Go to **Rules > Time Usage Limits**.

- In the Device lock type section; toggle the **Alert me** option to **Yes**.



This sends notifications to the account admin when the time limit is reached.

- ▪ **Set different time limits for each device**

This option enables you to set time limits for each device to be used.

- Go to **Rules > Time Usage Limits**.

- Toggle the **Enable per device time limits** option to **Yes**. This enables you to monitor and set time limits for each device.



You can now click the individual device tabs to set specific time limits.

**How time limits affect each device**

Time limits are different on each device and each device block type has a different meaning.

▪ **Windows and Mac devices**

- The lock navigation option blocks Internet access in the browser but allows offline device use.
- The lock device option prevents both online and offline device use.

Note the following important information:

- Time for both web navigation and the entire device is counted from midnight to midnight, and not from the moment when you activate the time rules.

- The user has to log off from the user session or turn off the computer for time to stop counting. A simple lock of the user session, will not be considered by Qustodio as a closed session.

- The user can click in Qustodio's tray icon to see how much time is left (unless Qustodio is hidden on the device).
- A 5-min notice shows up before the user account is locked. However, this notice doesn't show up if the user is doing an activity in full screen mode.

▪ **Android & Kindle devices**

- The lock navigation option blocks all of the apps except for the home screen, the notification bar, the recent app list, and incoming calls.
- The lock device option blocks the entire device. In this case, the device will be completely locked. The user will only be able to place calls to emergency numbers, or to trusted contacts as set with the Panic Button feature. The user can also access the Qustodio app.

A notice is shown when the time allowance is almost reached, before locking the device, every minute, starting 5 minutes from the limit. However, this notice is not shown with the time schedule feature.

▪ **iOS Devices**

-Lock Navigation: This option prevents the user of the device from browsing the Internet using Safari or Chrome. Also there is a lock screen with a message indicating that the navigation is locked once the time is up.
-Lock Device: This option blocks all web navigation and also prevents access to any application limited to age 4+ by the AppStore. Also there is a lock screen with a message indicating that the device is locked once the time is up.

97

### 3.5.3. App controls

This option enables you to restrict users from accessing certain applications or to set time limits for each application.

▪ **Allow/block an application**

- Go to **Rules > Application Rules**. The following page is displayed:



- In the Application Controls section, toggle the **Enable application controls** option to **Yes**. This displays the list of applications that have been accessed by the user. Please note that applications will only appear once they've been used at least once by the user.



- To block an application, toggle the **Allow application** option of the corresponding application to **No**.



- To allow a blocked application, toggle the **Allow application** option of the blocked application to **Yes**.



▪ **Setting a time limit for each app**

- Go to **Rules > Application Rules**.

- In the Application Controls section, toggle the **Enable application controls** option to **Yes**. The list of applications that have been used at least once on the device is displayed.

- Move the cursor over the [icon] icon. A dropdown is displayed.



99

- Click the **Set a time limit for this app** dropdown list.



- Click the **click to set time limit** link corresponding to the day. A field to enter the time limit is displayed.



Set the number of hours by clicking the ▲ the ▼ buttons.

Click **Close**. This activates the time limit for the application.



### 3.5.4. Social monitoring

Social Monitoring with Qustodio includes Facebook, Twitter and Yahoo Messenger activities.

- ▪ **Monitor Facebook activities**

- Go to **Rules > Social Monitoring**. The following page is displayed.



- Toggle the **Enable Advanced Facebook Monitoring** option to **Yes**.



- ▪ **Monitor other social networks**

Qustodio automatically monitors Twitter and Yahoo Messenger. Although it does not specifically monitor other social networks, Qustodio provides a list of apps used and sites visited and the time spent on each website and apps in **Activity Timeline**.

### 3.5.5. Calls and text messages

This option enables you to monitor and/or block incoming and outgoing calls made and received and the text messages sent and received on Android devices. Calls and messaging details and content appear in the **Activity Timeline** and **Social Activity tabs.**

- Go to **Rules > Calls and SMS**. The following page is displayed:



- In the Calls and SMS Text Messages Monitoring section, toggle the **Enable Calls and SMS Text Message Monitoring** option to **Yes**. The Android devices being monitored will be displayed and all Blocking Rules options will appear as shown below. You can also toggle **Yes** the option to report full content of the SMS to view the content.

