BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile:    323-410-0330
Email:
Brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: 817-334-0400
Facsimile:  8170334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

*Attorneys for Plaintiff*

MANISH MEHTA (*Pro Hac Vice* to be filed)
ZAIBA BAIG (*Pro Hac Vice* to be filed)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile:  312-767-9192
Email: mmehta@beneschlaw.com
Email: zbaig@beneschlaw.com

*Attorneys for Defendant*

# UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUSTODIO, LLC,<br><br>Defendant. | Case No. 8:18-cv-01519<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 31, 2018<br>Current Response Date: September 21, 2018<br>New Response Date: October 22, 2018 |

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Qustodio, LLC ("Defendant"), that Defendant may have a thirty (30) day extension of time, up to and including October 22, 2018, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action. No prior extension has been requested by Defendant.

Dated: September 19, 2018

*/s/ Brandon C. Fernald*
Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6th Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile: 323-410-0330
Email: Brandon.fernald@fernaldlawgroup.com

Jonathan T. Suder (*Pro Hac Vice*)
Corby R. Vowell (*Pro Hac Vice*)
Richard A. Wojcio, Jr. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

*Attorneys for Plaintiff*

Dated: September 19, 2018

*/s/Zaiba Baig*_____
Manish Mehta
Zaiba Baig
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606

Telephone: 312-212-4949
Facsimile:  312-767-9192
Email: mmehta@beneschlaw.com
Email: zbaig@beneschlaw.com

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated:  September 19, 2018        */s/ Brandon C. Fernald*
                                  Brandon C. Fernald