BRANDON C. FERNALD
Brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile:  323-410-0330

JONATHAN T. SUDER (Pro Hac Vice)
CORBY R. VOWELL (Pro Hac Vice)
RICHARD A. WOJCIO, (Pro Hac Vice)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: 817-334-0400
Facsimile:  8170334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

DOUGLAS Q. HAHN (SBN: 257559)
dhahn@sycr.com
SALIL BALI (SBN: 263001)
sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949-725-4000
Facsimile: 949-725-4100

Manish Mehta (admitted *pro hac vice*)
mmehta@beneschlaw.com
Zaiba Baig (admitted *pro hac vice*)
zbaig@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone:  312-212-4949
Facsimile:  312-767-9192

Attorneys for Defendant
QUSTODIO, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAJEET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUSTODIO, LLC,<br><br>    Defendant. | Case No. 8:18-cv-01519-JAK-PLA<br><br>Hon. John A. Kronstadt<br><br>**JOINT STIPULATION TO ENTER AN AGREED BRIEFING SCHEDULE STIPULATED PER STANDING ORDER**<br><br>Hearing Date:  February 25, 2019<br><br>Time:  8:30 a.m. |

4826-3571-2641v1/105552-0001

Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Qustodio, LLC ("Defendant"), have stipulated, and jointly request the Court to enter the below agreed upon briefing schedule with respect to Defendant's Motion to Dismiss. (Dkt. 37.)

WHEREAS the Parties have discussed and agreed that given the upcoming winter holidays and to allow ample time for both sides to prepare their briefings an agreed upon briefing schedule would be preferable to the briefing schedule required under the Court's Standing Order ¶9.b.(b).

WHEREAS the Parties have discussed and agreed to the following briefing schedule, which conforms to the Court's Standing Order ¶9.b.:

- December 21, 2018 as the due date for Plaintiff's Opposition; and
- January 21, 2019 as the due date for Defendant's Reply.

**IT IS SO STIPULATED**

Dated: November 28, 2018

Respectfully submitted,

FRIEDMAN, SUDER & COOKE

By: */s/ Richard A. Wojcio*
   Jonathan T. Suder (*Pro Hac Vice*)
   Corby R. Vowell (*Pro Hac Vice*)
   Richard A. Wojcio, Jr. (*Pro Hac Vice*)

FERNALD LAW GROUP
Brandon C. Fernald

*Attorneys for Plaintiff*
*Kajeet, Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 28, 2018 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| 3 | | |
| 4 | | By: */s/ Salil Bali* <br> Douglas Q. Hahn |
| 5 | | Salil Bali |
| 6 | | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 7 | | Manish Mehta (admitted *pro hac vice*) |
| 8 | | Zaiba Baig (admitted *pro hac vice*) |
| 9 | | ***Attorneys for Defendant*** |
| 10 | | ***Qustodio, LLC*** |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Wojcio, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

*/s/ Salil Bali*

JOINT STIPULATION RE BRIEFING SCHEDULE  18-cv-01519
2