UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV18-01519 JAK (PLAx) | Date | February 25, 2019 |
| Title | Kajeet, Inc. v. Qustodio, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael T. Cooke<br>Richard A. Wojcio | Lowell D. Jacobson<br>Manish K. Mehta<br>Salil Bali |

**Proceedings:      DEFENDANT'S MOTION TO DISMISS (DKT. 37)**

                        **SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Defendant's Motion to Dismiss (the "Motion") with leave to amend. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' February 15, 2019 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 11, 2019: | Deadline for required document production pursuant to S.P.R. 2.6.1, other than source code |
| March 25, 2019: | Deadline for invalidity contentions, production of course code pursuant to S.P.R. 2.6.1, and document production pursuant to S.P.R. 2.5 and 2.6.2 |
| April 1, 2019: | Last day to amend or add parties |
| April 8, 2019: | Parties to exchange proposed terms for construction |
| April 22, 2019: | Parties to exchange proposed constructions and evidence |
| May 20, 2019: | Claim Construction Discovery Cut-Off |
| May 29, 2019: | Joint Markman Prehearing Statement Due |
| June 3, 2019: | Simultaneous Opening Markman Briefs Due |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV18-01519 JAK (PLAx) | Date | February 25, 2019 |
| Title | Kajeet, Inc. v. Qustodio, LLC | | |

| | |
|---|---|
| June 17, 2019: | Simultaneous Responsive Markman Briefs, Tutorials, and Presentation Materials Due |
| July 8, 2019 at 10:30 am: | Markman Hearing |
| July 29, 2019: | Last day to participate in a settlement conference/mediation |
| August 2, 2019: | Last day to file a notice of settlement or a joint report re status of settlement |
| TBD: | Post Mediation Status Conference |
| August 28, 2019: | Anticipated Ruling to be Issued on Markman Hearing |
| August 28, 2019: | Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures |
| September 25, 2019: | Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof |
| September 25, 2019: | Patentee's Deadline to Serve for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof |
| November 20, 2019: | Discovery Cut-Off |
| December 18, 2019: | Last day to file motions *(including discovery motions)* |

The foregoing schedule is without prejudice to the filing of a stipulation to amend one or more of the dates after the issuance of the final ruling on the Motion.

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. If a settlement is reached, counsel shall file a notice of settlement by August 2, 2019. If a settlement is not reached, counsel shall file a joint report by August 2, 2019, regarding the status of settlement and whether a second session would

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV18-01519 JAK (PLAx) | Date | February 25, 2019 |
| Title | Kajeet, Inc. v. Qustodio, LLC | | |

be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

                                                                          : 38

Initials of Preparer   ak

Page **3** of **3**