UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV18-01519 JAK (PLAx) | Date | July 15, 2019 |
|---|---|---|---|
| Title | Kajeet, Inc. v. Qustodio, LLC. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Daisy Rojas and Andrea Keifer | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael T. Cooke<br>Richard A. Wojcio<br>Jonathan T. Suder | Lowell D. Jacobson<br>Manish K. Mehta<br>Salil Bali<br>Samuel J. Ruggio |

**Proceedings:** **MARKMAN HEARING**

**QUSTODIO, LLC'S SPECIAL MOTION TO STRIKE (DKT. 61)**

**QUSTODIO, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. 62)**

The *Markman* hearing and the hearing on the Motion to Dismiss the First Amended Complaint (Dkt. 62) (the "Motion to Dismiss") is held. The Court provides the parties with a tentative ruling and permits counsel time to review the ruling prior to giving their respective presentations.

The hearing resumes on the record. Counsel each give a presentation to the Court as to certain of the claim terms and the Motion to Dismiss. The Court is inclined to grant Defendant's Special Motion to Strike (Dkt. 61) (the "Motion to Strike") and grant-in-part and deny-in-part the Motion to Dismiss. The Court takes the Motion to Strike, Motion to Dismiss, and *Markman* hearing **UNDER SUBMISSION** and will issue a ruling. The tentative rulings are returned to the Clerk.

**IT IS SO ORDERED.**

| | : | 49 |
|---|---|---|
| Initials of Preparer | dr | |