EXHIBIT "C"

BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:  323-410-0330
Email:  brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>QUSTODIO, LLC,<br><br>            Defendant. | CASE NO. 8:18-cv-01519-JAK-PLA<br><br>**PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO SPR 2.1 AND 2.2**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Kajeet, Inc. ("Kajeet" or "Plaintiff") hereby provides its disclosure of asserted claims and infringement contentions and accompanying document production pursuant to S.P.R 2.1 and 2.2.

## I.    S.P.R. 2.1 – Disclosure of Asserted Claims and Infringement Contentions

### a.  2.1.1 – Asserted Claims

Based on presently available information, Plaintiff contends that Defendant Qustodio, LLC ("Defendant" or "Qustodio") directly infringes at least the following claims of the Patents-in-Suit:

| U.S. Patent No. | Asserted Claims |
|---|---|
| 8,712,371 | 1-3, 5-8, 12 |
| 8,667,559 | 27, 28, 30 |
| 8,630,612 | 1-6, 8-12 |

These claims are collectively referred to as the "Asserted Claims" and these patents are collectively referred to as the "Patents-in-Suit."  Plaintiff expressly reserves the right to seek leave of Court to amend or to supplement this disclosure after discovery from Defendant or as permitted under the rules.

### b.  2.1.2 – Accused Instrumentalities

On information and belief, Plaintiff accuses Defendant of infringing the Asserted Claims directly under 35 U.S.C. § 271(a) by virtue of its manufacture, use, offer for sale, sale, and/or importation of its mobile device control applications, branded as Qustodio for Family, Qustodio for Schools, and Qustodio for Business, respectively. Each these separately branded products comprise essentially identical infringing functionality with only cosmetic differences between them.  These, and any other Qustodio product offering functioning in a substantially similar way, are collectively referred to as the "Accused Products" or "Accused Instrumentalities".  Plaintiff additionally accuses Defendant of indirectly infringing the Asserted Claims under 35

U.S.C. § 271(b) and 35 U.S.C. § 271(c) by virtue of its manufacture, use, offer for sale, sale, and/or importation of the Accused Products with knowledge that they are especially designed for and marketed towards infringing use by Qustodio's customers and end users of the Accused Products.  Qustodio actively induces direct infringement of the Asserted Patents by end users of the Accused Products via at least providing product literature, instructions for use, and video tutorials demonstrating use of the Accused Products in ways that infringe the Asserted Patents.

Plaintiff expressly reserves the right to seek leave of Court to amend or supplement these disclosures after discovery from Defendant or as permitted under the rules.

### c.  2.1.3 – Claim Charts

Defendant's Accused Products practice the Asserted Claims as shown in the claim charts attached hereto as Exhibits A-C.  The attached claim charts are addressed specifically to the Qustodio for Family branded product, but are applicable to each of the Accused Products identified above, which are believed to accommodate identical infringing functionality and include only cosmetic differences between them.

Any citations to Defendant's publicly available documentation in the attached claim charts are exemplary and not exhaustive, as are the examples provided of the ways in which the Accused Products satisfy the elements of each of the Asserted Claims.  Moreover, any and all citations or references to publicly available documentation should be understood to encompass any and all current or prior versions that incorporate the same or similar functionality, as well as any similar or derivative products which Plaintiff has been unable to discover from publically withheld information to this point.  Plaintiff expressly reserves the right to seek leave of Court to amend or supplement this disclosure after discovery from Defendant or as permitted under the rules.

At this time, and except as otherwise expressly noted in the claim chart, Plaintiff contends and reasonably believes that all limitations of the Asserted Claims are present literally.  To the extent that any specific limitation of the Asserted Claims is found to

not be present literally, then Plaintiff contends that, if there are any differences between the claim elements and the Accused Products, the differences are insubstantial and the products would therefore infringe under the doctrine of equivalents.  Plaintiff expressly reserves the right to amend or supplement these disclosures after discovery from Defendant or as permitted under the rules.

