BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:  323-410-0330
Email:  brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
MICHAEL T. COOKE (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  mtc@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KAJEET, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>QUSTODIO, LLC,<br><br>Defendant. | CASE NO. 8:18-cv-01519-JAK-PLA<br><br>**PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO SPR 2.1 AND 2.2**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Kajeet, Inc. ("Kajeet" or "Plaintiff") hereby provides its first supplemented disclosure of asserted claims and infringement contentions and accompanying document production pursuant to S.P.R 2.1 and 2.2, following receipt of Qustodio's First Supplemental Responses to Interrgatories, served on July 5, 2019. Qustodio's earlier served original Interrogatory Responses were unverified and therefore inoperative as competent evidence.  Additionally, these supplemented disclosures are provided in response to the Court's tentative rulings presented at the combined hearing held on July 15, 2019 addressing claim construction and Qustodio's renewed *Alice* motion.  A final order deciding the issues argued at the July 15, 2019 hearing has not yet been entered by the Court.  Plaintiff reserves the right to further supplement these infringement contentions upon entry of a claim construction and *Alice* order, and as discovery progresses in this case.

I.  **S.P.R. 2.1 – Disclosure of Asserted Claims and Infringement Contentions**

a.  **2.1.1 – Asserted Claims**

Based on presently available information, Plaintiff contends that Defendant Qustodio, LLC ("Defendant" or "Qustodio") directly infringes at least the following claims of the Patents-in-Suit:

| U.S. Patent No. | Asserted Claims |
|---|---|
| 8,712,371 | 1-3, 5-8, 12 |
| 8,667,559 | 1-3, 5, 6, 11-17, 27, 28, and 30 |
| 8,630,612 | 1-6, 8-12 |

These claims are collectively referred to as the "Asserted Claims" and these patents are collectively referred to as the "Patents-in-Suit."  Plaintiff expressly reserves the right to

FIRST SUPPLEMENTED **DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**
−2

1   seek leave of Court to *further* amend or to supplement this disclosure after discovery

2   from Defendant or as permitted under the rules.

3         **b. 2.1.2 – Accused Instrumentalities**

4         On information and belief, Plaintiff accuses Defendant of infringing the Asserted

5   Claims directly under 35 U.S.C. § 271(a) by virtue of its manufacture, use, offer for

6   sale, sale, and/or importation of its mobile device control applications, branded as

7   Qustodio for Family, Qustodio for Schools, and Qustodio for Business, respectively.

8   Each these separately branded products comprise essentially identical infringing

9   functionality with only cosmetic differences between them.  Qustodio confirms this to

10  be the case, stating in its first supplemental answers to Interrogatories Nos. 3 and 4 that

11  "[t]here are no relevant functional differences between the current premium versions of

12  Qustodio for Families, Qustodio for Schools, and Qustodio for Businesses."  These

13  supplemental answers were verified by Qustodio's CEO Eduardo Cruz on July 1, 2019

14  and first served on July 5, 2019.

15        These, and any other Qustodio product offering functioning in a substantially

16  similar way, are collectively referred to as the "Accused Products" or "Accused

17  Instrumentalities".  Plaintiff additionally accuses Defendant of indirectly infringing the

18  Asserted Claims under 35 U.S.C. § 271(b) and 35 U.S.C. § 271(c) by virtue of its

19  manufacture, use, offer for sale, sale, and/or importation of the Accused Products with

20  knowledge that they are especially designed for and marketed towards infringing use

21  by Qustodio's customers and end users of the Accused Products.  Qustodio actively

22  induces direct infringement of the Asserted Patents by end users of the Accused

23  Products via at least providing product literature, instructions for use, and video tutorials

24  demonstrating use of the Accused Products in ways that infringe the Asserted Patents.

25        Plaintiff expressly reserves the right to seek leave of Court to *further* amend or

26  supplement these disclosures after discovery from Defendant or as permitted under the

27  rules.

28

**Formatted:** Keep with next

### c. 2.1.3 – Claim Charts

Defendant's Accused Products practice the Asserted Claims as shown in the claim charts attached hereto as Exhibits A-C.  The attached claim charts are ~~addressed specifically to the Qustodio for Family branded product, but are~~ applicable to each of the Accused Products identified above, which ~~are believed to~~ accommodate identical infringing functionality and include only cosmetic differences between them.

Any citations to Defendant's publicly available documentation in the attached claim charts are exemplary and not exhaustive, as are the examples provided of the ways in which the Accused Products satisfy the elements of each of the Asserted Claims.  Moreover, any and all citations or references to publicly available documentation should be understood to encompass any and all current or prior versions that incorporate the same or similar functionality, as well as any similar or derivative products which Plaintiff has been unable to discover from publically withheld information to this point.  Plaintiff expressly reserves the right to seek leave of Court to further amend or supplement this disclosure after discovery from Defendant or as permitted under the rules.

At this time, and except as otherwise expressly noted in the claim chart, Plaintiff contends and reasonably believes that all limitations of the Asserted Claims are present literally.  To the extent that any specific limitation of the Asserted Claims is found to not be present literally, then Plaintiff contends that, if there are any differences between the claim elements and the Accused Products, the differences are insubstantial and the products would therefore infringe under the doctrine of equivalents.  Plaintiff expressly reserves the right to furhter amend or supplement these disclosures after discovery from Defendant or as permitted under the rules.

**d.  2.1.4 – Priority Date of Patents-in-Suit**

The '559 and '612 Patents are each continuations of the patent application issuing as the '371 Patent, U.S. Patent Application Ser. No. 13/603,218, which itself is a continuation of Continuation of application No. 12/950,379, filed on Nov. 19, 2010, now Pat. No. 8,285,249, which is a continuation of application No. 11/881,460, filed on Jul. 26, 2007, now Pat. No. 7,899,438, which is a continuation-in-part of application No. 11/824,336, filed on Jun. 28, 2007, now Pat. No. 7,945,238.  Each of the Asserted Patents is therefore entitled to a priority date at least as early as June 28, 2007.

Plaintiff contends, however, that each of the Asserted Claims are entitled to an earlier priority date of September 14, 2005, which is the conception date for the inventions claimed therein.  This early conception date and subsequent diligent work in reducing it to practice is supported by the Declaration filed by all inventors of the Asserted Patents under C.F.R. § 1.131 during the prosecution of the patent application issuing as the '612 Patent, U.S. Patent Application Ser. No. 13/786,922, produced as part of the file history of the '612 Patent.  The evidentiary support for this conception date and subsequent reduction to practice are equally applicable to at least the Asserted Claims of the '371 and '559 Patents, respectively.

Plaintiff expressly reserves the right to amend or supplement these disclosures as permitted under the rules.

**e.  2.1.5 – Kajeet's Own Embodiments of the Claimed Invention**

Plaintiff preserves the right to rely on an assertion that it has developed its own products that practice the claimed inventions of the Patents-in-Suit.  For example, Plaintiff has developed its SmartSpot, SmartBus, and Sentinel products which embody the Asserted Claims of the Patents-in-Suit.

Plaintiff expressly reserves the right to further amend or supplement these disclosures as permitted under the rules.

#### f.  2.1.6 – Willful Infringement

Plaintiff alleges that Qustodio's infringement has been willful since at least June 8, 2018.  As set forth in specific detail within Plaintiff's Complaint [Dkt. No. 1] and First Amended Complaint [Dkt. No. 57], Qustodio was apprised of the Asserted Patents and the claims of infringement presented therein via correspondence sent to Qustodio on that date.  The correspondence listed each of the Asserted Patents and provided an exemplary claim chart demonstrating infringement of all Asserted Claims of the '371 Patent.  The claims chart noted that it was representative of additional infringement claims Kajeet had and has against Qustodio.  Qustodio has acknowledged receipt of this correspondence but refused to respond to it prior to Kajeet's filing of its Complaint several months later.  As such, Qustodio has had knowledge of the Patents-in-Suit and the infringing nature of the Accused Products since at least June 8, 2018.

Plaintiff expressly reserves the right to further amend or supplement these disclosures as permitted under the rules.

### II.   S.P.R. 2.2 – Document Production and Accompanying Disclosures

Pursuant to S.P.R. 2.2, Plaintiff will has serve produced the required non-privileged, responsive documents which have been Bates numbered K000001 to K007132 under the rules.  Specifically, file histories for the Asserted Patents are included in Plaintiff's accompanying production at Bates Nos. K00006-K000997; K000998-K002213; and K002214-K007132.  Certified copies these file histories have also been produced and  Bates numbered K008138-K025341.

Documents evidencing ownership of the Asserted Patents by Kajeet have been produced and are are included in Plaintiff's accompanying production at BBates numbered Nos. K000001-K000006.

Documents supporting Kajeet's own embodiments of the claimed inventions and demonstrating operation thereof are publicly available through Kajeet's website and may be accessed at at least the following webpages:

1. https://www.kajeet.net/smartspot;

**FIRST SUPPLEMENTED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS**

–6

**Formatted:** Keep with next

2. https://www.kajeet.net/smartbus;

3. https://www.kajeet.net/sentinel; and,

4. https://www.kajeet.net/support.

These documents have been produced and are Bates numbered K007188-K007318.

> Formatted: Indent: Left:  0", First line:  0"

DATED:  August 1, 2019            /s/ Richard A. Wojcio, Jr.

Brandon C. Fernald
FERNALD LAW GROUP
510 W. 6TH Street, Suite 700
Los Angeles, California 90014
Telephone:  (323) 410-0320
Fax:  (323) 410-0330
Email:  brandon.fernald@fernaldlawgroup.com

Attorney for Plaintiff
KAJEET, INC.

