BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile: 323-410-0330
Email: brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice*)
MICHAEL T. COOKE (*Pro Hac Vice*)
CORBY R. VOWELL (*Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: mtc@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUSTODIO, LLC, <br><br> Defendant. | CASE NO. 8:18-cv-01519-JAK-PLA <br><br> **PLAINTIFF'S NOTICE OF RECENT INFORMATION IMPACTING A MATTER PENDING BEFORE THE COURT** |

PLEASE TAKE NOTICE of recent information that impacts a matter now pending before the Court on written submission, Plaintiff's Motion to Amend Disclosure of Asserted Claim and Infringement Contentions (Dkt. No. 89) ("Plaintiff's Motion").

In light of the Court's Order (Dkt. No. 136) vacating oral argument on Plaintiff's Motion, Plaintiff submits this notice to ensure the Court is aware of Magistrate Judge Abram's Order (Dkt. No. 135) on Plaintiff's Motion to Compel (Dkt. Nos. 122, 123) entered yesterday.  In it, Judge Abrams ordered production by Defendant Qustodio of several categories of technical documents showing operation of the Accused Products in this case that are of the precise types required under this Court's Standing Patent Rule 2.6.1.  Dkt. No. 135 at 11-12, fn. 1, 17.  Production of additional financial documents by Defendant is also now compelled.  The compelled production is to be made by November 12, 2019.  Dkt. No. 135 at 17.

The original Scheduling Order entered in this case set the deadline for production of technical documents (other than source code) for March 11, 2019 – over seven months ago.  Dkt. No. 55.  A copy of Judge Abram's Order is attached hereto for the Court's convenience.

Plaintiff requests that the Court consider the timing of this now compelled production by Defendant as part of determining whether Defendant would, in fact, be prejudiced by grant of Plaintiff's Motion for Leave to Amend its Disclosure of Asserted Claim and Infringement Contentions (Dkt. No. 89).

As an aside, because the compelled production is not due until the day after Plaintiff's opening expert report and Final Infringement Contentions deadline, currently set for November 11, 2019 (Dkt. No. 120), amendment of at least these deadlines and likely several others will be necessary.  Plaintiff has scheduled a conference later this week with counsel for Defendant to discuss these scheduling issues and the possibility of jointly submitting a revised case schedule for the Court's consideration.

| | | |
|---|---|---|
| 1 | DATED: October 23, 2019. | /s/ *Richard A. Wojcio, Jr.* |
| 2 | | Jonathan T. Suder |
| | | Michael T. Cooke |
| 3 | | Corby R. Vowell |
| 4 | | Richard A. Wojcio, Jr. |
| | | FRIEDMAN, SUDER & COOKE |
| 5 | | 604 East 4th Street, Suite 200 |
| 6 | | Fort Worth, Texas  76102 |
| | | Telephone:  (817) 334-0400 |
| 7 | | Facsimile:  (817) 334-0401 |
| 8 | | jts@fsclaw.com |
| | | mtc@fsclaw.com |
| 9 | | vowell@fsclaw.com |
| 10 | | wojcio@fsclaw.com |
| 11 | | |
| 12 | | BRANDON C. FERNALD |
| | | FERNALD LAW GROUP |
| 13 | | 510 West Sixth Street, Suite 700 |
| | | Los Angeles, California 90014 |
| 14 | | Telephone:  323-410-0320 |
| 15 | | Facsimile:   323-410-0330 |
| | | brandon.fernald@fernaldlawgroup.com |
| 16 | | **Attorneys for Plaintiff** |
| 17 | | **KAJEET, INC.** |

3

## CERTIFICATE OF SERVICE

I hereby certify that this Notice and attachment has been submitted to all counsel of record for Defendant via the Court's ECF System and via electronic mail on October 23, 2019 concurrent with its submission to the Court.

*/s/ Richard A. Wojcio, Jr.*