1
2
3
4
5
6

BRANDON C. FERNALD
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:   323-410-0330
Email:
brandon.fernald@fernaldlawgroup.com

7
8
9
10
11
12
13
14
15

Jonathan T. Suder (*Pro Hac Vice*)
Michael T. Cooke (*Pro Hac Vice)*
Corby R. Vowell (*Pro Hac Vice*)
Richard A. Wojcio, Jr. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  mtc@fsclaw.com
Email:  vowell@fsclaw.com
Email:  wojcio@fsclaw.com

16
17

*Attorneys for Plaintiff*
KAJEET, INC.

DOUGLAS Q HAHN (SBN: 257559)
SALIL BALI (SBN: 263001)
STADLING YOCCA CARLSON & RAUTH,
P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949-725-4000
Facsimile: 949-725-4100
Email: dhahn@sycr.com
Email: sbali@sycr.com

Manish Mehta (*pro hac vice*)
mmehta@beneschlaw.com
Lowell D. Jacobson (*pro hac vice*)
ljacobson@beneschlaw.com
Zaiba Baig (*pro hac vice*)
zbaig@beneschlaw.com
Kal Shah (*pro hac vice*)
kshah@beneschlaw.com
Samuel Ruggio (*pro hac vice*)
sruggio@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-757-9191

*Attorneys for Defendant*
*QUSTODIO, LLC*

18
19
20
21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

22
23
24
25
26
27
28

KAJEET, INC.,

          Plaintiff,

          vs.

QUSTODIO, LLC,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 8:18-cv-01519-JAK-PLA

**JOINT STIPULATION TO FILE
SECOND AMENDED
COMPLAINT**

Hon. John A. Kronstadt

1    Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Qustodio, LLC

2    ("Defendant"), hereby stipulate and jointly request that Plaintiff be permitted to

3    file its Second Amended Complaint ("SAC") in this litigation.  Defendant has not

4    yet filed its Answer to the First Amended Complaint, which was due for filing on

5    or before November 15, 2019.  Both parties recognized that it would be wasteful

6    for Defendant to respond to the FAC as scheduled given Plaintiff intent to file a

7    SAC in view of the ruling on the Motion for Leave (Dkt. 139).  The parties met

8    and conferred regarding the subject matter of this stipulation in a series of

9    electronic mail correspondence on November 5, 2019 and thereafter in connection

10   with discussions on modifications to the case schedule requested in the Joint

11   Stipulation to Extend Deadlines (Dkt. No. 141) filed on November 7, 2019.

12       Plaintiff's proposed Second Amended Complaint is attached as Exhibits A

13   and B (redline) hereto.  The Second Amended Complaint is made in response to

14   the entry of orders in this case on November 1, 2019 which had the effect of both

15   removing and adding patents and claims to the case.  Dkt. Nos. 139 (making

16   Plaintiff's Supplemental PICs operative in the case); 140 (dismissing all claims

17   from two of the three Patents-in-Suit).  The Second Amended Complaint proposes

18   amendments that bring that allegations and causes of action presented therein into

19   accord with Plaintiff's Supplemental PICs.  A cataloguing of the material proposed

20   amendments is provided below and are shown in the redline attached as Exhibit B.

21       Subject to its approval on the contents of the SAC, which was later

22   forthcoming, Defendant provided its limited written consent pursuant to FRCP

23   15(a)(2) on November 6, 2019 for Plaintiff to amend its First Amended Complaint

24   for this purpose.  Additionally, Defendant has been provided an opportunity to

25   review the proposed Second Amended Complaint prior to filing of this Joint

26   Stipulation and has indicated that it maintains its written consent to its filing.

27   Plaintiff agrees that Defendant's stipulation to the filing of the SAC does not

28   constitute any admission or agreement to any of the allegations in the SAC and is

without prejudice to any challenge that Defendant may seek to file to the SAC or plaintiff's bases for the allegations contained therein.

The parties also stipulate and request that Defendant's present filing deadline for its Answer to the First Amended Complaint be vacated.  The parties reserve the right to file a subsequent stipulation setting deadlines for Defendant to Answer or otherwise respond to the Second Amended Complaint and for Plaintiff to Answer or otherwise respond to Defendant's Answer (should counterclaims be asserted therein) that deviates from the timing set under the Federal Rules should the default deadlines be impracticable during the upcoming holiday season.

The proposed amendments made in the Second Amended Complaint included the following[1]:

- Paragraph 12 is amended to reflect the attachment of an additional exhibit, Exhibit I, which is a Supplemental Declaration of Dr. Charles Knutson adding to the opinions provided in unaltered Exhibit E;

- Paragraph 22 is amended to track the language presented in Kajeet's Supplemental Infringement Contentions;

- Paragraphs 23 and 26-29 are amended to include additional factual allegations relating to the operation of the Accused Products that track the evidence presented in Kajeet's Supplemental Infringement Contentions;

- Paragraphs 40-43 are added to provide discussion specific to claim 1 of the '559 Patent which was added to the case via Plaintiff's Supplemental Infringement Contentions;

---

[1] This listing excludes minor amendments made to for the purpose of clarity, consistency of terminology used, to correct typographical or formatting errors, and the like.  Each such amendment is shown in the redline attached as Exhibit B, however.

1

2

3

- Paragraphs 44-47 are added to provide discussion specific to claim 13 of the '559 Patent which was added to the case via Plaintiff's Supplemental Infringement Contentions;

4

5

- Paragraphs 49, 51, and 52 are amended to more closely track the language of the asserted claim(s);

6

7

8

- Paragraphs 55 and 56 are amended to add to Plaintiff's allegations of indirect infringement consistent with its Supplemental Infringement Contentions; and,

9

10

11

12

- Paragraphs 60, 78, 96, and 111 are added to clarify that Counts II-V are no longer in the case but the allegations presented in support of those claims are maintained in the Second Amended Complaint for the purpose of preserving them for appeal.

13

14

Each amendment made in the Second Amended Complaint is within the scope of limited written consent given by Defendant.

15

16   **IT IS SO STIPULATED**

17                                             Respectfully submitted,

18

19

Dated:  November 18, 2019    By:  /s/ *Richard A. Wojcio, Jr.*

20

21

22

FRIEDMAN, SUDER & COOKE
Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A Wojcio, Jr.

23

24

FERNALD LAW GROUP
Brandon C. Fernald

25

*Attorneys for Plaintiff Kajeet, Inc.*

26

27

28

1    Dated:  November 18, 2019   By:  /s/ *Lowell D. Jacobson*

2

3                        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

4                          Kal K. Shah

                              Manish Mehta

5                          Lowell D. Jacobson

                              Zaiba Baig

6                          Samuel Ruggio

7

8                        STADLING YOCCA CARLSON & RAUTH, P.C.

                              Douglas Q. Hahn

9                          Salil Bali

10                      *Attorneys for Defendant QUSTODIO, LLC*

11

12

13

14                    **SIGNATURE CERTIFICATION**

15        I hereby certify that the content of this document is acceptable to Lowell D.

16 Jacobson, counsel for Defendant, and I have obtained his authorization to affix his

17 electronic signature to this document.

18                            /s/ *Richard A. Wojcio, Jr.*

19

20

21

22

23

24

25

26

27

28