FILED
CLERK, U.S. DISTRICT COURT
2/7/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUSTODIO, LLC, <br><br> Defendant. | CASE NO. 8:18-cv-01519-JAK-PLA <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** <br><br> Hon. John A. Kronstadt |

1       The Court, having reviewed the parties' JOINT STIPULATION OF DISMISSAL, and for good cause shown, hereby **GRANTS** the same. It is hereby **ORDERED** that all claims and counterclaims asserted in this action are dismissed with prejudice and that each party shall bear its own costs and attorneys' fees other than those already awarded.

**IT IS SO ORDERED.**

Dated: February 7, 2020

                                                John A. Kronstadt
                                                United States District Judge