- The different options are to block all incoming calls, all outgoing calls, all incoming text messages or to set a specific rule for an individual phone number.



You can then click the **View activity timeline** tab to view the calls and SMS updates for the user. Blocked calls and messages will also appear in the **activity timeline**.

On the device:

- Incoming Calls & SMS: There is no notification to the user when a blocked incoming call or SMS is received. The SMS or call is intercepted by Qustodio and any notifications about the call or SMS will be deleted. However it is important to note that the caller may still be able to leave a voice message. Information about the call or SMS will be reported on the Activity Timeline. Please note that incoming SMS text messages can only be blocked on Android version 4.3 and earlier.

103

▪ Outgoing SMS: Outgoing SMS messages cannot be restricted. The only way to restrict outgoing SMS messages is to block the SMS app completely in **Application Rules**. Information about the SMS will be reported on the **Activity Timeline**.

▪ Outgoing calls: When a user tries to make an outgoing call they will see a block screen letting them know that calls have been restricted. Information about the call will be reported on the **Activity Timeline**.

### 3.5.6. Device location

This option enables you to track the location of Android devices on a map. Location updates are displayed in the Activity Timeline tab.

- Go to **Rules > Location**. The following page is displayed:



- In the Location section, toggle the **Enable Location Monitoring for Mobile Devices** to **Yes**.



This displays the **Check mobile devices for new location every** field, where you can define the interval to check the new location.

### 3.5.7. Panic Button

This option allows you to set up a Panic Button on Android smartphones. When enabled, users can send emergency alerts with location information from their smartphones to a list of trusted contacts.

***Settings in the Portal***

- Go to the Qustodio Portal and then to **Rules > Panic Button**. The following page is displayed:



- In the Panic Button section, toggle the **Enable Panic Button** to **Yes**. The following box appears:



By default, the administrator of the Qustodio account is automatically set as a trusted contact for all associated users. This cannot be changed.

- To add up to 3 new trusted contacts, to do so click **Add trusted contact.** The following is displayed:



- Fill in the name and contact details and click **Add**. Repeat this process to add other trusted contacts. Note that when you add a new trusted contact, that contact will receive either an email or an SMS message on your behalf, asking them to confirm that they are willing to be a trusted contact for your Qustodio account as shown below. Once a trusted contact is added for one Qustodio profile, they won't have to confirm again for you to add them to another profile.



107

### *Settings on the Phone*

- Go to the Phone and tap the **Qustodio app**. A series of screens explaining how the Panic Button works are shown. Please read them carefully and tap the **SOS bubble**.



This displays a message confirming that you want to activate the Panic Button. Choose the option **Don't ask again**, and click on **Turn on**. Qustodio will activate the Panic Mode and send an alert to all trusted contacts. You will receive an alert by email.

- Once the Panic Button is activated, all trusted contacts for the user receive an "I need help" message with a link to a page with the user's latest location. This link remains active until the Panic mode is canceled. The user's location will be updated every 5 minutes as long as it is on. In the Qustodio Portal, location and calls activity updates will also be reported during the Panic mode, even if these features are turned off in the family portal.

### *Cancel the Panic Mode*

- On the phone, to turn off the Panic Mode, click again on the **SOS bubble** on the home screen of the Qustodio app.

- In the Portal, to turn off the Panic Mode, go to **Rules > Panic Button**. At the bottom of the screen, next to the device, you can turn off the Panic Mode.

## 3.6.   User profiles

### 3.6.1.  Adding new users

You can add new users to be monitored by Qustodio.

- Go to Settings > Children's Accounts and click **Add Profile**. The following page is displayed:



**Note:** Professional users can go to **Settings > Supervised users' accounts** and click **Add a new user** to create a new profile.

- Enter the first name of the user in the **First Name** field.

- Select the required **Avatar**.

- Click **Save**. The following page is displayed:





You can now select the type of device that will be monitored for this profile. Proceed to install Qustodio to start monitoring.

### 3.6.2. Modifying an existing user

This option allows you to modify a user's details such as the display name and avatar.

- Go to **Settings > Children/User accounts**. The following page is displayed:



- Click **Edit profile** corresponding to the user that you want to modify. The following page is displayed.



Modify the required details and click **Save**.