### d.  2.1.4 – Priority Date of Patents-in-Suit

The '559 and '612 Patents are each continuations of the patent application issuing as the '371 Patent, U.S. Patent Application Ser. No. 13/603,218, which itself is a continuation of Continuation of application No. 12/950,379, filed on Nov. 19, 2010, now Pat. No. 8,285,249, which is a continuation of application No. 11/881,460, filed on Jul. 26, 2007, now Pat. No. 7,899,438, which is a continuation-in-part of application No. 11/824,336, filed on Jun. 28, 2007, now Pat. No. 7,945,238.  Each of the Asserted Patents is therefore entitled to a priority date at least as early as June 28, 2007.

Plaintiff contends, however, that each of the Asserted Claims are entitled to an earlier priority date of September 14, 2005, which is the conception date for the inventions claimed therein.  This early conception date and subsequent diligent work in reducing it to practice is supported by the Declaration filed by all inventors of the Asserted Patents under C.F.R. § 1.131 during the prosecution of the patent application issuing as the '612 Patent, U.S. Patent Application Ser. No. 13/786,922, produced as part of the file history of the '612 Patent.  The evidentiary support for this conception date and subsequent reduction to practice are equally applicable to at least the Asserted Claims of the '371 and '559 Patents, respectively.

Plaintiff expressly reserves the right to amend or supplement these disclosures as permitted under the rules.

### e.  2.1.5 – Kajeet's Own Embodiments of the Claimed Invention

Plaintiff preserves the right to rely on an assertion that it has developed its own products that practice the claimed inventions of the Patents-in-Suit.  For example,

Plaintiff has developed its SmartSpot, SmartBus, and Sentinel products which embody the Asserted Claims of the Patents-in-Suit.

Plaintiff expressly reserves the right to amend or supplement these disclosures as permitted under the rules.

### f.   2.1.6 – Willful Infringement

Plaintiff alleges that Qustodio's infringement has been willful since at least June 8, 2018.  As set forth in specific detail within Plaintiff's Complaint [Dkt. No. 1], Qustodio was apprised of the Asserted Patents and the claims of infringement presented therein via correspondence sent to Qustodio on that date.  The correspondence listed each of the Asserted Patents and provided an exemplary claim chart demonstrating infringement of all Asserted Claims of the '371 Patent.  The claims chart noted that it was representative of additional infringement claims Kajeet had and has against Qustodio.  Qustodio has acknowledged receipt of this correspondence but refused to respond to it prior to Kajeet's filing of its Complaint several months later.  As such, Qustodio has had knowledge of the Patents-in-Suit and the infringing nature of the Accused Products since at least June 8, 2018.

Plaintiff expressly reserves the right to amend or supplement these disclosures as permitted under the rules.

## II.   S.P.R. 2.2 – Document Production and Accompanying Disclosures

Pursuant to S.P.R. 2.2, Plaintiff will serve the required non-privileged, responsive documents which have been Bates numbered K000001 to K007132 under the rules.  Specifically, file histories for the Asserted Patents are included in Plaintiff's accompanying production at Bates Nos. K00006-K000997; K000998-K002213; and K002214-K007132.  Documents evidencing ownership of the Asserted Patents by Kajeet are included in Plaintiff's accompanying production at Bates Nos. K000001-K000006.

Documents supporting Kajeet's own embodiments of the claimed inventions and demonstrating operation thereof are publicly available through Kajeet's website and may be accessed at at least the following webpages:

1. https://www.kajeet.net/smartspot;

2. https://www.kajeet.net/smartbus;

3. https://www.kajeet.net/sentinel; and,

4. https://www.kajeet.net/support.

DATED:  December 11, 2018          */s/ Richard A. Wojcio, Jr.*

Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6TH Street, Suite 700
Los Angeles, California 90014
Telephone:  (323) 410-0320
Fax:  (323) 410-0330
Email:  brandon.fernald@fernaldlawgroup.com

Attorney for Plaintiff
KAJEET, INC.