Of Counsel:

Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  mtc@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com



**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st 11th day of August, 2019December, 2018, I electronically served the foregoing document to the attorneys of record for Defendant Qustodio, LLC as follows:

Manish K. Mehta – mmehta@beneschlaw.com
Lowell D. Jacobson – ljacobson@beneschlaw.com
Samuel Ruggio – sruggio@beneschlaw.com
Zaiba Baig – zbaig@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Douglas Q. Hahn – dhahn@sycr.com
Salil Bali – sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, PC

*/s/ Richard A. Wojcio, Jr.*

FIRST SUPPLEMENTED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS
–8

*Formatted: Line spacing: single*
*Formatted: Superscript*
*Formatted: Line spacing: single*

8/9/2019 11:00:32 AM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **Exhibit A (371 Patent)(Qustodio for Family).pdf** | versus | **Supplemented Exhibit A (371 Patent).pdf** |
| **34 pages (1.41 MB)** | | **44 pages (1.83 MB)** |
| 12/11/2018 5:28:01 PM | | 8/1/2019 12:48:40 PM |

**Total Changes**

# 72

**Content**

56 Replacements

13 Insertions

1 Deletion

**Styling and Annotations**

2 Styling

0 Annotations

Go to First Change (page 2)

# EXHIBIT A

*Kajeet, Inc. v. Qustodio, LLC*
**Civil Action No. 8:18-cv-01519-JAK-PLA**

U.S. Pat. No. 8,712,371
"Feature Management of a Communication Device"
Claims 1-3, 5-8, 12

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools; Qustodio for Business

Exhibit A – S.P.R. 2.1 Infringement Contentions

| Representative Product |
| Accused Products |

This supplemental chart is addressed, collectively, to the Qustodio for Family, Qustodio for Schools, and Qustodio for Business products (hereinafter, "Qustodio Products").  The proof submitted in this claim chart is illustrative rather than exhaustive and is representative of the manner in which the Qustodio Products infringe at least the claims of the '371 Patent presented herein.

These infringement contentions and evidence are applicable to each of the Qustodio Products. The Qustodio Products each comprise identical infringing features and functionality to those shown and described herein.

Plaintiff is accusing all versions and releases of the Qustodio Products which have been or will be sold, serviced, or supported on or after March 4, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied primarily on publicly available information and products, and analysis derived therefrom, as Qustodio has made only scant production of technical documents in this litigation thus far.  Plaintiff reserves the right to further amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of the Qustodio Products.

Exhibit A – S.P.R. 2.1 Infringement Contentions

1

| Representative Product |
| Accused Products |

Exhibit A – S.P.R. 2.1 Infringement Contentions

2

| Representative Product |
| Accused Products |

Exhibit A – S.P.R. 2.1 Infringement Contentions

3

| '371 Patent |
| --- |
| Claim: 1 |

**[Preamble]** A system for managing a computing device, the system comprising:

**[Element A]** a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;

**[Element B]** a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decisions to grant or deny the request based on the one or more policies; and

**[Element C]** a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.

Exhibit A – S.P.R. 2.1 Infringement Contentions

4

| '371 Patent |
|---|
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| |
| • The Qustodio Products manage use of computing devices including laptops, tablets, and mobile phones, via enforcement of usage rules configured by administrators (parents, teachers, supervisors, e.g.) via a web-based dashboard. |
| 5 |

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

*Source:  Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| • The Qustodio Products manage use of computing devices through application of policies defining when and what features and content are accessible from managed devices. |
| 6 |



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| • The Qustodio Products accommodate selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications. |
| • The Qustodio Products apply time-based policies for limiting access to device features in accordance with daily time limits or usage schedules. |
| 7 |

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| |
| • The Qustodio Products selectively permit or block access to device features, such as Internet content, calls, texts, contacts, and applications.

• The Qustodio Products apply time-based policies for limiting access to device features in accordance with daily time limits or usage schedules. |
| 8 |

## All our Premium plans include the following features

**Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

**Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

**Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| • The Qustodio Products manage Android and iOS smartphones, Windows or Mac laptops/computers, and on Kindles. |
| 9 |



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Preamble[1] |
| **A system for managing a computing device, the system comprising:** |
| • The Qustodio Products operate to control use of iPhones, iPads, and other computing devices which operate on cellular and/or Internet networks managed by cellular and internet service providers, respectively. |
| 10 |



*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
|---|
| Claim: 1 – Element A |

**a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage.
- Usage requests are routed from each controlled device through the Qustodio server.

11



**For Parent Devices**

Use the Qustodio parental control app or use our web-based Family Portal dashboard to monitor kids' activities in real-time.

**For Kids' Devices**

Download the Qustodio app to kids' iOS, Android, Kindle, Mac and Windows devices. Setup is quick and supervision is automatic.

See everything. Always.

*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element A |

a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;

• The Qustodio Products required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

12

| '371 Patent |
| --- |
| Claim: 1 – Element A |

a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;

• The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.

13



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element A |

**a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

- The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.

14

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

 **Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

 **Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

 **Games & Apps blocking**
Decide which games and applications can be used and when.

 **Location Tracking****
Track your child's Android or iOS device on a map.

 **Panic Button***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking***
See who your child calls most and block unwanted numbers on Android.

 **Read and Block SMS***
See who your child texts most, read text messages and set a list of blocked contacts.

 **Extended Reporting**
Get a full 30 days of device usage history.

 **Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
|---|
| Claim: 1 – Element A |

**a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device;**

- The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.



*Source: Qustodio User Guide (June 2017) at p. 46-47*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

15

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element A |
| a switch or a node configured to receive a request to or from the computing device to perform one or more functions associated with the computing device; |
| 16 |

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element B |

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- The Qustodio Products comprise a policy decider applying profile policies to manage the use of computing devices.
- The policy decider compares requests to policies to generate decisions on usage requests.

17

## 2.3. Download and install Qustodio on your devices

### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads.**

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element B |

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- The Qustodio Products require: access to WiFi connection information for a managed device; App Supervision must be activated; Usage Access must be permitted; and, Web Supervision must be activated on a managed device so Qustodio can intercept and compare all usage requests to policies.

18



*Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| :---: |
| Claim: 1 – Element B |

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

• Similarly, on iOS devices, <mark>The Qustodio Products require</mark> Mobile Device Management and Remote Management to be enabled so The Qustodio Products can intercept and compare all usage requests to policies.

19



*Source:  Qustodio User Guide (June 2017) at pp. 47-48*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element B |

**a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and**

- The Qustodio Products comprise a policy decider element for comparing requested uses to usage policies, or Rules, configured by an administrator via the administrator application or an online dashboard.

20

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element B |
| a policy decider operable to access one or more policies that control one or more functions associated with the computing device, the policy decider further operable to generate a decision to grant or deny the request based on the one or more policies; and |

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

21

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| :---: |
| Claim: 1 – Element C |

a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.

- The Qustodio Products either permits requested usage or block it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

22



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
|---|
| Claim: 1 – Element C |

a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node.

- The Qustodio Products either permit requested usage or block it in accordance with the decision generated by the policy decider.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

23



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 1 – Element C |
| a policy enforcer operable to enforce the decision of the policy decider as to whether the request has been granted or denied by transmitting data to the switch or node, the data being indicative of one or more actions consistent with the decision to the switch or node. |

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| 24 | Exhibit A – S.P.R. 2.1 Infringement Contentions |

| '371 Patent |
| Claim: 2 |

**[Preamble]**  **The system of claim 1,**

**[Element A]**  **wherein the computing device is a mobile phone.**

Exhibit A - S.P.R. 2.1 Infringement Contentions

25

| '371 Patent |
| --- |
| Claim: 2 |

**The system of claim 1, wherein the computing device is a mobile phone.**

- The Qustodio Products are compatible for use with Android and iOS smartphones.

26



Source: https://www.qustodio.com/en/family/how-it-works/

Claim 2 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
|---|
| Claim: 3 |

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the one or more policies comprises a limit on units of value that can be used to perform the one or more functions,**

**[Element B]** **wherein the decision denies the request when performing the function causes the limit to be exceeded.**

Exhibit A - S.P.R. 2.1 Infringement Contentions

27

| '371 Patent |
|---|
| Claim: 3 |

The system of claim 1, wherein the one or more policies comprises a limit on units of value that can be used to perform the one or more functions, wherein the decision denies the request when performing the function causes the limit to be exceeded.

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

28



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 5 |

**[Preamble]** The system of claim 1,

**[Element A]** wherein the one or more functions comprise one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 5 |

**The system of claim 1, wherein the one or more functions comprise one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.**

• The Qustodio Products apply policies to decide whether access to web content, applications, phone calls, or text messaging is permitted or prohibited for a device associated to a particular profile.

30

## 1.2.  Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| Claim: 6 |

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and a quality of service-based policy.**

Exhibit A - S.P.R. 2.1 Infringement Contentions

31

| '371 Patent |
| :--- |
| Claim: 6 |

**The system of claim 1, wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and a quality of service-based policy.**

- The Qustodio Products accommodate Time Usage Limits defining daily maximum time allotments and allowed usage scheduling by profile and/or by device.

32



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 7 |

**[Preamble]** **The system of claim 1,**

**[Element A]** **wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

| '371 Patent |
| --- |
| Claim: 7 |

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.

34



*Source:  Qustodio User Guide (June 2017) at pp. 29-30*

Claim 7 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 7 |

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.

35

## 3. Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

*Source:  Qustodio User Guide (June 2017) at pp. 72*

Claim 7 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 7 |

**The system of claim 1, wherein the computing device is associated with an account managed by an administrator, wherein the account is shared with a plurality of computing devices.**

- Devices are named by an administrator and associated to a particular user profile during installation and setup.
- Policies are then set for a profile via the online dashboard and applied to all devices associated to that user profile.
- Dashboard displays data for all devices associated to a particular profile.

36



*Source: Qustodio User Guide (June 2017) at p. 74*

Claim 7 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 8 |

**[Preamble]** **The system of claim 7,**

**[Element A]** **wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and**

**[Element B]** **wherein each list of one or more policies is customizable based on input received at the interface.**

Exhibit A - S.P.R. 2.1 Infringement Contentions

| ʼ371 Patent |
| --- |
| Claim: 8 |

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Policies, such as the time-based policies shown, are accessible and configurable through an online dashboard.

- Policies set correspond to administrator defined profiles which are applied to devices associated to a profile.

38



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 8 |

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Policies, such as the time-based policies shown, are also accessible and configurable through an application running on an administrator's mobile device, such as the Parent App.

39





*Source:  Qustodio User Guide (June 2017) at p. 125-26*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| --- |
| Claim: 8 |

**The system of claim 7, wherein the one or more policies are accessible using an interface, and wherein each computing device from the plurality of computing devices is associated with a list of one or more policies, and wherein each list of one or more policies is customizable based on input received at the interface.**

- Policies, or Rules, are accessible and configurable through an online dashboard.

- Policies set correspond to administrator defined profiles which are applied to devices associated to a profile.

40

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| Claim: 12 |

**[Preamble]** The system of claim 1,

**[Element A]** wherein the computing device is used by a user and managed by an administrator, and

**[Element B]** wherein the one or more actions consistent with the decision comprise a notification directed to the administrator, the user, or both the administrator and the user when the decision denies the request.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
|---|
| Claim: 12 |

**The system of claim 1, wherein the computing device is used by a user and managed by an administrator, and wherein the one or more actions consistent with the decision comprise a notification directed to the administrator, the user, or both the administrator and the user when the decision denies the request.**

- The Qustodio Products will alert users when a usage request has been blocked, such as when the user requests access to a disallowed website.