### 3.6.3.  Removing a user

To remove a user:

- Go to **Settings > Children/User accounts**. The following page is displayed:



- Click **Remove user** for the user that you want to remove. The following confirmation window is shown:



- Click **Yes, I'm sure** to remove the user. This cannot be undone.

111

## 3.7.   Devices

### 3.7.1.  Adding a new device

This option allows you to add new devices to be monitored.

- Go to **Settings > Devices**. The following page is displayed:



- Click the **Download Qustodio** link. The following page is displayed:



- Click  to select the appropriate Qustodio version and go through the installation steps.

Once Qustodio is installed on your new device, the device appears in Settings > Devices.

### 3.7.2.  Modifying the settings of an existing device

To modify the settings of an existing device:

- Go to **Settings > Devices**.

- Click **Edit device options** for the device that you would like to modify. The following page is displayed:



- Modify the required details and click **Save**.


▪ **Hide Qustodio on a device**

To hide Qustodio from the devices where it is installed, follow these steps:

- Go to **Settings > Devices**.

- Click **Edit device options** for to the device that you want to modify.

113

- Check the **Hide Qustodio on this device** checkbox. This hides the Qustodio from the device.

Please note that this feature is not available on iOS devices.



- **Protect individual users on a device with an individual Qustodio profile for each user**

This option enables you protect individual users on a device with specific Qustodio profile.

- Go to **Settings > Devices**.

- Click **Device Settings.**

- Click the dropdown list to select the profile.



- Select the required profile and click **Save** to assign the profile to the user.

114

- ▪ **Protect all users on a device with a single Qustodio profile**

This option allows you to protect all users on a device with a single profile.

- Go to **Settings > Devices**.

- Click **Device Settings.**

- Click **Click to assign a profile** link corresponding to **All Device Accounts** field to select the profile.



- This disables all the other profiles as shown.



- Click **Save**.

- ▪ **Set individual profiles for some users while protecting the rest with a default profile**

This option allows you to assign a default profile for some users while using individual profiles for others.

- Go to **Settings > Devices**.

- Click **Device Settings.**

- Click **Click to assign a profile** link corresponding to **All Device Accounts** field to select the desired profile.



115

- This disables all the other profiles as shown.



- Click any user you want to protect with a specific profile.



- The following popup message is displayed:



- Click **Ok**. You can then choose the profile as shown:



- Select the profile that you wish to apply and click **Save**.



116

### 3.7.3.  Removing a device

▪ **Disable Qustodio temporarily**

You can disable Qustodio temporarily from your mobile device or desktop. If Qustodio is disabled, it does not protect or monitor the device.

*On Windows and Mac*

- Click the  tray icon.

- Click **Disable temporarily**. The following window is displayed:



- Enter the registered email address in the **Email address** field.

- Enter the password in the **Password** field.

- Click **Next**. The following window is displayed.



- Select the duration in the dropdown list during which you wish to disable Qustodio from monitoring the device and click **OK**.

*On an Android Device*

- Open the Qustodio app on the device. The following page is displayed:



- Enter the password in the **Your password** field.

- Click **Login**. The following page is displayed:



- Click **Disable protection**. The following page is displayed:



- To disable Qustodio for a certain period, tap **For a period of time**. The following page is displayed.



- Tap to specify the number of hours you want to disable Qustodio and tap **Finish**

- To disable Qustodio only until next boot, tap **Until I turn it on again**. The following page is displayed:



- Click **Close**.

120

▪ **Completely remove Qustodio**

To unlink Qustodio from a device:

- Go to **Settings > Devices**. The following page is displayed.

- Click **Remove device** for the device you want to remove. The following confirmation screen is displayed:



- Click **Yes, I'm sure** to remove the device.

# 3.8.   Account settings

### 3.8.1.  Changing your account info

- Go to **Settings > Your Account**. The following page is displayed.



- Modify the required details and click **Save Settings**.

### 3.8.2.  Changing your email address

To change your email address:

- Go to **Settings > Your Account**.

- Click **Change** corresponding to the Email address field. The following popup window is displayed.



- Enter the new email address in the **New Email** field.

- Re-enter the email address in the **Confirm new email** field. Finally click **Request Change**.

### 3.8.3.  Changing your password

To change your password:

- Go to **Settings > Your Account**. The following page is displayed.