Of Counsel:

Jonathan T. Suder
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, I electronically served the foregoing document to the attorneys of record for Defendant Qustodio, LLC as follows:

Manish K. Mehta – mmehta@beneschlaw.com
Zaiba Baig – zbaig@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Douglas Q. Hahn – dhahn@sycr.com
Salil Bali – sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, PC

*/s/ Richard A. Wojcio, Jr.*

# **<u>EXHIBIT A</u>**

---

### *Kajeet, Inc. v. Qustodio, LLC*
### **Civil Action No. 8:18-cv-01519-JAK-PLA**

---

U.S. Pat. No. 8,712,371
"Feature Management of a Communication Device"
Claims 1-3, 5-8, 12

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools; Qustodio for Business

This chart specifically addresses the functionality of the Qustodio for Family - Premium product.  The exemplary proof submitted in this claim chart is representative of the manner in which the representative product infringes at least the claims of the '371 Patent presented herein.

These infringement contentions are illustrative rather than exhaustive.   They are representative of, and apply to, all of Qustodio's Qustodio for Family, Qustodio for School, and Qustodio for Business products.  Each of these products are believed to comprise identical infringing features and functionality to those shown and described herein.   Plaintiff is accusing all versions and releases of these Accused Products which have been or will be sold, serviced, or supported on or after April 29, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied on publicly available information and products, and analysis derived therefrom, as Plaintiff does not have access to any documents from Qustodio, LLC or its parent, Qustodio Technologies S.L.  Plaintiff reserves the right to amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of Qustodio's products.

**[Preamble]** **A system for managing a computing device, the system comprising:**

**[Element A]** **a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

**[Element B]** **a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decisions to grant or deny the request based on the one or more policies; and**

**[Element C]** **a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.**

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |

**A system for managing a computing device, the system comprising:**

• Qustodio manages use of computing devices including laptops, tablets, and mobile phones, via enforcement of usage rules configured by administrators (parents, teachers, supervisors, e.g.) via a web-based dashboard.

## 1.1. What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

*Source: Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |

**A system for managing a computing device, the system comprising:**

- Qustodio manages use of computing devices through application of policies defining when and what features and content are accessible from managed devices.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

4

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |

**A system for managing a computing device, the system comprising:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

5

| ‘371 Patent |
| --- |
| Claim: 1 – Preamble[1] |

**A system for managing a computing device, the system comprising:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

6

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

 **Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

 **Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

 **Games & Apps blocking**
Decide which games and applications can be used and when.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

 **Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

 **Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

 **Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |

**A system for managing a computing device, the system comprising:**

• Qustodio manages Android and iOS smartphones, Windows or Mac laptops/computers, and on Kindles.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

### '371 Patent

**Claim: 1 – Element A**

**a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage.
- Usage requests are routed from each controlled device through the Qustodio server.



**For Parent Devices**

Use the Qustodio parental control app or use our web-based Family Portal dashboard to monitor kids' activities in real-time.

**For Kids' Devices**

Download the Qustodio app to kids' iOS, Android, Kindle, Mac and Windows devices. Setup is quick and supervision is automatic.

*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

### '371 Patent

**Claim: 1 – Element A**

**a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

- Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

9

'371 Patent

Claim: 1 – Element B

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- Qustodio comprises a policy decider applying profile policies to manage the use of computing devices.
- Applying profile policies consists of accessing policies for generating decisions on usage requests.

### 2.3.  Download and Install Qustodio on your devices

#### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

**'371 Patent**

**Claim: 1 – Element B**

a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and

- Qustodio requires: access to WiFi connection information for a managed device; App Supervision must be activated; Usage Access must be permitted; and, Web Supervision must be activated on a managed device so Qustodio can intercept and compare all usage requests to policies.



*Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element B |

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- Similarly, on iOS devices, Qustodio requires Mobile Device Management and Remote Management to be enabled so Qustodio can intercept and compare all usage requests to policies.



*Source: Qustodio User Guide (June 2017) at pp. 47-48*

Claim 1, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

12

Claim: 1 – Element B

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- Qustodio on a managed device comprises a policy decider element for comparing requested uses to usage policies, or Rules, configured by an administrator via the administrator application or an online dashboard.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

**'371 Patent**

Claim: 1 – Element C

**a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.**

- Qustodio either permits requested usage or blocks it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

### '371 Patent

**Claim: 1 – Element C**

**a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.**

- Qustodio either permits requested usage or blocks it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

15

**[Preamble]  The system of claim 1,**

**[Element A]  wherein the computing device is a mobile phone.**

**The system of claim 1, wherein the computing device is a mobile phone.**

- Qustodio is compatible for use with Android and iOS smartphones.

## Works on most popular platforms

Qustodio works on desktops, laptops, tablets and smartphones.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 2 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

17

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the one or more policies comprises a limit on units of value that can be used to perform the one or more functions,**

**[Element B]** **wherein the decision denies the request when performing the function causes the limit to be exceeded.**

**'371 Patent**

Claim: 3

**The system of claim 1, wherein the one or more policies comprises a limit on units of value that can be used to perform the one or more functions, wherein the decision denies the request when performing the function causes the limit to be exceeded.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

**[Preamble] The system of claim 1,**

**[Element A] wherein the one or more functions comprise one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.**

**The system of claim 1, wherein the one or more functions comprise one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.**

• Qustodio applies filter policies to decide whether access to a web content, applications, phone calls, or text messaging is permitted or prohibited for a device associated to a particular profile.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and a quality of service-based policy.**

## '371 Patent

### Claim: 6

**The system of claim 1, wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and a quality of service-based policy.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and allowed usage scheduling by profile and/or by device.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

'371 Patent

Claim: 7

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.



- Enter a name for the device.

- Choose the user of the device.

*Source: Qustodio User Guide (June 2017) at pp. 29-30*

Claim 7 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

25

**'371 Patent**

**Claim: 7**

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.

## 3. Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

*Source:  Qustodio User Guide (June 2017) at pp. 72*

Claim 7 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

## '371 Patent

### Claim: 7

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.
- Dashboard displays data for all devices associated to a particular profile.



*Source:  Qustodio User Guide (June 2017) at p. 74*

Claim 7 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

27

**[Preamble]** **The system of claim 7,**

**[Element A]** **wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and**

**[Element B]** **wherein each list of one or more policies is customizable based on input received at the interface.**

## '371 Patent

### Claim: 8

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Qustodio policies, such as the time-based policies shown, are accessible and configurable through an online dashboard.

- Policies set correspond to administrator defined profiles which are applied to devices associated to a profile.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

*Exhibit A - S.P.R. 2.1 Infringement Contentions*

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Qustodio policies, such as the time-based policies shown, are also accessible and configurable through an application running on an administrator's mobile device, such as the Parent App.





*Source:  Qustodio User Guide (June 2017) at p. 125-26*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 8 |

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Qustodio policies, or Rules, are accessible and configurable through an online dashboard.

- Policies set correspond to administrator defined profiles which are applied to devices associated to a profile.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

31

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the computing device is used by a user and managed by an administrator, and**

**[Element B]** **wherein the one or more actions consistent with the decision comprise a notification directed to the administrator, the user, or both the administrator and the user when the decision denies the request.**

**'371 Patent**

**Claim: 12**

**The system of claim 1, wherein the computing device is used by a user and managed by an administrator, and wherein the one or more actions consistent with the decision comprise a notification directed to the administrator, the user, or both the administrator and the user when the decision denies the request.**

- Qustodio will alert users when a usage request has been blocked, such as when the user requests access to a disallowed website.