42



*Source:  https://www.qustodio.com/en/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A - S.P.R. 2.1 Infringement Contentions

| '371 Patent |
| Claim: 12 |

**The system of claim 1, wherein the computing device is used by a user and managed by an administrator, and wherein the one or more actions consistent with the decision comprise a notification directed to the administrator, the user, or both the administrator and the user when the decision denies the request.**

- The Qustodio Products either permit requested usage or block via application of rules.
- Disallowed requests result in a "blocked" to "time's up" screen on the computing device.

43



*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit A – S.P.R. 2.1 Infringement Contentions

8/9/2019 11:02:15 AM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **Exhibit B (559 Patent)(Qustodio for Family).pdf** | versus | **Supplemented Exhibit B (559 Patent).pdf** |
| **28 pages (1.27 MB)** | | **103 pages (3.17 MB)** |
| 12/11/2018 5:28:25 PM | | 8/1/2019 12:10:41 PM |

## Total Changes

# 241

## Content

**128** Replacements

**92** Insertions

**13** Deletions

## Styling and Annotations

**8** Styling

**0** Annotations

Go to First Change (page 1)

# <u>EXHIBIT B</u>

## *Kajeet, Inc. v. Qustodio, LLC*
## Civil Action No. 8:18-cv-01519-JAK-PLA

U.S. Pat. No. 8,667,559
"Feature Management of a Communication Device"
Claims 1-3, 5, 6, 11-17, 27, 28, and 30

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools;
Qustodio for Business

Exhibit B – S.P.R. 2.1 Infringement Contentions

Representative Product

Accused Products

This supplemental chart is addressed, collectively, to the Qustodio for Family, Qustodio for Schools, and Qustodio for Business products (hereinafter, "Qustodio Products").  The proof submitted in this claim chart is illustrative rather than exhaustive and is representative of the manner in which the Qustodio Products infringe at least the claims of the '559 Patent presented herein.

These infringement contentions and evidence are applicable to each of the Qustodio Products. The Qustodio Products each comprise identical infringing features and functionality to those shown and described herein.

Plaintiff is accusing all versions and releases of the Qustodio Products which have been or will be sold, serviced, or supported on or after March 4, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied primarily on publicly available information and products, and analysis derived therefrom, as Qustodio has made only scant production of technical documents in this litigation thus far.  Plaintiff reserves the right to further amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of the Qustodio Products.

Exhibit B – S.P.R. 2.1 Infringement Contentions

1

| Representative Product |
| Accused Products |

Exhibit B – S.P.R. 2.1 Infringement Contentions

2

| Representative Product |
| Accused Products |

Exhibit B – S.P.R. 2.1 Infringement Contentions

3

| '559 Patent |
| Claim 1 |

**[Preamble]** A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:

**[Element A]** send to a server a request to communicate with a remote computing device over the communication network;

**[Element B]** receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and

**[Element C]** enforce the response by enabling the requested communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the response denies the request, the communication being enabled or disabled without accessing the one or more policies by the computing device.

Exhibit B – S.P.R. 2.1 Infringement Contentions

4

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:** |
| • Qustodio provides "the Qustodio application" which "provides multiple layers of protection and control" of computing devices in connection with each of the Qustodio Products . <br><br> • The application is usable "at home, at school, at work, or anywhere else" for "everything users do online or offline." |
| 5 |

## 1.1.    What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

- **Qustodio for Business** is designed to improve productivity at work, by showing how users in the organization use devices and Internet resources. It helps users identify and resolve potential issues and helps eliminate time wasting or inappropriate use of resources.

*Source:  Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:** |
| • The Qustodio Products operate to control use of iPhones, iPads, and other computing devices which operate on cellular and/or Internet networks managed by cellular and internet service providers, respectively. |
| 6 |



## Works on most popular platforms

Qustodio works on desktops, laptops, tablets and smartphones.

| Android | **iOS** | Windows | Mac | Kindle |

**Qustodio for iOS**

Qustodio supports iPhones, iPads and iPods running iOS 9 and up. On iOS our MDM technology can monitor internet use, control 50 apps, and disable internet when time is up.

**iOS Features**

✔ Smart Web Filters
✔ Multi-device
✔ Advanced Facebook Monitoring
✔ Games & Apps Blocking
✔ Time Controls by Device
✔ Location Tracking
✔ Extended Reporting
✔ Priority Support

*Source:  https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:** |
| • The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.<br><br>• The local agent comprises executable instructions for controlling operation of the device to perform functions. |
| 7 |

### 2.3.1.  Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source: Qustodio User Guide (June 2017) at p. 8*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:**

- The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.

- Execution of the "local agent" on a controlled device "allows Qustodio to supervise this device."

8



*Source: Qustodio User Guide (June 2017) at p. 46*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:**

- The local agent of the Qustodio Products operates under an Apple Mobile Device Management ("MDM") Certificate.



*Source: Qustodio User Guide (June 2017) at p. 46-47*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

9

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:**

- The local agent of the Qustodio Products applies MDM protocol to obtain "control and access over a device."

10

# The facts about parental control apps



Apple has always believed that parents should have tools to manage their children's device usage. It's the reason we created, and continue to develop, Screen Time. Other apps in the App Store, including Balance Screen Time by Moment Health and Verizon Smart Family, give parents the power to balance the benefits of technology with other activities that help young minds learn and grow.

We recently removed several parental control apps from the App Store, and we did it for a simple reason: they put users' privacy and security at risk. It's important to understand why and how this happened.

Over the last year, we became aware that several of these parental control apps were using a highly invasive technology called Mobile Device Management, or MDM. MDM gives a third party control and access over a device and its most sensitive information including user location, app use, email accounts, camera permissions, and browsing history. We started exploring this use of MDM by non-enterprise developers back in early 2017 and updated our guidelines based on that work in mid-2017.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:** |
| • The local agent of the Qustodio Products applies MDM protocol to obtain "control and access over a device." <br> • MDM protocol "allows for OS level control of multiple devices from a centralized location." |
| 11 |

# How to create a verified iOS Mobile Device Management(MDM) profile?


18 min read
By **Vineet Choudhary** 






The Mobile Device Management (MDM) protocol provides a way for system administrators to send device management commands to managed iOS devices running iOS 4 and later, macOS devices running macOS v10.7 and later, and Apple TV devices running iOS 7 (Apple TV software 6.0) and later. MDM allows for OS level control of multiple devices from a centralized location. A remote administrator can install/remove apps, install/revoke certificates, lock the device, change password requirements, etc. You can read more about Mobile Device Management <u>here</u>.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A non-transitory computer readable storage medium comprising instructions that, when executed on a computing device configured to perform a function on a communication network managed by a service provider, cause the computing device to at least:** |
| • The local agent of the Qustodio Products applies MDM protocol to force the controlled device to interact with an MDM server to "exchange commands and responses" to control use of the device and its features/functions. |
| 12 |

## After Enrollment 

Each interaction between client devices and the MDM server consists of four elements :

1. Server requests push notification through Apple
2. Apple pushes notification to device
3. Device connects to server
4. Server and client exchange commands and responses



MDM Architecture (Source)

In addition to managed profiles, you can also use MDM to install apps. Apps installed through the MDM service are called managed apps. The MDM service has additional control over how managed apps and their data are used on the device. 😎

*Source: https://medium.com/swlh/mobile-device-management-mdm-for-ios-60448313dafb*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element A |

**send to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.

13



## Works on most popular platforms

Qustodio works on desktops, laptops, tablets and smartphones.

| Android | iOS | Windows | Mac |

**Qustodio for iOS**

Qustodio supports iPhones, iPads and iPods running iOS 9 and up. On iOS our MDM technology can monitor internet use, control 50 apps, and disable internet when time is up.

**iOS Features**

✔ Smart Web Filters
✔ Multi-device
✔ Advanced Facebook Monitoring
✔ Games & Apps Blocking
✔ Time Controls by Device
✔ Location Tracking
✔ Extended Reporting
✔ Priority Support

*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element A |

**send to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.

14

## All our Premium plans include the following features

 **Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

 **Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

 **Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

 **Games & Apps blocking**
Decide which games and applications can be used and when.

 **Location Tracking\*\***
Track your child's Android or iOS device on a map.

 **Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

 **Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

 **Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

 **Extended Reporting**
Get a full 30 days of device usage history.

 **Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 1 – Element A |

**send to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.



*Source: Qustodio User Guide (June 2017) at p. 46-47*

Claim 1, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

15

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element A |
| **send to a server a request to communicate with a remote computing device over the communication network;** |

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

16

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element B |

**receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and**

- The Qustodio Products either permit or block requested in accordance with the decision generated at Qustodio's servers.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

17



### App Store Preview

**Screenshots**  iPhone  iPad

*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| **Claim 1 – Element B** |

**receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and**

- The Qustodio Products allow or block requested uses of a managed device in accordance with the decision generated at Qustodio's servers.
- Policies are set by administrators via an online dashboard and stored on Qustodio's servers for use to control use of managed devices.

18

Getting Started:
First install Qustodio on your child's iPhone or iPad, you'll notice that inappropriate websites have been blocked automatically. Then install Qustodio on your own smartphone to monitor their activity.

Qustodio will provide you a daily report of all your child's activity in your inbox. To manage your child's web rules or screen time, just open our desktop Family Portal (https://family.qustodio.com/) from any web browser.

Want to protect more devices? You can download Qustodio to any desktop, laptop, smartphone or tablet. As a parent, you can manage or supervise any device directly from the Qustodio app.

What does Qustodio do on iOS?
Web filtering and monitoring: On your child's device you'll automatically get free web monitoring using our secure VPN technology. Your kids will be protected from inappropriate content or any site you choose whether they use Safari, Chrome or any other web browser.

Screen Time Controls: Qustodio can control Screen Time. Our technology uses will allow you to set a time schedule or a quota of when your kids are allowed to use their device. When time is up, internet and access to all apps rated for users 4+ will be disabled.

App Controls: Qustodio can report, monitor and/or block more than 50 popular apps used by kids, and you can view their usage.

*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element B |
| **receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and** |

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

19

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element B |

**receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and**

• Rules, such as time usage limits, web browsing rules, and application rules are configured by administrators and stored on Qustodio's remote servers via a web dashboard interface.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial.  Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

20

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element B |

**receive in real-time from the server a response indicative of a decision granting or denying the request, the decision being based on one or more policies that are stored at the server and based at least in part on input from an administrator; and**

- Rules, such as time usage limits, web browsing rules, and application rules are configured by administrators and stored on Qustodio's remote servers via a web dashboard interface.