- Click **Change** corresponding to the Password field. The following screen is displayed:



- Enter the new password in the New Password field, then re-enter the password in the **Confirm Password** field.

- Click **Change password**.


### 3.8.4.  Language selection

To change the language of your Family or Management portal:

- Go to **Settings > Your Account**.

- Click the **Language** dropdown list to select the required change.

- Click **Save Settings**.

### 3.8.5.  Time zone & country

To change the time zone / country of your Family or Management portal:

- Go to **Settings > Your Account**.



- Click the **Timezone/Country** dropdown list to select the required timezone.

- Click **Save Settings**.


### 3.8.6.  Email notifications

The Email notifications option allows you to define which reports you will receive.

- Go to **Settings > Notifications**. The following page is displayed.



- Toggle the Daily and/or Weekly summary option to **Yes / No**, to receive daily/weekly notifications.

To unsubscribe from other email notifications (newsletter, special offers, platform maintenance, etc.), send us an email to unsubscribe@qustodio.com.

124

## 3.9.   Using the Parents' App

### 3.9.1.  Monitoring your kid's activity

When you access the Parents' App, you will be presented with this screen that allows you to choose the child you want to monitor:



Then you will be presented with this screen with an activity timeline.



### 3.9.2.  Setting up time Allowances

You will be able to set up time allowances from the Parents' App. From the child screen you can tap Rules and you will access this page.



Choose **Daily Time Limits** and you will be able to set up a daily time limits for each day or block the device from this screen. Tapping the cog on the top right of the screen will allow you to set up the preferences to choose between lock navigation, lock device and to alert me.



126

# 4.  Uninstalling Qustodio

## 4.1.   Remove Qustodio from your devices

### 4.1.1.  Uninstalling Qustodio from a Windows PC

- Go to Your Family Portal and to **Settings > Devices** and remove the device from there.

- On the computer, go to **Start > Control Panel > Uninstall a Program**.

- Double-click Qustodio from the list or select Qustodio and click Uninstall.

### 4.1.2.  Uninstalling Qustodio from a Mac

- Go to Your Family Portal and to **Settings > Devices** and remove the device from there.

- Go to http://www.qustodio.com/download to download Qustodio for Mac.

- Double-click the .dmg file to mount it.

- The Uninstaller application **Uninstaller.app** can be found in the Qustodio disk image.

- Double-click the **Uninstaller.app** and follow the instructions.

- **Note:** If you encounter difficulties uninstalling Qustodio, first you should reinstall Qustodio from a new download and then follow the steps above.

### 4.1.3.  Uninstalling Qustodio from an Android device

To remove Qustodio from an Android device, please follow these steps:

-  Go to your Family Portal and then go to **Settings > Devices** and remove the device from there.

Then, please go to the Android device and follow these steps:

- Go to the Qustodio app and enter your password

- Tap **Disable Protection** and **Remove Qustodio**

 Tap **OK** and Qustodio will uninstall.

### 4.1.4.  Uninstalling Qustodio from an iOS device

To remove Qustodio Parental Control for iPhone and iPad, first go to your Family Portal and to Settings > Devices and remove the device from there. Then, follow these steps on the device:

- Open the Qustodio app and enter the password of your account, then tap **Next**.

- Tap **Disable Protection** and **Remove Qustodio**.

- Tap **Remove** on the bottom right side of the screen and tap **OK**.

- Tap **OK** again. A configuration screen will appear. Press the **home button**.

- Hold the **Qustodio app icon** for a few seconds, until it starts shaking, and then click on the cross to remove it.


### 4.1.5.  Uninstalling Qustodio from a Kindle

To remove Qustodio from a Kindle, please follow these steps:

-  Go to your Family Portal and then go to **Settings > Devices** and remove the device from there.

Then, please go to the Android device and follow these steps:

- Go to the Qustodio app and enter your password

- Tap **Disable Protection** and **Remove Qustodio**

- Tap **OK** and Qustodio will uninstall.

### 4.1.6.  Uninstalling the Parents App

Qustodio Parents App uninstalls as any other app. There is no need to enter any code or password to uninstall.