*Source:  https://www.qustodio.com/en/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

# **EXHIBIT B**

---

### *Kajeet, Inc. v. Qustodio, LLC*
### **Civil Action No. 8:18-cv-01519-JAK-PLA**

---

U.S. Pat. No. 8,667,559
"Feature Management of a Communication Device"
Claims 27, 28, 30

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools;
Qustodio for Business

This chart specifically addresses the functionality of the Qustodio for Family - Premium product.  The exemplary proof submitted in this claim chart is representative of the manner in which the representative product infringes at least the claims of the '559 Patent presented herein.

These infringement contentions are illustrative rather than exhaustive.  They are representative of, and apply to, all of Qustodio's Qustodio for Family, Qustodio for School, and Qustodio for Business products.  Each of these products are believed to comprise identical infringing features and functionality to those shown and described herein.  Plaintiff is accusing all versions and releases of these Accused Products which have been or will be sold, serviced, or supported on or after March 4, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied on publicly available information and products, and analysis derived therefrom, as Plaintiff does not have access to any documents from Qustodio, LLC or its parent, Qustodio Technologies S.L.  Plaintiff reserves the right to amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of Qustodio's products.

**[Preamble]** **A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

**[Element A]** **sending to a server a request to communicate with a remote computing device over the communication network;**

**[Element B]** **receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

**[Element C]** **enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.**

'559 Patent

Claim 27 – Preamble[1]

**A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

- Qustodio provides the Qustodio for Family application for controlling use of computing devices, including mobile phones which operate on cellular networks managed by cellular service providers, via enforcement of rules configurable by an administrator.

## 1.1. What Is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

*Source: Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

3

### '559 Patent

#### Claim 27 – Preamble[1]

**A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

- Qustodio operates to control use of Android and iOS smartphones, which operate on cellular networks managed by cellular service providers.

- Qustodio also effects control of Windows or Mac laptops/computers, and on Kindles.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

# '559 Patent

## Claim 27 – Preamble[1]

**A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

- Qustodio effects control of computing devices through application of rules defining when and what features and content are accessible on the controlled device(s).



*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Preamble[1] |

**A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

6

| '559 Patent |
| --- |
| **Claim 27 – Preamble**[1] |

**A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

 **Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

 **Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

 **Games & Apps blocking**
Decide which games and applications can be used and when.

 **Location Tracking****
Track your child's Android or iOS device on a map.

 **Panic Button***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking***
See who your child calls most and block unwanted numbers on Android.

 **Read and Block SMS***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

**'559 Patent**

Claim 27 – Element A

**sending to a server a request to communicate with a remote computing device over the communication network;**

- Qustodio requires download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.
- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

Case 8:18-cv-01519-JAK-PLA   Document 89-4   Filed 08/09/19   Page 52 of 123   Page ID #:3613

**sending to a server a request to communicate with a remote computing device over the communication network;**

- Qustodio requires download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.

## 2.3.   Download and Install Qustodio on your devices

### 2.3.1.  Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

## '559 Patent

### Claim 27 – Element A

**sending to a server a request to communicate with a remote computing device over the communication network;**

• Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

• Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source: Qustodio User Guide (June 2017) at pp. 47-48*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

• Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source: Qustodio User Guide (June 2017) at p. 74*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

13

## '559 Patent

### Claim 27 – Element B

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

- Qustodio either permits requested usage or blocks it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

14

### '559 Patent

**Claim 27 – Element B**

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

- Qustodio either permits requested usage or blocks it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

## '559 Patent

### Claim 27 – Element B

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

- Rules, such as time usage limits, web browsing rules, application rules, and calls/SMS rules are configured by administrators (i.e., parents) and stored on Qustodio's remote servers via a web dashboard interface.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

'559 Patent

Claim 27 – Element B

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

- Rules, such as time usage limits, web browsing rules, application rules, and calls/SMS rules are configured by administrators (i.e., parents) and stored on Qustodio's remote servers via a web dashboard interface.