21

# 3.  Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

*Source:  Qustodio User Guide (June 2017) at pp. 72, 75*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 1 – Element C |

**enforce the response by enabling the requested communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the response denies the request, the communication being enabled or disabled without accessing the one or more policies by the computing device.**

- The Qustodio Products either permit requested usage or block via application of profile rules.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

22

### App Store Preview

#### Screenshots   iPhone   iPad



Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 1 – Element C |
| enforce the response by enabling the requested communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the response denies the request, the communication being enabled or disabled without accessing the one or more policies by the computing device. |

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| Claim 2 |

The non-transitory computer readable storage medium of Claim 1, wherein the computing device is a mobile phone.

| '559 Patent |
| --- |
| Claim 2 |

**The non-transitory computer readable storage medium of Claim 1, wherein the computing device is a mobile phone.**

• The Qustodio Products "support iPhones" using MDM technology to "monitor internet use, control 50 apps, and disable internet when time is up."

25



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 2 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 3 |

The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise a limit on units of value that can be used to communicate with the remote computing device, wherein the decision denies the request when communicating with the remote computing device causes the limit to be exceeded.

Exhibit B - S.P.R. 2.1 Infringement Contentions

26

| '559 Patent |
| :---: |
| Claim 3 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise a limit on units of value that can be used to communicate with the remote computing device, wherein the decision denies the request when communicating with the remote computing device causes the limit to be exceeded.**

• Time usage limits are configured by administrators and stored on Qustodio's remote servers via a web dashboard interface.

27



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 3 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise a limit on units of value that can be used to communicate with the remote computing device, wherein the decision denies the request when communicating with the remote computing device causes the limit to be exceeded.**

• The Qustodio Products denies usage requests that would cause a time usage limit to be exceeded and displays a block screen notification on the computing device.



*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

28

| '559 Patent |
| --- |
| Claim 5 |

The non-transitory computer readable storage medium of Claim 1, wherein the communication comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.

Exhibit B - S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 5 |

The non-transitory computer readable storage medium of Claim 1, wherein the communication comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.

• Time usage limits set daily limits on the amount of time the computing device may be used, including the amount of time it may be used to "access the internet."



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 5 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

30

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 6 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and quality of service-based policy.**

| '559 Patent |
| --- |
| Claim 6 |

The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and quality of service-based policy.

• Time usage limits are time-based policies that set daily limits on the amount of time the computing device may be used, including the amount of time it may be used to "access the internet."



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

32

| '559 Patent |
| --- |
| Claim 6 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies comprise one or more of a time-based policy, a location-based policy, and quality of service-based policy.**

- Screen Time Controls are time-based policies that set daily limits on the amount of time the computing device may be used, including the amount of time it may be used to "access the internet."

What does Qustodio do on iOS?
Web filtering and monitoring: On your child's device you'll automatically get free web monitoring using our secure VPN technology. Your kids will be protected from inappropriate content or any site you choose whether they use Safari, Chrome or any other web browser.

Screen Time Controls: Qustodio can control Screen Time. Our technology uses will allow you to set a time schedule or a quota of when your kids are allowed to use their device. When time is up, internet and access to all apps rated for users 4+ will be disabled.

App Controls: Qustodio can report, monitor and/or block more than 50 popular apps used by kids, and you can view their usage.

*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| 33 |
| --- |

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 11 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies control content that can be sent, received, or used by the computing device.**

| '559 Patent |
| --- |
| Claim 11 |
| **The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies control content that can be sent, received, or used by the computing device.** |
| • The Qustodio Products apply policies limiting at least when and what content (Internet websites / applications, e.g.) may be received or used by the computing device. |
| 35 |

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

*Source:  Qustodio User Guide (June 2017) at pp. 78*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 11 |

**The non-transitory computer readable storage medium of Claim 1, wherein the one or more policies control content that can be sent, received, or used by the computing device.**

• The Qustodio Products apply policies limiting at least when and what content (Internet websites / applications, e.g.) may be received or used by the computing device.

36

What does Qustodio do on iOS?

Web filtering and monitoring: On your child's device you'll automatically get free web monitoring using our secure VPN technology. Your kids will be protected from inappropriate content or any site you choose whether they use Safari, Chrome or any other web browser.

Screen Time Controls: Qustodio can control Screen Time. Our technology uses will allow you to set a time schedule or a quota of when your kids are allowed to use their device. When time is up, internet and access to all apps rated for users 4+ will be disabled.

App Controls: Qustodio can report, monitor and/or block more than 50 popular apps used by kids, and you can view their usage.

-When connecting to the internet a VPN symbol will appear on the top of the screen. The VPN connection can be disabled temporarily when needed in the Family Portal or by logging into the Qustodio app on your kids' device.

- You can access and manage Qustodio at any time from the online dashboard at https://family.qustodio.com

*Source:  https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| Claim 12 |

The non-transitory computer readable storage medium of Claim 1 further comprising instructions that, when executed on the computing device, cause the computing device to receive a notification when the response denies the request.

| '559 Patent |
|---|
| Claim 12 |

**The non-transitory computer readable storage medium of Claim 1 further comprising instructions that, when executed on the computing device, cause the computing device to receive a notification when the response denies the request.**

- The Qustodio Products either permit requested usage or block via application of rules.

- Disallowed requests result in a "blocked" to "time's up" screen on the computing device.



Source: https://apps.apple.com/us/app/qustodio-parental-control/id990229433?ls=1

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

38

Exhibit B – S.P.R. 2.1 Infringement Contentions

**'559 Patent**

**Claim 13**

**[Preamble]** **A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least:**

**[Element A]** **process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

**[Element B]** **access a decision stored on the computing device, the decision having been received from a server and being based on a policy that is stored at the server and that determines whether the function is permitted to run on the computing device, the determination being based on a previous communication with the computing device, the policy being managed by an administrator;**

**[Element C]** **receive from the server an update to the decision;**

**[Element D]** **determine whether the request is granted or denied based on the decision and the update; and**

**[Element E]** **enable or disable the communication with the remote computing device over the communication network based on the determination.**

Exhibit B – S.P.R. 2.1 Infringement Contentions

39

| '559 Patent |
| --- |
| Claim 13 – Preamble[1] |
| A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least: |
| • Qustodio provides the Qustodio for Family application for controlling use of computing devices, including mobile phones which operate on cellular networks managed by cellular service providers, via enforcement of rules configurable by an administrator. |
| 40 |

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

- **Qustodio for Business** is designed to improve productivity at work, by showing how users in the organization use devices and Internet resources. It helps users identify and resolve potential issues and helps eliminate time wasting or inappropriate use of resources.

*Source:  Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Preamble[1] |
| **A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least:** |
| • The Qustodio Products operate to control use of Android smartphones and tablets, and other computing devices which operate on cellular and/or Internet networks managed by cellular and internet service providers, respectively. |
| 41 |



## Works on most popular platforms

Qustodio works on desktops, laptops, tablets and smartphones.

| Android | iOS | Windows | Mac | Kindle |

**Qustodio for Android**

Qustodio works on all Android smartphones and tablets running Android 4.0 and up. Unique to Android are features like location tracking, a panic button for kids and Calls & SMS monitoring.

**Android Features**

✔ Smart Web Filters
✔ Multi-device
✔ Advanced Facebook Monitoring
✔ Games & Apps Blocking
✔ Time Controls by Device
✔ Location Tracking
✔ Panic Button Alerts
✔ Calls & SMS monitoring
✔ Call Blocking
✔ Extended Reporting
✔ Priority Support

*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Preamble[1] |

**A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least:**

- The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.

- The local agent comprises executable instructions for controlling operation of the device to perform functions.

42

### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source: Qustodio User Guide (June 2017) at p. 8*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Preamble[1] |

**A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least:**

- The Qustodio Products require installation that of a local agent (mobile application) in the memory of each device to be controlled.

- Execution of the "local agent" controls operation of the computing device to run features / functions of the device.

43

- Review the Permissions. You must accept these permissions to use the app. Click Accept.



*Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

| '559 Patent |
| --- |
| Claim 13 – Preamble[1] |
| A computing device configured to execute a function using a communication network managed by a service provider, the computing device comprising a memory bearing instructions that, when executed on a computing device, cause the computing device to at least: |

- The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.
- Execution of the "local agent" controls operation of the computing device to run features / functions of the device.

44



## All our Premium plans include the following features

**Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

**Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

**Extended Reporting**
Get a full 30 days of device usage history.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Games & Apps blocking**
Decide which games and applications can be used and when.

**Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

**Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source: https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element A |

**process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

• The local agent of the Qustodio Products impacts how the device processes requests to use functions of the device, including communication with other phones (calls and messaging), computers (accessing content), servers (download and play games and apps), and the like.

45

**What you can do for Free with Qustodio:**

✓ Protect 1 child's device with all monitoring features

✓ Set device Screen Time limits
✓ Monitor Web & Search activity
✓ Block Adult Content
✓ Monitor YouTube activity

**You'll also get for Free:**

✓ Automatic daily activity reports

✓ Access to our online web-based dashboard and parents' app where you can view activity and set rules

**This app also offers a paid Premium option that unlocks content and activity reporting for other devices. With Premium you can:**

✓ Install Qustodio on any other iOS, Windows, Mac, Android or Kindle device

✓ View all of your child's activity on this and other devices

✓ Set limits for Games & Apps
✓ Track and Block Calls
✓ Monitor SMS Messages

✓ Report this device's location to your online dashboard

✓ Activate an SOS Button that alerts family members

*Source:*
*https://play.google.com/store/apps/details?id=com.qustodio.q*
*ustodioapp&rdid=com.qustodio.qustodioapp&pli=1*

Claim 13, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element A |

**process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

• The local agent of the Qustodio Products impacts how the device processes requests to use functions of the device, including communication with other phones (calls and messaging), computers (accessing content), servers (download and play games and apps), and the like.

46

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

**- Web browsing rules –** Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

**- Time usage limits -** Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

**- Application rules -** Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

**- Social monitoring -** Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

**- Calls and SMS -** Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source: Qustodio User Guide (June 2017) at p. 78*

Claim 13, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element A |

**process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

- Execution of the local agent software causes time usage limits to be applied in response to device usage requests to allow or block usage, such as connecting to the Internet, among others.
- The request is enabled if the applicable usage limits have not been exceeded.

47

## Click the **Time usage limits** tab. The following page is displayed:



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 13, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element A |

**process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

- Execution of the local agent software causes Applications Rules to be applied in response to device usage requests to allow or block usage, such as accessing applications, among others.