## 4.2.   Closing your account

To close your account, please visit this article:

https://www.qustodio.com/en/help/article/1837016/

# 5.  Technical support

## 5.1.  Troubleshooting

For issues with Windows and Mac computers, please be aware that:

- A common cause of issues with Qustodio is an interference with security suites, anti-malware, antivirus, firewalls, system optimization software, or other parental controls. If you're using such program, and are experiencing issues with Qustodio, please restart your computer, temporarily disable these software, and then re-download and re-install Qustodio.

If you experience issues with Qustodio for Android, these are the recommended tips:

- Make sure you installed Qustodio for Android properly. Check the install Android section in this manual for more information.

- Make sure that you're using the latest version of Qustodio available from Google Play. Go to the device, and search Google Play for Qustodio. Click on Qustodio and on "Update."

- Make sure that you're using the latest version of the Android Operating System available to your device.

- Make sure that you're using the latest version of the web browser (Google Chrome or the Android Stock Browser) available.

- Make sure that the Device Administrator permission on the device is active.

- Some devices Manufacturers, such as Huawei or Samsung among others, have added Battery saving options that can deactivate Qustodio on the device. We recommend that you check for a Battery Saving Mode in your device Settings.

- Make sure that there is sufficient space on the device to install Qustodio.

Follow these steps if have trouble installing Qustodio on your child's iPhone or iPad:

- Uninstall any previous version of Qustodio on the device.

- Remove any restrictions on the device. Go on the device to Settings > General > Restrictions and select "Disable Restrictions".

- Make sure that Javascript is activated in Safari: Settings > Safari > Advanced > Javascript.

- Switch your internet connection from Wifi to 3G or 4G.

- Follow the steps in this guide to install Qustodio again

**If you don't know the passcode requested during the installation process:**

Qustodio does not require a passcode during the installation process. If you are asked for a passcode during the installation, this is the passcode of your device, which is the code you have set to protect your device with Apple when you first set it up. This code is not related to Qustodio.

# 5.2.   Frequently asked questions

▪ *How is Qustodio for iOS different than for Android and Desktop PCs?*

Qustodio for iOS offers the following features:

- It monitors web activities done on Safari and Google Chrome, Qustodio filters your child's web browsing and reports web searches and web activity without the need for a safe browser.

- It controls Internet access. Easy to use time controls mean that when it's bedtime, the Internet connection goes off.

- It also controls time spent on the device by locking access to all apps rated 4+ of age when time is up.

- It manages iOS apps. You get controls and reporting for 8 ball pool, Agar.io, Animal Voyage: Island Adventure, AppStore, ASKfm, Badoo / Blendr, Boom Beach, Chat, Clash of Clans, Clash Royale, Deer Hunter 2016, Dropbox, Ebay, EDpuzzle, Express, Explain Everything™ Interactive Whiteboard, Facebook Messenger, Facebook, FIFA 16 Ultimate Team, Fling, Flipagram, Foursquare, Friend, Google Drive, Google Docs (Docs, Sheet and Slides), Grindr, Hay Day, iFunny, Instagram, iTunes, Jurassic World, Kids A-Z, Kik, Madden NFL Mobile, Magic Piano, Meerkat, Meet, Microgolf, Miitomo, Mortal Kombat X, Netflix, Pinterest, Pure, Puzzle and Dragons, Scruff, Shazam, Shots, Skout - Meet, Snapchat, Spotify, Star wars, Tango, TED, Tinder, Twitter, Vent, Viber, Vine, Waze, Whatsapp, Whisper - Share, Wish, Would you rather, YouNow, Youtube, Zedge and PokemonGo.

- All of your iOS devices can be managed via your Family Portal/ Management Portal directly.

▪ *Errors in site classifications*

Qustodio analyzes the content of each page each time it is visited. It then decides if the content in unsafe or suspicious, according to the rules you have set, and applies a category to that page. This process is continuously tested and improved, but can sometimes result in errors. To quickly fix an issue of this type, you can add the site as a "web exception" in your Family Portal in Rules > Web browsing rules.

If you find sites that are incorrectly categorized please email support@qustodio.com with the detail of the site, the classification reported and the suggested category.

Contact support

To contact our Support Team, please go to www.qustodio.com/help and click the **Get Help** button, or send us en email directly to support@qustodio.com.



Copyright Qustodio Technologies S.L. All rights reserved.
www.qustodio.com // info@qustodio.com