## 3. Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

*Source:  Qustodio User Guide (June 2017) at pp. 72*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

17

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

• Rules, such as time usage limits, web browsing rules, application rules, and calls/SMS rules are configured by administrators (i.e., parents) and stored on Qustodio's remote servers via a web dashboard interface.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source: Qustodio User Guide (June 2017) at p. 75*

Claim 27, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

## '559 Patent

### Claim 27 – Element C

**enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.**

- Qustodio either permits requested usage or blocks it in accordance with the application of profile rules.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

19

## '559 Patent

### Claim 27 – Element C

**enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.**

- Qustodio either permits requested usage or blocks it in accordance with the application of profile rules.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

20



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

**[Preamble]**  **The computing device of Claim 27,**

**[Element A]**    **wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.**

| '559 Patent |
| --- |
| Claim 28 |

**The computing device of Claim 27, wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.**

- Disallowed requests result in a "block screen" on the managed device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 28 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

22

| '559 Patent |
| --- |
| Claim 28 |

**The computing device of Claim 27, wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.**

- Disallowed requests result in a "block screen" on the managed device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 28 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

**[Preamble] The computing device of Claim 27,**

**[Element A]  further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

| '559 Patent |
| --- |
| Claim 30 |

**The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.

- Requests for access are blocked once a time limit is met.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

25

| '559 Patent |
| --- |
| Claim 30 |

**The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.



*Source:  Qustodio User Guide (June 2017) at p. 74*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

26

**'559 Patent**

Claim 30

**The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

27

# <u>EXHIBIT C</u>

*Kajeet, Inc. v. Qustodio, LLC*
**Civil Action No. 8:18-cv-01519-JAK-PLA**

U.S. Pat. No. 8,630,612
"Feature Management of a Communication Device"
Claims 1-6, 8, 9, 11, 12

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools;
Qustodio for Business

Exhibit C – S.P.R. 2.1 Infringement Contentions

This chart specifically addresses the functionality of the Qustodio for Family - Premium product.  The exemplary proof submitted in this claim chart is representative of the manner in which the representative product infringes at least the claims of the '612 Patent presented herein.

These infringement contentions are illustrative rather than exhaustive.   They are representative of, and apply to, all of Qustodio's Qustodio for Family, Qustodio for School, and Qustodio for Business products.  Each of these products are believed to comprise identical infringing features and functionality to those shown and described herein.   Plaintiff is accusing all versions and releases of these Accused Products which have been or will be sold, serviced, or supported on or after January 14, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied on publicly available information and products, and analysis derived therefrom, as Plaintiff does not have access to any documents from Qustodio, LLC or its parent, Qustodio Technologies S.L.  Plaintiff reserves the right to amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of Qustodio's products.

Exhibit C – S.P.R. 2.1 Infringement Contentions

1

**[Preamble]** A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:

**[Element A]** store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;

**[Element B]** group one or more computing devices in a group;

**[Element C]** associate the policy with the group;

**[Element D]** receive a request sent to or from a computing device in the group to use the function;

**[Element E]** generate a decision to grant or deny the request based on the policy; and

**[Element F]** enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.

Exhibit C – S.P.R. 2.1 Infringement Contentions

2

| '612 Patent |
|---|

## Claim 1 – Preamble[1]

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio provides the Qustodio for Family application for managing, including mobile phones which operate on cellular networks managed by cellular service providers.
- Rules are stored on remote Qustodio servers and are enforced via a local software modules stored in memory of the device.

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

*Source:  Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

3

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio provides the Qustodio for Family application for managing, including mobile phones which operate on cellular networks managed by cellular service providers.
- Rules are stored on remote Qustodio servers and are enforced via a local software modules stored in memory of the device.

4



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |

| Claim 1 – Preamble[1] |
| --- |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

5

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |

## Claim 1 – Preamble[1]

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio accommodates selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.

- Qustodio accommodates time based policies for limiting access to device features in accordance with daily time limits or usage schedules.