- The request is enabled if the applicable Applications Rules are not violated by the requested use.

48

Click the **Applications rules** tab. The following page is displayed:



*Source: Qustodio User Guide (June 2017) at p. 82*

Claim 13, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 13 – Element A |

**process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;**

- Execution of the local agent software causes Blocking Rules to be applied in response to device usage requests to allow or block calls and text messages.
- The request is enabled if the applicable Blocking Rules are not violated by the requested use.

49



*Source: Qustodio User Guide (June 2017) at p. 83*

Claim 13, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element A |
| **process a request to run a function on the computing device, the function comprising enabling a current communication with a remote computing device over the communication network;** |

Claim 13, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

50

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element B |
| **access a decision stored on the computing device, the decision having been received from a server and being based on a policy that is stored at the server and that determines whether the function is permitted to run on the computing device, the determination being based on a previous communication with the computing device, the policy being managed by an administrator;** |

Claim 13, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| 51 | Exhibit B – S.P.R. 2.1 Infringement Contentions |
| --- | --- |

| '559 Patent |
| --- |
| Claim 13 – Element B |

**access a decision stored on the computing device, the decision having been received from a server and being based on a policy that is stored at the server and that determines whether the function is permitted to run on the computing device, the determination being based on a previous communication with the computing device, the policy being managed by an administrator;**

- Policies set and stored at Qustodio servers determine which functions of the computing device are subject to control.
- Policies set and stored at the Qustodio servers define when and which functions are allowed.

52

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** – Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source: Qustodio User Guide (June 2017) at p. 78*

Claim 13, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element B |

**access a decision stored on the computing device, the decision having been received from a server and being based on a policy that is stored at the server and that determines whether the function is permitted to run on the computing device, the determination being based on a previous communication with the computing device, the policy being managed by an administrator;**

- Decisions as to "whether [the local agent] has to monitor particular user activity" are based on rules set and stored on Qustodio's servers by parents, businesses, and school administrators.

53

Awarded PC Mag's Editors' Choice rating, Qustodio is the best parental control app to help families keep Android devices safe and supervised.

**What you can do for Free with Qustodio:**
✓ Protect 1 child's device with all monitoring features
✓ Set device Screen Time limits
✓ Monitor Web & Search activity
✓ Block Adult Content
✓ Monitor YouTube activity

**You'll also get for Free:**
✓ Automatic daily activity reports
✓ Access to our online web-based dashboard and parents' app where you can view activity and set rules

*Source: https://play.google.com/store/apps/details?id=com.qustodio.qustodioapp&rdid=com.qustodio.qustodioapp&pli=1*

Qustodio Professional for Business is the easiest way to monitor and manage device and internet use in your organization. Whether you are a business looking to enhance productivity and limit distractions, or you are a school administrator looking to monitor and keep students safe online, Qustodio is for you.

Qustodio Professional is a full featured solution that offers key features such as: content filtering for a clean and safe web experience, time controls for device access, app controls, and mobile device location tracking. The product is multi-device and works across the most popular platforms of desktops, laptops, mobile phones and tablets.

*Source: https://play.google.com/store/apps/details?id=com.qustodio.professional*

Claim 13, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element C |
| **receive from the server an update to the decision;** |

Claim 13, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| 54 | Exhibit B – S.P.R. 2.1 Infringement Contentions |
| --- | --- |

| '559 Patent |
| --- |
| Claim 13 – Element D |
| **determine whether the request is granted or denied based on the decision and the update; and** |

Claim 13, Element D - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

55                                    Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| :---: |
| Claim 13 – Element D |
| **determine whether the request is granted or denied based on the decision and the update; and** |

Claim 13, Element D - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

56

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| Claim 13 – Element E |

**enable or disable the communication with the remote computing device over the communication network based on the determination.**

• Enforcement entails blocking the requested communication when it violates a usage policy or allowing the communication otherwise.



Source:  https://www.qustodio.com/en/family/how-it-works/

Claim 13, Element E - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element E |

**enable or disable the communication with the remote computing device over the communication network based on the determination.**

• Enforcement entails blocking the requested communication when it violates a usage policy or allowing the communication otherwise.



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 13, Element E - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

58

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 13 – Element E |
| **enable or disable the communication with the remote computing device over the communication network based on the determination.** |
| |
| 59 |

Claim 13, Element E - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| Claim 14 |

The computing device of Claim 13, wherein the policy establishes a prohibition on content that can be sent, received, or used.

| '559 Patent |
|---|
| Claim 14 |

**The computing device of Claim 13, wherein the policy establishes a prohibition on content that can be sent, received, or used.**

• The Qustodio Products apply policies that prohibit sending, receiving, or using content based on time usage limits, application rules, and call and messaging contact lists, among others.

61

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

**- Web browsing rules** – <mark>Allows you to limit or monitor the type of websites users can access,</mark> as well as the results they receive from search engines.

**- Time usage limits** - <mark>Allows you to limit or monitor the amount of time users can use the device or access the Internet.</mark> You can select the time blocks you would like to restrict and/or set a total time allowance per day.

**- Application rules** - <mark>Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application.</mark> Applications only appear in the list if they have been used at least once.

**- Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

**- Calls and SMS** - <mark>Allows you to monitor and block phone calls and SMS text messages.</mark> Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source: Qustodio User Guide (June 2017) at p. 78*

Claim 14 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 15 |

**The computing device of Claim 13, wherein the policy establishes a quantity limit on content that can be sent, received or used in a given period of time.**

Exhibit B - S.P.R. 2.1 Infringement Contentions

62

| '559 Patent |
| :--: |
| Claim 15 |

**The computing device of Claim 13, wherein the policy establishes a quantity limit on content that can be sent, received or used in a given period of time.**

• Time usage rules, among others applied by the Qustodio Products, establish quantity limits on sending, receiving, and using content within a specified period, such as through application of daily screen time limits.

▪ **Set a time limit per day of Internet and/or computer use**

<mark>This option enables you to set daily limits for the user to access the device or Internet.</mark>

- Go to **Rules > Time Usage Limits**.

- In the Time allowance section, toggle the Weekday allowance and Weekend allowance to **Yes**.

You can select the number of hours per day by clicking next to the clock icon and clicking the ▲ and ▼ buttons.



Time allowance

Use the settings below to set a daily limit on the hours a user is allowed to spend using the device. Once this person uses their daily quota, they will be restricted further access as specified.

Weekday allowance
(Monday to Friday)          **YES**    03:00 ⬍ hours per day

Weekend allowance
(Saturday and Sunday)       **YES**    02:00 ⬍ hours per day

*Source: Qustodio User Guide (June 2017) at p. 95*

Claim 15 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

63

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 15 |

**The computing device of Claim 13, wherein the policy establishes a quantity limit on content that can be sent, received or used in a given period of time.**

• Time usage rules, among others applied by the Qustodio Products, establish quantity limits on sending, receiving, and using content within a specified period, such as through application of daily screen time limits.



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 15 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

64

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 16 |

The computing device of Claim 13, wherein the policy establishes a limit on how many units of value can be spent by the user on content that can be sent, received, or used in a given period of time.

| '559 Patent |
| --- |
| Claim 16 |

**The computing device of Claim 13, wherein the policy establishes a limit on how many units of value can be spent by the user on content that can be sent, received, or used in a given period of time.**

• Time usage rules, among others applied by the Qustodio Products, establish limits on the minutes available in a day for sending, receiving, and using content.

66

▪ **Set a time limit per day of Internet and/or computer use**

This option enables you to set daily limits for the user to access the device or Internet.

- Go to **Rules > Time Usage Limits**.

- In the Time allowance section, toggle the Weekday allowance and Weekend allowance to **Yes**.

You can select the number of hours per day by clicking next to the clock icon and clicking the ▲ and ▼ buttons.



*Source: Qustodio User Guide (June 2017) at p. 95*

Claim 16 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 16 |

**The computing device of Claim 13, wherein the policy establishes a limit on how many units of value can be spent by the user on content that can be sent, received, or used in a given period of time.**

• Time usage rules, among others applied by the Qustodio Products, establish limits on the minutes available in a day for sending, receiving, and using content.



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 16 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

67

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 17 |

**The computing device of Claim 16, wherein the instructions, when executed on the computing device, further cause the computing device to notify the administrator, a user of the computing device, or both the administrator and the user when the limit on how many units of value can be spent by the user has been reached.**

| '559 Patent |
| --- |
| Claim 17 |

**The computing device of Claim 16, wherein the instructions, when executed on the computing device, further cause the computing device to notify the administrator, a user of the computing device, or both the administrator and the user when the limit on how many units of value can be spent by the user has been reached.**

• The Qustodio Products cause the computing device to display a notification to the user when a time limit has been reached.

69



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 17 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

**'559 Patent**

**Claim 27**

**[Preamble]** A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:

**[Element A]** sending to a server a request to communicate with a remote computing device over the communication network;

**[Element B]** receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and

**[Element C]** enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.

| '559 Patent |
| --- |
| Claim 27 – Preamble[1] |
| A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising: |

- Qustodio provides "the Qustodio application" which "provides multiple layers of protection and control" of computing devices in connection with each of the Qustodio Products .
- The application is usable "at home, at school, at work, or anywhere else" for "everything users do online or offline."

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

- **Qustodio for Business** is designed to improve productivity at work, by showing how users in the organization use devices and Internet resources. It helps users identify and resolve potential issues and helps eliminate time wasting or inappropriate use of resources.

*Source: Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

71

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Preamble[1] |
| **A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:** |
| • The Qustodio Products operate to control use of iPhones, iPads, and other computing devices which operate on cellular and/or Internet networks managed by cellular and internet service providers, respectively. |
| 72 |



*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| **'559 Patent** |
| --- |
| Claim 27 – Preamble[1] |
| **A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:** |
| • The Qustodio Products effect control of computing devices through application of rules defining when and what features and content are accessible on the controlled device(s). |
| 73 |



Source:  https://www.qustodio.com/en/family/how-it-works/

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Preamble[1] |
| **A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising:** |
| • The Qustodio Products accommodate selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.<br><br>• Time based policies are applied to limit access to device features in accordance with daily time limits or usage schedules. |
| 74 |

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 27 – Preamble[1] |
| A method for controlling a computing device configured to execute a function using a communication network managed by a service provider, the method comprising: |
| • The Qustodio Products accommodate selectively permitting or blocking access to device features, such as Internet content, calls, texts, contacts, and applications.<br>• Time based policies are applied to limit access to device features in accordance with daily time limits or usage schedules. |
| 75 |

## All our Premium plans include the following features



**Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

**Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

**Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| **'559 Patent** |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The Qustodio Products require download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.