6

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

 **Location Tracking****
Track your child's Android or iOS device on a map.

**Panic Button***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

### '612 Patent

#### Claim 1 – Preamble[1]

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio requires download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.
- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.



*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

## '612 Patent

### Claim 1 – Preamble[1]

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- Qustodio requires download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.
- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.



*Source:  Qustodio User Guide (June 2017) at p. 81*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

8

## '612 Patent

### Claim 1 – Element A

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage.
- Usage requests are routed from each controlled device through the Qustodio server.



**For Parent Devices**

Use the Qustodio parental control app or use our web-based Family Portal dashboard to monitor kids' activities in real-time.

**For Kids' Devices**

Download the Qustodio app to kids' iOS, Android, Kindle, Mac and Windows devices. Setup is quick and supervision is automatic.

*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

## '612 Patent

### Claim 1 – Element A

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Policies set by administrators are stored on the remote Qustodio servers.
- These policies are applied in response to usage requests to allow or disallow each request.
- Policies may be time, content, or contact based.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element A |

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Policies set by administrators are stored on the remote Qustodio servers.
- These policies are applied in response to usage requests to allow or disallow each request.
- Policies may be based on various contexts, including at least time, content, or contact.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

11

**group one or more computing devices in a group;**

- The Qustodio local agent application must be installed on every managed device.

- At installation, administrators are instructed to associate each device to a profile, to which multiple devices may be associated (or grouped).

### 2.3. Download and Install Qustodio on your devices

#### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element B |

**group one or more computing devices in a group;**

- The Qustodio local agent application must be installed on every managed device.
- At installation, administrators are instructed to associate each device to a profile, to which multiple devices may be associated (or grouped).





- Enter a name for the device.

- Choose the user of the device.

*Source: Qustodio User Guide (June 2017) at pp. 29-30*

Claim 1, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

13

## '612 Patent

### Claim 1 – Element B

**group one or more computing devices in a group;**

• Policies are applied by profile to all devices grouped under a profile.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element C |

**associate the policy with the group;**

- Policies are applied by profile to all devices grouped under a profile.
- All devices grouped within a policy are simultaneously controlled via application of the profile policies.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

15

| '612 Patent |
| --- |
| Claim 1 – Element C |

**associate the policy with the group;**

- Policies are applied by profile to all devices grouped under a profile.
- All devices grouped within a policy are simultaneously controlled via application of the profile policies.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

- Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

17

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

- Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32*

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

• Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at pp. 47-48*

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

19

| '612 Patent |
|---|
| Claim 1 – Element E |

**generate a decision to grant or deny the request based on the policy; and**

- Qustodio makes decisions on whether to permit or deny requested uses of a controlled device via comparison of the requested usage to rules applicable to the device.

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

 **Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

 **Location Tracking****
Track your child's Android or iOS device on a map.

**Panic Button***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

Claim 1, Element E- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

### '612 Patent

### Claim 1 – Element F

**enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.**

- Qustodio either permits requested usage or blocks it in accordance with the decision.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device and the requested usage is terminated.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element F- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

## '612 Patent

### Claim 1 – Element F

**enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.**

- Qustodio either permits requested usage or blocks it in accordance with the decision.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device and the requested usage is terminated.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element F- The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

**[Preamble]  The system of Claim 1,**

**[Element A]  wherein the group comprises one or more mobile phones.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

23

| '612 Patent |
| --- |
| Claim 2 |

**The system of Claim 1, wherein the group comprises one or more mobile phones.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices, including one or more mobile phones, may be grouped through association to the same profile.
- Rules are set and applied by profile.



*Source: Qustodio User Guide (June 2017) at pp. 29-30*

Claim 2 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**[Preamble] The system of Claim 1,**

**[Element A]  wherein the function comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

25

**The computing device of Claim 1, wherein the function comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.**

- Qustodio accommodates configuration and application of web browsing rules (data surfing, content accessing), time usage rules (data surfing, gaming, content accessing), application rules (gaming), and calls / SMS rules (voice calling and messaging).