76



**For Parent Devices**

Use the Qustodio parental control app or use our web-based Family Portal dashboard to monitor kids' activities in real-time.

**For Kids' Devices**

Download the Qustodio app to kids' iOS, Android, Kindle, Mac and Windows devices. Setup is quick and supervision is automatic.

See everything. Always.

*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| :--- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The Qustodio Products require download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.
- The local agent comprises executable instructions for controlling operation of the device to perform functions.

77

## 2.3.   Download and install Qustodio on your devices

### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/
2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.
3. For each package, you will find the option **Downloads**.
4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |
| **sending to a server a request to communicate with a remote computing device over the communication network;** |
| • Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio. |
| 78 |



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- Qustodio's required access and permissions cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.

79



Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.
- Execution of the "local agent" on a controlled device "allows Qustodio to supervise this device."



*Source: Qustodio User Guide (June 2017) at p. 46*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

 80

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products operates under an Apple Mobile Device Management ("MDM") Certificate.

- The local agent causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.



*Source: Qustodio User Guide (June 2017) at p. 46-47*

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

 81

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| :---: |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products operates under an Apple Mobile Device Management ("MDM") Certificate.
- The local agent causes requests to communicate with remote computing devices to be sent to Qustodio's MDM server for application of usage policies controlling at least the use of applications, games, internet connectivity, among other uses to effect screen time control on iOS devices.

82

# The facts about parental control apps



Apple has always believed that parents should have tools to manage their children's device usage. It's the reason we created, and continue to develop, Screen Time. Other apps in the App Store, including Balance Screen Time by Moment Health and Verizon Smart Family, give parents the power to balance the benefits of technology with other activities that help young minds learn and grow.

We recently removed several parental control apps from the App Store, and we did it for a simple reason: they put users' privacy and security at risk. It's important to understand why and how this happened.

Over the last year, we became aware that several of these parental control apps were using a highly invasive technology called Mobile Device Management, or MDM. MDM gives a third party control and access over a device and its most sensitive information including user location, app use, email accounts, camera permissions, and browsing history. We started exploring this use of MDM by non-enterprise developers back in early 2017 and updated our guidelines based on that work in mid-2017.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

- The local agent of the Qustodio Products applies MDM protocol to obtain "control and access over a device."
- MDM protocol "allows for OS level control of multiple devices from a centralized location."

83

# How to create a verified iOS Mobile Device Management(MDM) profile?

 18 min read
By **Vineet Choudhary** 






The Mobile Device Management (MDM) protocol provides a way for system administrators to send device management commands to managed iOS devices running iOS 4 and later, macOS devices running macOS v10.7 and later, and Apple TV devices running iOS 7 (Apple TV software 6.0) and later. MDM allows for OS level control of multiple devices from a centralized location. A remote administrator can install/remove apps, install/revoke certificates, lock the device, change password requirements, etc. You can read more about Mobile Device Management <u>here</u>.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |

**sending to a server a request to communicate with a remote computing device over the communication network;**

• The local agent of the Qustodio Products applies MDM protocol to force the controlled device to interact with an MDM server to "exchange commands and responses" to control use of the device and its features/functions.

84

## After Enrollment 🧑

Each interaction between client devices and the MDM server consists of four elements :

1. Server requests push notification through Apple
2. Apple pushes notification to device
3. Device connects to server
4. Server and client exchange commands and responses



MDM Architecture (Source)

In addition to managed profiles, you can also use MDM to install apps. Apps installed through the MDM service are called managed apps. The MDM service has additional control over how managed apps and their data are used on the device. 😎

*Source: https://medium.com/swlh/mobile-device-management-mdm-for-ios-60448313dafb*

Claim 27, Element A - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element A |
| **sending to a server a request to communicate with a remote computing device over the communication network;** |
| 85 |

Claim 27, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element B |

receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and

- The Qustodio Products either permit requested usage or block it in accordance with the decision received from a network server making policy decisions.
- Disallowed requests result in a "block screen" on the managed device.

86



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element B |

receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and

- The Qustodio Products either permit requested usage or block it in accordance with the decision received from a network server making policy decisions.
- Disallowed requests result in a "block screen" on the managed device.

87



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 27 – Element B |

receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and

• Rules, such as time usage limits and application rules are configured by administrators (i.e., parents, teachers, business owners) via a web dashboard interface. and stored on Qustodio's remote servers.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

88

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element B |
| **receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and** |

- Rules, such as time usage limits and application rules are configured by administrators (i.e., parents, teachers, business owners) via a web dashboard interface. and stored on Qustodio's remote servers.

89

## 3.   Managing Qustodio: the online dashboard

Qustodio's online dashboard is where you should go to monitor how users are using devices and Internet resources. Here, you can also define and change rules for each user. The dashboard is accessible from any device with Internet access. You do not need to have Qustodio installed on a device to access the dashboard.

*Source:  Qustodio User Guide (June 2017) at pp. 72*

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element B |

**receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and**

• Rules, such as time usage limits and application rules are configured by administrators (i.e., parents, teachers, business owners) via a web dashboard interface. and stored on Qustodio's remote servers.

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

*Source: Qustodio User Guide (June 2017) at p. 75*

Claim 27, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

 90

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element B |
| **receiving in real-time from the server a decision granting or denying the request, the decision based on a policy stored at the server and configured by an administrator; and** |
| |
| 91 |

Claim 27, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| **Claim 27 – Element C** |

enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.

- The Qustodio Products either permit requested usage or block it in accordance with the application of profile rules.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

92



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

**'559 Patent**

**Claim 27 – Element C**

enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device.

- Qustodio either permits requested usage or blocks it in accordance with the application of profile rules.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device.

93



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 27, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element C |
| … **the communication being enabled or disabled without storing the policy on the computing device**. |
|  |

Claim 27, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| 94 |
| --- |

Exhibit B – S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 27 – Element C |
| enforcing the decision by enabling a communication with the remote computing device over the communication network when the decision grants the request and by disabling the communication when the decision denies the request, the communication being enabled or disabled without storing the policy on the computing device. |

| 95 | Exhibit B – S.P.R. 2.1 Infringement Contentions |

| '559 Patent |
|-------------|
| Claim 28 |

**[Preamble]**  **The computing device of Claim 27,**

**[Element A]**   **wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.**

| '559 Patent |
|---|
| Claim 28 |

**The computing device of Claim 27, wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.**

- Disallowed requests result in a "block screen" on the managed device.

97



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 28 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 28 |

The computing device of Claim 27, wherein the decision that denies the request is further indicative of terminating the request, redirecting the request, or degrading the request.

- Disallowed requests result in a "block screen" on the managed device.

98



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 28 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

| '559 Patent |
|---|
| Claim 30 |

**[Preamble]** The computing device of Claim 27,

**[Element A]**  further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.

| '559 Patent |
| --- |
| Claim 30 |
| **The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.** |
| • Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling. <br> • Requests for access are blocked once a time limit is met. |
| 100 |

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 30 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 30 |

**The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

101



*Source: Qustodio User Guide (June 2017) at p. 74*

Claim 30 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

| '559 Patent |
| --- |
| Claim 30 |

**The computing device of Claim 27, further comprising one of decrementing a charge of units of value from an account associated with the computing device, determining a balance of units of value in the account, determining a status of the account, or implementing the request when the decision grants the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

102



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 30 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit B - S.P.R. 2.1 Infringement Contentions

8/9/2019 11:03:00 AM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **Exhibit C (612 Patent)(Qustodio for Family).pdf** | versus | **Supplemented Exhibit C (612 Patent).pdf** |
| **53 pages (1.31 MB)** | | **67 pages (1.90 MB)** |
| 12/11/2018 5:28:55 PM | | 8/1/2019 1:08:43 PM |

**Total Changes**

# 83

**Content**

65 Replacements

15 Insertions

1 Deletion

**Styling and Annotations**

2 Styling

0 Annotations

Go to First Change (page 2)

# <u>EXHIBIT C</u>

---

### *Kajeet, Inc. v. Qustodio, LLC*
### **Civil Action No. 8:18-cv-01519-JAK-PLA**

---

U.S. Pat. No. 8,630,612
"Feature Management of a Communication Device"
Claims 1-6, 8, 9, 11, 12

Accused Products:  Qustodio for Family – Premium; Qustodio for Schools; Qustodio for Business

Exhibit C – S.P.R. 2.1 Infringement Contentions

| Representative Product |
| Accused Products |

This supplemental chart is addressed, collectively, to the Qustodio for Family, Qustodio for Schools, and Qustodio for Business products (hereinafter, "Qustodio Products").  The proof submitted in this claim chart is illustrative rather than exhaustive and is representative of the manner in which the Qustodio Products infringe at least the claims of the '612 Patent presented herein.

These infringement contentions and evidence are applicable to each of the Qustodio Products. The Qustodio Products each comprise identical infringing features and functionality to those shown and described herein.

Plaintiff is accusing all versions and releases of the Qustodio Products which have been or will be sold, serviced, or supported on or after March 4, 2014, pursuant to 35U.S.C.§271(a)-(c).

Plaintiff has relied primarily on publicly available information and products, and analysis derived therefrom, as Qustodio has made only scant production of technical documents in this litigation thus far.  Plaintiff reserves the right to further amend or supplement these contentions and listing of Accused Products based upon documents and other discovery when received, as well as future versions and releases of the Qustodio Products.

Exhibit C – S.P.R. 2.1 Infringement Contentions

1

| Representative Product |
| Accused Products |

Exhibit C – S.P.R. 2.1 Infringement Contentions

2

Representative Product

Accused Products

Exhibit C – S.P.R. 2.1 Infringement Contentions

3

| '612 Patent |
| Claim 1 |

**[Preamble]** A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:

**[Element A]** store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;

**[Element B]** group one or more computing devices in a group;

**[Element C]** associate the policy with the group;

**[Element D]** receive a request sent to or from a computing device in the group to use the function;

**[Element E]** generate a decision to grant or deny the request based on the policy; and

**[Element F]** enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.

Exhibit C – S.P.R. 2.1 Infringement Contentions

4

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The Qustodio Products manage mobile phones, among other computing devices, which operate on cellular networks managed by cellular service providers.<br><br>• Rules are stored on remote Qustodio servers and are enforced via a local software modules stored in memory of the device. |
| 5 |

## 1.1.   What is Qustodio?

This user manual contains comprehensive user documentation for the Qustodio application. Qustodio makes Internet safety and device management simple for families, schools and SMBs. It provides multiple layers of protection and control for everything users do online and offline, whether they use a desktop computer, a laptop, a tablet, or a mobile phone. It can be used at home, at school, at work, or anywhere else. There is no hardware required, no complicated setup. Qustodio's simple web-based dashboard reports all information from each user or device protected. Qustodio's technology is so powerful, it collects in real-time data from all devices where it is installed and enforces the rules set immediately across all devices.