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the context comprises one or more of units of value associated with a charge for the use of the function, an identification of a remote computing device that the computing device interacts with when using the function, an identification of a contact associated with a remote computing device that the computing device interacts with when using the function, a type of content received by or sent from the computing device in association with the use of a function.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

27

| '612 Patent |
| Claim 4 |

**The computing device of Claim 1, wherein the context comprises one or more of units of value associated with a charge for the use of the function…**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.

- Minutes are decremented from the remaining balance of available minutes during use.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 4 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

28

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the group and the policy are defined by the administrator.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

29

| '612 Patent |
| --- |
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.

- Multiple devices may be grouped through association to the same profile.

- Rules are set and applied by profile.

30



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

31

| '612 Patent |
|---|
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.

- Multiple devices may be grouped through association to the same profile.

- Rules are set and applied by profile.



*Source: Qustodio User Guide (June 2017) at pp. 29-30*

Claim 5 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.



*Source: Qustodio User Guide (June 2017) at p. 74*

Claim 5 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

• Rules, such as time limits, are set and applied by profile to all devices associated to a profile, unless "Enable per device time limits" option is toggled on.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

34

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy comprises a limit on units of value associated with the use of the function,**

**[Element B]** **wherein the decision denies the request when using the function causes the limit to be exceeded.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

35

| '612 Patent |
|---|
| Claim 6 – Element A |

**The computing device of Claim 1, wherein the policy comprises a limit on units of value associated with the use of the function,**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

36

### Claim 6 – Element B

**wherein the decision denies the request when using the function causes the limit to be exceeded.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

38

| '612 Patent |
| --- |
| Claim 8 |

**The computing device of Claim 1, wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.

- Requests for access are blocked once a time limit is met.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

39

## '612 Patent

### Claim 8

**The computing device of Claim 1, wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.

- Requests for access are blocked once a time limit is met.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy is accessible by the administrator via a website, and wherein the website allows the administrator to customize the policy.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

41

| '612 Patent |
| --- |
| Claim 9 |

**The computing device of Claim 1, wherein the policy is accessible by the administrator via a website, and wherein the website allows the administrator to customize the policy.**

• Rules, such as time usage limits, web browsing rules, application rules, and calls/SMS rules are configured by administrators (i.e., parents) and stored on Qustodio's remote servers via a web dashboard interface.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 9 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

42

**[Preamble]** The system of Claim 1,

**[Element A]** wherein the policy comprises one or more blocked contacts associated with one or more remote computing devices, wherein the decision denies the request when using the function causes the computing device to interact with a remote computing device associated with the one or more blocked contacts.

Exhibit C - S.P.R. 2.1 Infringement Contentions

43

**wherein the policy comprises one or more blocked contacts associated with one or more remote computing devices, wherein the decision denies the request when using the function causes the computing device to interact with a remote computing device associated with the one or more blocked contacts.**

- Specific contacts may be blocked via application of Calls / SMS rules corresponding to the phone number of the blocked contact.
- Communications to/from a blocked contact are denied.

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

*Source:  Qustodio User Guide (June 2017) at p. 4*



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 10 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**[Preamble] The system of Claim 1,**

**[Element A]  wherein the policy controls content that can be sent, received, or used by the computing device.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

45

Claim 11

**The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device.**

- Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device.

## 1.2.    Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

**The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device.**

• Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 11 |

**The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device.**

- Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

48

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

49

| '612 Patent |
| --- |
| Claim 12 |

**The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.

- Requests for access are blocked once a time limit is met.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

50

**'612 Patent**

Claim 12

**The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

- Qustodio notifies users of denied request through presentation of a block screen on the computing device.



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 12 |

**The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

- Qustodio notifies administrators of all requests, including denied requests, via the online dashboard summary screen for each profile / device.



*Source:  Qustodio User Guide (June 2017) at p. 74*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

52