Qustodio comes in three different packages, adapted to the specific needs of each type of user:

- **Qustodio for Family** is designed for today's busy parents. It provides parents with the information they need at a glance and helps them set healthy time limits, block questionable sites, and keep their kids safe.

- **Qustodio for Schools** is a multi-user, multi-device solution that provides the tools to manage and protect students and devices in today's classroom. At school or on the move, Qustodio protects students' usage of devices.

*Source:  Qustodio User Guide (June 2017) at p. 3*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The Qustodio Products manage mobile phones, among other computing devices, which operate on cellular networks managed by cellular service providers.<br><br>• Rules are stored on remote Qustodio servers and are enforced via a local software modules stored in memory of the device. |
| 6 |



*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The Qustodio Products selectively permit or block access to device features, such as Internet content, calls, texts, contacts, and applications.<br><br>• The Qustodio Products apply time-based policies for limiting access to device features in accordance with daily time limits or usage schedules. |
| 7 |

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- App monitoring: Qustodio shows which apps are being used, and when and for how long.

- Location tracking: Qustodio's location monitoring tracks users' location in real-time on Android devices.

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

- Web-based dashboard: Qustodio's dashboard can be accessed from anywhere: at the office, on the road, or halfway across the world. The only thing needed is an Internet connection.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| **Claim 1 – Preamble[1]** |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The Qustodio Products selectively permit or block access to device features, such as Internet content, calls, texts, contacts, and applications.<br><br>• The Qustodio Products apply time-based policies for limiting access to device features in accordance with daily time limits or usage schedules. |
| 8 |

## All our Premium plans include the following features

**Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

**Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

**Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| :---: |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- The Qustodio Products require download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.

9



**For Parent Devices**

Use the Qustodio parental control app or use our web-based Family Portal dashboard to monitor kids' activities in real-time.

**For Kids' Devices**

Download the Qustodio app to kids' iOS, Android, Kindle, Mac and Windows devices. Setup is quick and supervision is automatic.

See everything. Always.

*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- The Qustodio Products require download of a local agent on the controlled device(s) which routes all usage requests through one or more Qustodio servers.

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage and set rules.

10



*Source:  Qustodio User Guide (June 2017) at p. 81*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- The Qustodio Products operate to control use of iPhones, iPads, and other computing devices which operate on cellular and/or Internet networks managed by cellular and internet service providers, respectively.



*Source: https://www.qustodio.com/en/family/how-it-works/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

11

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.<br><br>• The local agent comprises executable instructions for controlling operation of the device to perform functions. |
| 12 |

### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads**.

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source: Qustodio User Guide (June 2017) at p. 8*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

*Exhibit C – S.P.R. 2.1 Infringement Contentions*

| '612 Patent |
| :---: |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- The Qustodio Products require installation of a local agent (mobile application) in the memory of each device to be controlled.

- Execution of the "local agent" on a controlled device "allows Qustodio to supervise this device."

13



*Source: Qustodio User Guide (June 2017) at p. 46*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

• The local agent of the Qustodio Products operates under an Apple Mobile Device Management ("MDM") Certificate.



*Source: Qustodio User Guide (June 2017) at p. 46-47*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

| 14 | Exhibit C – S.P.R. 2.1 Infringement Contentions |
| --- | --- |

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |

**A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:**

- The local agent of the Qustodio Products applies MDM protocol to obtain "control and access over a device."

# The facts about parental control apps



Apple has always believed that parents should have tools to manage their children's device usage. It's the reason we created, and continue to develop, Screen Time. Other apps in the App Store, including Balance Screen Time by Moment Health and Verizon Smart Family, give parents the power to balance the benefits of technology with other activities that help young minds learn and grow.

We recently removed several parental control apps from the App Store, and we did it for a simple reason: they put users' privacy and security at risk. It's important to understand why and how this happened.

Over the last year, we became aware that several of these parental control apps were using a highly invasive technology called Mobile Device Management, or MDM. MDM gives a third party control and access over a device and its most sensitive information including user location, app use, email accounts, camera permissions, and browsing history. We started exploring this use of MDM by non-enterprise developers back in early 2017 and updated our guidelines based on that work in mid-2017.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim. However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

15

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The local agent of the Qustodio Products applies MDM protocol to obtain "control and access over a device." <br> • MDM protocol "allows for OS level control of multiple devices from a centralized location." |
| 16 |

# How to create a verified iOS Mobile Device Management(MDM) profile?


18 min read
By **Vineet Choudhary** 






The Mobile Device Management (MDM) protocol provides a way for system administrators to send device management commands to managed iOS devices running iOS 4 and later, macOS devices running macOS v10.7 and later, and Apple TV devices running iOS 7 (Apple TV software 6.0) and later. MDM allows for OS level control of multiple devices from a centralized location. A remote administrator can install/remove apps, install/revoke certificates, lock the device, change password requirements, etc. You can read more about Mobile Device Management here.

*Source: https://www.apple.com/newsroom/2019/04/the-facts-about-parental-control-apps/*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 1 – Preamble[1] |
| **A system for managing computing devices configured to communicate over one or more networks serviced by one or more service providers, the system comprising a memory bearing instructions that, when executed on the system, cause the system to at least:** |
| • The local agent of the Qustodio Products applies MDM protocol to force the controlled device to interact with an MDM server to "exchange commands and responses" to control use of the device and its features/functions. |
| 17 |

## After Enrollment 🧑‍💼

Each interaction between client devices and the MDM server consists of four elements :

1. Server requests push notification through Apple
2. Apple pushes notification to device
3. Device connects to server
4. Server and client exchange commands and responses



MDM Architecture (Source)

In addition to managed profiles, you can also use MDM to install apps. Apps installed through the MDM service are called managed apps. The MDM service has additional control over how managed apps and their data are used on the device. 😎

*Source: https://medium.com/swlh/mobile-device-management-mdm-for-ios-60448313dafb*

[1]By charting the preamble, we do not concede that the preamble is a limitation and reserve the right to contend that the preamble is not a limitation of the claim.  However, should the Court decide that the preamble is a limitation of the claim, the preamble is literally infringed by the Representative Product, and correspondingly by all Accused Products, as described herein.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element A |

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Qustodio's servers host its user interface dashboard from which administrators can see all monitored devices and usage.
- Usage requests are routed from each controlled device through the Qustodio server.

18



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element A |

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Policies set by administrators are stored on the remote Qustodio servers.

- These policies are applied in response to usage requests to allow or disallow each request.

- Policies may be time, content, or contact based.

19



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element A |

**store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator;**

- Policies set by administrators are stored on the remote Qustodio servers.
- These policies are applied in response to usage requests to allow or disallow each request.
- Policies may be based on various contexts, including at least time, content, or contact.

20

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element A |
| store a policy that controls at least a use of a function on a computing device, the control comprising allowing and disallowing the use of the function based on a context associated with the computing device, the policy being defined by an administrator; |
| 21 |

Claim 1, Element A - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element B |

**group one or more computing devices in a group;**

- The Qustodio local agent application must be installed on every managed device.
- At installation, administrators are instructed to associate each device to a profile, to which multiple devices may be associated (or grouped).

22

## 2.3.  Download and install Qustodio on your devices

### 2.3.1. Downloading the Qustodio installation file

To install Qustodio on your devices, you will need the latest installation file. To make sure you are installing the latest available version of Qustodio, always download the installation file from the Qustodio website directly.

1. Log into the **device you want to protect** and visit http://www.qustodio.com/

2. You can choose between the three different packages available: **Family, Schools, or Business,** in the header of the website.

3. For each package, you will find the option **Downloads.**

4. Select the type of device you want to monitor and protect. You will then be automatically directed to the corresponding download site or the download will start automatically.



*Source:  Qustodio User Guide (June 2017) at p. 8*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element B |

**group one or more computing devices in a group;**

- The Qustodio local agent application must be installed on every managed device.
- At installation, administrators are instructed to associate each device to a profile, to which multiple devices may be associated (or grouped).

23



- Choose the **This is a kid's device** Option.

- Enter a name for the device.

- Choose the user of the device.

*Source: Qustodio User Guide (June 2017) at pp. 29-30*

Claim 1, Element B - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element B |

**group one or more computing devices in a group;**

• Policies are applied by profile to all devices grouped under a profile.



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element B - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

24

| '612 Patent |
| --- |
| Claim 1 – Element C |

**associate the policy with the group;**

- Policies are applied by profile to all devices grouped under a profile.
- All devices grouped within a policy are simultaneously controlled via application of the profile policies.

25



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element C |
| **associate the policy with the group;** |

- Policies are applied by profile to all devices grouped under a profile.
- All devices grouped within a policy are simultaneously controlled via application of the profile policies.

26



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element C- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

- The local agent of the Qustodio Products requires access and permissions allowing it to cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



*Source:  Qustodio User Guide (June 2017) at p. 33*

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

27

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

• The local agent of the Qustodio Products requires access and permissions allowing it to cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.



Source:  Qustodio User Guide (June 2017) at pp. 27, 30-32

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

 28

| '612 Patent |
| --- |
| Claim 1 – Element D |

**receive a request sent to or from a computing device in the group to use the function;**

- The local agent of the Qustodio Products requires access and permissions allowing it to cause all actions taken and content viewed on a managed device to be routed through one or more servers of Qustodio.

29



*Source:  Qustodio User Guide (June 2017) at pp. 47-48*

Claim 1, Element D- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element D |
| **receive a request sent to or from a computing device in the group to use the function;** |

Claim 1, Element D - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

30

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element E |
| generate a decision to grant or deny the request based on the policy; and |
| • The Qustodio Products make decisions on whether to permit or deny requested uses of a controlled device via comparison of the requested usage to rules applicable to the device. |
| 31 |

## All our Premium plans include the following features

**Basic Protection**
Qustodio's world-class web filtering engine, time limits and reporting features.

**Advanced Facebook Monitoring**
View status updates, pictures, friends and more on social networks.

**Time limits by device**
Easily set a time schedule or limits for how much internet time is allowed each day.

**Games & Apps blocking**
Decide which games and applications can be used and when.

**Location Tracking\*\***
Track your child's Android or iOS device on a map.

**Panic Button\***
Adds an SOS button to your child's Android smartphone that sends you location-based alerts when there's trouble.

**Call Tracking and Blocking\***
See who your child calls most and block unwanted numbers on Android.

**Read and Block SMS\***
See who your child texts most, read text messages and set a list of blocked contacts.

**Extended Reporting**
Get a full 30 days of device usage history.

**Priority Support**
To help you get set up with Qustodio and answer your questions.

*Source:  https://www.qustodio.com/en/family/premium/*

Claim 1, Element E- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element E |
| **generate a decision to grant or deny the request based on the policy; and** |

| 32 |

Claim 1, Element E - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element F |

**enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.**

- Qustodio either permits requested usage or blocks it in accordance with the decision.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device and the requested usage is terminated.

33



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element F- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| :---: |
| Claim 1 – Element F |

enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.

- Qustodio either permits requested usage or blocks it in accordance with the decision.
- Decisions are logged on Qustodio servers.
- Disallowed requests result in a "block screen" on the managed device and the requested usage is terminated.

34



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 1, Element F- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 1 – Element F |
| **enforce the decision by taking an action that is consistent with the decision and by sending to the computing device data indicative of the action, the action allowing or disallowing the use of the function on the computing device.** |
| 35 |

Claim 1, Element F- The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| Claim 2 |

**[Preamble]  The system of Claim 1,**

**[Element A]  wherein the group comprises one or more mobile phones.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 2 |

**The system of Claim 1, wherein the group comprises one or more mobile phones.**

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices, including one or more mobile phones, may be grouped through association to the same profile.
- Rules are set and applied by profile.

37



- Choose the **This is a kid's device** Option.

- Enter a name for the device.

- Choose the user of the device.

*Source:  Qustodio User Guide (June 2017) at pp. 29-30*

Claim 2 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 2 |

**The system of Claim 1, wherein the group comprises one or more mobile phones.**

• The Qustodio Products "support iPhones" using MDM technology to "monitor internet use, control 50 apps, and disable internet when time is up."



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 2 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C – S.P.R. 2.1 Infringement Contentions

38

| '612 Patent |
| Claim 3 |

**[Preamble]** The system of Claim 1,

**[Element A]**  wherein the function comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.

Exhibit C - S.P.R. 2.1 Infringement Contentions

39

| '612 Patent |
| --- |
| Claim 3 |
| **The computing device of Claim 1, wherein the function comprises one or more of voice calling, messaging, data surfing, gaming, content accessing, goods purchasing, and service purchasing.** |
| • Qustodio accommodates configuration and application of web browsing rules (data surfing, content accessing), time usage rules (data surfing, gaming, content accessing), application rules (gaming), and calls / SMS rules (voice calling and messaging). |
| 40 |

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 3 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 4 |

**[Preamble]** **The system of Claim 1,**

**[Element A]**  **wherein the context comprises one or more of units of value associated with a charge for the use of the function, an identification of a remote computing device that the computing device interacts with when using the function, an identification of a contact associated with a remote computing device that the computing device interacts with when using the function, a type of content received by or sent from the computing device in association with the use of a function.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

41

| '612 Patent |
| --- |
| Claim 4 |

**The computing device of Claim 1, wherein the context comprises one or more of units of value associated with a charge for the use of the function...**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Minutes are decremented from the remaining balance of available minutes during use.

42



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 4 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |

**[Preamble]** **The system of Claim 1,**

**[Element A]**   **wherein the group and the policy are defined by the administrator.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

43

| '612 Patent |
|---|
| Claim 5 |
| **The computing device of Claim 1, wherein the group and the policy are defined by the administrator.** |

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.

44



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 5 |
| **The computing device of Claim 1, wherein the group and the policy are defined by the administrator.** |

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.

45

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Multiple users & devices: Qustodio lets administrators create multiple accounts so they can customize each monitored user's rules on as many devices as necessary.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |
| **The computing device of Claim 1, wherein the group and the policy are defined by the administrator.** |

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.

46



*Source:  Qustodio User Guide (June 2017) at pp. 29-30*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 5 |
| **The computing device of Claim 1, wherein the group and the policy are defined by the administrator.** |

- At installation of the Qustodio local agent on a managed device, the administrator is instructed to choose the user profile associated to the device.
- Multiple devices may be grouped through association to the same profile.
- Rules are set and applied by profile.

47



*Source:  Qustodio User Guide (June 2017) at p. 74*

Claim 5 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 5 |

**The computing device of Claim 1, wherein the group and the policy are defined by the administrator.**

• Rules, such as time limits, are set and applied by profile to all devices associated to a profile, unless "Enable per device time limits" option is toggled on.

48



*Source: Qustodio User Guide (June 2017) at p. 81*

Claim 5 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 6 |

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy comprises a limit on units of value associated with the use of the function,**

**[Element B]** **wherein the decision denies the request when using the function causes the limit to be exceeded.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

49

| '612 Patent |
| --- |
| Claim 6 – Element A |

**The computing device of Claim 1, wherein the policy comprises a limit on units of value associated with the use of the function,**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

50



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 6 – Element B |

**wherein the decision denies the request when using the function causes the limit to be exceeded.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

51



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 6 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 8 |

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

52

| '612 Patent |
| --- |
| Claim 8 |
| **The computing device of Claim 1, wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.** |
| • Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.<br><br>• Requests for access are blocked once a time limit is met. |
| 53 |



*Source: https://www.qustodio.com/en/family/how-it-works/*

Claim 8 - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 8 |

**The computing device of Claim 1, wherein the policy comprises a time-based policy, a location-based policy, or a quality of service-based policy.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

54



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 8 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 9 |

**[Preamble]** **The system of Claim 1,**

**[Element A]** **wherein the policy is accessible by the administrator via a website, and wherein the website allows the administrator to customize the policy.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

55

| '612 Patent |
| --- |
| Claim 9 |

**The computing device of Claim 1, wherein the policy is accessible by the administrator via a website, and wherein the website allows the administrator to customize the policy.**

• Rules, such as time usage limits, web browsing rules, application rules, and calls/SMS rules are configured by administrators (i.e., parents) and stored on Qustodio's remote servers via a web dashboard interface.

56



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 9 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| Claim 10 |

**[Preamble]** The system of Claim 1,

**[Element A]** wherein the policy comprises one or more blocked contacts associated with one or more remote computing devices, wherein the decision denies the request when using the function causes the computing device to interact with a remote computing device associated with the one or more blocked contacts.

Exhibit C - S.P.R. 2.1 Infringement Contentions

57

| '612 Patent |
|---|
| Claim 10 |

**wherein the policy comprises one or more blocked contacts associated with one or more remote computing devices, wherein the decision denies the request when using the function causes the computing device to interact with a remote computing device associated with the one or more blocked contacts.**

- Specific contacts may be blocked via application of Calls / SMS rules corresponding to the phone number of the blocked contact.
- Communications to/from a blocked contact are denied.

58

## 1.2.    Features and benefits

Qustodio offers the following features and benefits:

- Calls & text messages monitoring and blocking: Also on Android devices, Qustodio monitors phone calls and SMS messages, including the SMS contents, and offers the option to block all contacts or specific ones. It also shows how much time was spent on calls and the number of texts exchanged.

*Source:  Qustodio User Guide (June 2017) at p. 4*



*Source:  Qustodio User Guide (June 2017) at p. 81*

Claim 10 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| Claim 11 |

**[Preamble]** The system of Claim 1,

**[Element A]**  wherein the policy controls content that can be sent, received, or used by the computing device.

Exhibit C - S.P.R. 2.1 Infringement Contentions

59

| '612 Patent |
| --- |
| Claim 11 |
| **The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device.** |
| • Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device. |
| 60 |

## 1.2.   Features and benefits

Qustodio offers the following features and benefits:

- Access controls: Qustodio's simple controls can be used to customize each user's Internet experience. Qustodio can be used to block specific sites, set healthy time limits, limit access to certain days or times of day, and enable "safe search" to block harmful sites from search results.

- Parental App: When installing Qustodio, it is possible to configure it as a Parent device, allowing monitoring of the children's activity and setting up time limits from the app.

*Source:  Qustodio User Guide (June 2017) at p. 4*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| --- |
| Claim 11 |

| The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device. |
| --- |

• Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device.

61

### 3.2.5. Rules

The Rules tab allows you to define settings for the following:

- **Web browsing rules** – Allows you to limit or monitor the type of websites users can access, as well as the results they receive from search engines.

- **Time usage limits** - Allows you to limit or monitor the amount of time users can use the device or access the Internet. You can select the time blocks you would like to restrict and/or set a total time allowance per day.

- **Application rules** - Allows you to limit a supervised user from accessing certain applications or to set time limits for each specific application. Applications only appear in the list if they have been used at least once.

- **Social monitoring** - Allows you to activate Advanced Facebook Monitoring. This feature allows you to directly connect to a supervised user's account on Facebook in order to monitor social activity with greater detail.

- **Calls and SMS** - Allows you to monitor and block phone calls and SMS text messages. Currently only Android devices can be monitored or blocked. Calls and messaging details and content appear in the Activity Timeline and Social Activity tabs.

*Source:  Qustodio User Guide (June 2017) at p. 75*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| :---: |
| Claim 11 |

**The computing device of Claim 1, wherein the policy controls content that can be sent, received, or used by the computing device.**

- Qustodio accommodates configuration of rules defining what content can be sent or received and/or applications that can be used by the computing device.

62



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 11 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| Claim 12 |

**[Preamble] The system of Claim 1,**

**[Element A] wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

Exhibit C - S.P.R. 2.1 Infringement Contentions

63

| '612 Patent |
| --- |
| Claim 12 |

**The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

- Qustodio accommodates Time Usage Limits defining daily maximum time allotments and usage scheduling.
- Requests for access are blocked once a time limit is met.

64



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
|---|
| Claim 12 |

**The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.**

- Qustodio notifies users of denied request through presentation of a block screen on the computing device.

65



*Source:  https://www.qustodio.com/en/family/how-it-works/*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions

| '612 Patent |
| Claim 12 |

The computing device of Claim 1, wherein the data indicative of the action comprises a notification to the administrator, a user associated with the computing device, or both the administrator and the user when the decision denies the request.

- Qustodio notifies administrators of all requests, including denied requests, via the online dashboard summary screen for each profile / device.

66



*Source:  Qustodio User Guide (June 2017) at p. 74*

Claim 12 - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Exhibit C - S.P.R. 2.1 Infringement Contentions